# Exhibit 9





# On Voting In OceanDAO

Towards compound growth in Ocean ecosystem

Ocean Protocol Team  Follow   7 min read · Jul 24, 2023

♡ 4

[Originally published by @trentmc0 on Oct 11, 2021. We've re-published to @TeamOcean to better organize archival posts. Please treat the article as if it was published on its original date.]

## Punchline

OceanDAO is a grants DAO where anyone can propose a project, and each OCEAN holder can vote "yes" or "no" for a project.

It's great for the Ocean ecosystem if OCEAN holders thoughtfully vote "yes" and "no" on OceanDAO proposals, to curate towards projects *with the best chance of growing the Ocean ecosystem* ("thoughtful" voting).

Voting "no" across all projects with the hope that the burn will drive OCEAN price is simply irrational. It's too small of a burn to make a dent for the near

term, and it hurts the ability to grow value in the longer term.

If you care about the value of your OCEAN, then please vote, *thoughtfully*.

# 1. Introduction

This article provides background to better understand the "punchline" presented above. Ocean is designed to mirror Amazon's successful dynamics. The keys are decentralized funding, curation, and a focus on compound growth (vs dividends).

The rest of this article is organized as follows.

- **Sections 2–4 describe Amazon.** Sections 2 & 3 describes the Amazon flywheel. Section 4 describes how Amazon focuses revenue on *growth* rather than shareholder dividends. From this, it's been able to grow like crazy and create longstanding shareholder value.

- **Sections 5–8 draw a parallel to Ocean.** Sections 5 & 6 describes how Ocean's token design is modeled after the Amazon flywheel. Section 7 describes how Ocean design focuses on growth to create longstanding value. Section 8 describes how OceanDAO voting plays a big role.

# 2. The Amazon Flywheel

Over 25 years, Amazon has grown from a struggling online bookstore to a globally pervasive company with a trillion dollar market cap.

Its **flywheel** was key to success: if Amazon selection grows, then customer experience can't help but improve; then sales can't help but grow; then the number of sellers can't help but grow; then selection can't help but grow. And the loop continues.



The Amazon loop. Source: Amazon.com

## 3. Amazon Flywheel Components

Two key components in this flywheel are (1) its decentralized workers and (2) its resource allocation algorithm.

- Amazon has (1) a sea of two-pizza teams, each running fairly independently, each with its own profit & loss. It's the "workers" block in the image below.

- Each team is (2) funded by Amazon HQ according to a resource-allocation algorithm — the "curation" block in the image below. The more ROI a team delivers, the more funding they get. When getting going, they get a bit of time to start — typically months — to start delivering ROI. If they can't deliver, the project gets shut down and team disbanded.

Amazon's flywheel, including curation of $ (top left), role of workers (middle), and role of dividends (bottom right)

## 4. Amazon Growth vs Dividends

The revenue for these teams comes as a cut of sales.

Amazon takes a cut from the sales and aggressively plows it into **growth**. ("curate" box in the image). It explicitly does *not* put much into shareholder dividends ("lower-bound-shareholder rewards" in image). This is because money into growth gives benefits that **compound over time**, whereas dividends are a **one-time payoff**.

For example, if Amazon spends R&D money to reduce its logistics costs by 2%, then it can keep reaping those savings for years to come. In contrast, Amazon did a dividend or a stock buyback, it would be a one-time benefit to shareholders and then the money is gone.

The best way to grow shareholder value is to grow revenue. It would only be rational for Amazon to give dividends if it couldn't efficiently allocate its capital to growth (ROI > 1). When you see Amazon start to dole out lots of dividends, it means growth has slowed.

Interestingly, many companies religiously aim to give dividends every year. IBM is famous for it. Unsurprisingly, their growth is tepid, and has been for decades.

## 5. The Ocean Sustainability Loop

Amazon shows how well flywheels can work, including with *decentralized* workers and an *algorithm* to allocate resources. This gives Amazon an interesting path to decentralization. More usefully to for us: **we can use this flywheel as a model for decentralized business models**. We call it the Web3 Sustainability Loop. We use it as the beating heart of Ocean's token design.

---

Get Ocean Protocol Team's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email        Subscribe

---

If Ocean data selection grows, then data buyer experience can't help but improve; then data sales can't help but grow; then the number of data sellers can't help but grow; then data selection can't help but grow. And the loop continues.

