# Exhibit 12

fetch.ai

ASI:ONE  SIGN UP

This website uses cookies to ensure you get the best experience on our website.

ACCEPT     REJECT

💬 ARTICLE

# FET token supply increased to support forthcoming $ASI token merge

Fetch.ai mints additional $FET tokens to support the ASI Token Exchange Mechanism

2024-05-03  •  1 MIN READ  •  FETCH.AI

Following the successful voting across constituent Alliance communities of Fetch.ai and SingularityNET, we recently announced the approval of the $ASI token merger of $FET, $AGIX, and $OCEAN into $ASI to form the Artificial Superintelligence Alliance.

As the next step in the merger, we have now minted an additional 1,477,549,566 $FET tokens to support the $ASI Token Exchange Mechanism.

This website uses cookies to ensure you get the best experience on our website.

- The $AGIX:$ASI conversion ratio will be 0.433350:1, supported by newly minted 866,700,367 $FET tokens
- The $OCEAN:$ASI conversion ratio will be 0.433226:1, supported by newly minted 610,849,199 $FET tokens
- The $FET:$ASI conversion ratio is 1:1, supported by the existing 1,152,997,575 $FET tokens

This will bring the new total supply of $FET token to 2,630,547,141. In the subsequent step, we will rename the $FET token to the new $ASI token. For reference, we are resharing the calculation basis from our original post on the 27th of March when we first announced the merger.

|  | AGIX | FET | OCEAN |  |
|---|---|---|---|---|
| Token Supply (#) | 2.000.000.000 | 1.152.997.575 | 1.410.000.000 |  |
| 15 days average price | 1,13936 | 2,62918 | 1,13903 |  |
| Adjusted FDV ($) | 2.278.710.918 | 3.031.437.695 | 1.606.032.249 |  |

|  | AGIX | FET | OCEAN | Total |
|---|---|---|---|---|
| Max Token Supply (#) | 2.000.000.000 | 1.152.997.575 | 1.410.000.000 |  |
| Adjusted FDV ($) | 2.278.710.918 | 3.031.437.695 | 1.606.032.249 | 6.916.180.862 |
| Token Price ($) | 1,139355459 | 2,6291795933 | 1,1390299636 |  |
| Combined Adj FDV ($) | 6.916.180.862 |  |  |  |
| Share of Total Supply (%) | 32,948% | 43,831% | 23,221% | 100% |
| New Max Supply (#) | 866.700.367 | 1.152.997.575 | 610.849.199 | 2.630.547.141 |
| ASI / AGIX Ratio | 0,43335018345744x |  |  |  |
| ASI / OCEAN Ratio | 0,43322638231018x |  |  |  |

This website uses cookies to ensure you get the best experience on our website.

💬 ARTICLE

## ASI:One Web Update 27/08/2025 -...

A Smoother, Smarter ASI:One

2025-08-27 • 2 MIN READ

💬 ARTICLE

## ASI:One Web Update 11/08/2025 -...

A Smarter, More Personal Way to Manage Your...

2025-08-11 • 3 MIN READ

---

Creating AI platforms and services that let anyone build and deploy AI services at scale, anytime and anywhere.

      

| | |
|---|---|
| EVENTS | PRESS AND MEDIA |
| BLOG | PRIVACY POLICY |
| CAREERS | TERMS OF SERVICE |
| FETCH.AI FOUNDATION | |
| ASI WALLET | |

---

JOIN OUR NEWSLETTER

This website uses cookies to ensure you get the best experience on our website.