## 6. Ocean Sustainability Loop Components

Two key components in Ocean's loop are (1) its decentralized workers and (2) its resource allocation algorithm.

- Ocean has (1) a sea of OceanDAO-funded teams, each running fairly independently, each with its own profit & loss. It's the "workers" block in the image below.

- Each team is (2) funded by OceanDAO according to its resource-allocation algorithm: voting. This is the "curation" block in the image below. The more ROI a team delivers, the more funding they can expect over time. When getting going, they get a bit of time to start — to start delivering ROI. If they can't deliver, the team should not expect to receive further grants.



Ocean Sustainability Loop is an instance of Web3 Sustainability Loop pattern

Ocean is an ecosystem. There are way more teams than just OPF core team working to build and grow the Ocean ecosystem. Here are examples of work funded by OceanDAO.

- *Ocean documentation.* These have matured greatly in the last half year, thanks to Akshay. Work includes: search, ocean.py API, Provider API,

Aquarius API, and (currently) documentation for V4.

- *Deep Gaia-X engagement.* OPF core team has been engaged with Gaia-X a long time. However this engagement has become broader and stronger thanks to work by grant recipients (deltaDAO).

- *Vote with datatoken pools.* This was accomplished by a grant (Tim Daubenshuetz).

- *Moderation of TG, Discord, and other channels.* This is done by the Ocean Ambassadors grants recipients.

- *Learn about Ocean.* The Ocean Academy team created tons of awesome material to onboard people about Ocean. It's become so good, that doing Ocean Academy is a pre-requisite for people to become Ocean Ambassadors.

- *Learn about OceanDAO grants.* The Ocean Pearl team has created a gorgeous frontend (oceanpearl.io) to browse, search and filter OceanDAO grants recipients. The scope is increasing to support other OceanDAO flows such as voting.

## 7. Ocean Growth vs Burning

The revenue for OceanDAO teams comes from OPF treasury, 51% rewards, and (with traction) Network Revenue.

Ocean is designed to aggressively plow Network Revenue into **growth**. ("curate" box in the image). It explicitly puts just 5% — a low amount — into burning (bottom left image). This is because money into growth gives benefits that **compound over time,** whereas burning is a **one-time payoff**.

For example, if OceanDAO grants R&D money to a new app that adds 100,000 participants to Ocean ecosystem, those people will stick around for years to come, assuming they're getting value from the app. Network Revenue would flow to the Ocean community accordingly.

In contrast, in a burn situation, it a one-time benefit to OCEAN holders and then the money is gone.

Burning actually happens in two places: (a) 5% of Network Rewards, as described, and (b) any OceanDAO funds not allocated in a given funding cycle, i.e. not enough projects with a sufficient "yes" vote to use up the funds available.

The best way to grow OCEAN value is to grow Network Revenue. It would only be rational for OceanDAO to burn its funds it couldn't efficiently allocate its capital to growth (ROI > 1).

We've actually built TokenSPICE simulations that validate this (at least with the model assumptions). In scenario A, we ran at 95% of Network Revenue to OceanDAO, and 5% to burning. In scenario B, the opposite. The results: in 10 years, predicted market cap was about 10x higher for scenario A. Focus on growth creates the most value for OCEAN holders, because it compounds. Burning is a one-time payoff.

## 8. OceanDAO Voting & Ocean Growth

Let's drill in on voting in OceanDAO.

What's rational: voting "yes" for projects that you think have a good chance to help grow Ocean (expect ROI > 1 over time).

What's rational: voting "no" for projects that you think don't have a good chance (ROI <1 and will never get better)

What's less rational: voting "no" on *all* projects because you think burning will help drive the price of Ocean. This less rational because the amount burned is so low that it won't dent the price of OCEAN. Even more importantly, it means the ecosystem isn't getting funded — precisely where the growth needs to be!

Put another way, ask yourself: can I expect more returns to OCEAN from this project in the next 6–18 months, versus burning? If yes, then vote yes. If no, then no. Burning is the lower-bound measuring stick for assessing value add.

# 9. Conclusion

This article reviewed the Amazon flywheel and how Ocean's token dynamics mirror them. It highlighted that value creation comes from funding for growth, which gives compound rewards over time. Contrast this to burning which is only a one-time payoff (and is money taken from growth).

Ocean Protocol   Oceandao   Governance   Grants Program



Published in Ocean Protocol

5.9K followers · Last published 3 days ago

Tokenized AI & Data



Follow