# Exhibit 13



Ocean Protocol

# Ocean Protocol is joining the Superintelligence Alliance

By Bruce Pon & Trent McConaghy

Ocean Protocol Team  Follow    13 min read · Mar 27, 2024

216    2

Ocean Protocol is joining forces with Fetch.ai and SingularityNET to create the Superintelligence Alliance with the token ticker $ASI "Artificial Superintelligence." The combined value of the Alliance at signing is $7.5 Billion, ranking $ASI at #20 on CoinMarketCap with 2.631 Billion tokens, with $FET as the benchmark currency.



```
## Table of Contents
1. Introduction: Towards ASI
2. Pillars of Focus
3. Complementary Strengths
4. The New $ASI Token
5. How the Alliance Becomes Greater than the Parts
6. Actions for Token Holders
7. Conclusion
Appendix 1: Beware of Scams
Appendix 2: Data Farming & OCEAN locking
```

# 1. Introduction: Towards Decentralized Artificial Superintelligence

**Speed of AI.** With the release of the latest LLMs, the pace of innovation in AI has noticeably accelerated from its already fast pace. It's now a torrent of innovation that every single startup, decentralized project and large multinational must come to terms with.

**Decentralized AI.** As three of the longest serving OG teams of the decentralized AI world, committed to open and beneficial AI, committed to decentralization and striving to build exit ramps away from centralized monopolies; we aim to give AI researchers, companies and governments an alternative that doesn't lock them into walled gardens and silos to tilt to a particular bias, or worse, allow the risk of user de-platforming and the loss of their intellectual property, social graph and followers.

**The need for scale.** The resources needed to win this competition are immense. We joked internally that we are the "Rebel Alliance" against the large platforms — but it's actually no joke. The world needs a full, vertically integrated stack of decentralized tools to harness and leverage AI, and give users an alternative in case the monopolies no longer serve the needs of all users.

## Why NOW?

AI is not only moving fast, it's accelerating. AGI and ASI loom near.

Artificial General Superintelligence (**AGI**) — when an AI system can perform all human tasks at least a human level of competence — looms near. The acceleration will continue past AGI, straight to Artificial Superintelligence (**ASI**) when AI systems perform at far-beyond human levels of competence.

> It is imperative for humanity that artificial superintelligence is fundamentally decentralized.

Not just "*don't be centralized*" but **can't be centralized.** Artificial superintelligence must be decentralized across the whole technology stack:

11/3/25, 1:05 PM
Ocean Protocol is joining the Superintelligence Alliance | by Ocean Protocol Team | Ocean Protocol
Case 1:25-cv-09210-DEH    Document 1-13    Filed 11/04/25    Page 5 of 17

from the network infrastructure, to AI infrastructure software (agents, data), to AI models & prediction.

We at Fetch, Ocean Protocol and SingularityNET have been leading decentralized AI for the past seven years. In fact, the founders of each have been driving AI for decades before that. We've been building towards fundamentally decentralized network infrastructure, decentralized AI infrastructure software (agents, data), and decentralized AI models & prediction. We have long been aligned philosophically, with mutual respect among the teams, and have had several specific project collaborations.

> *We have been building and moving quickly. Yet, centralized AI has moved faster and accumulated enormous capital: All towards AGI then ASI.*
>
> *If we want AI to be fundamentally decentralized, we must deliver decentralized AI, with scale, stronger and more robust: All towards AGI then ASI.*

Charlie Munger famously said "Show me the incentives, and I will show you the outcome." Well, here are the incentives. In this singular move, we have aligned the economic incentives of these teams and their communities.

## 2. Pillars of Focus

Our efforts — as group of three organizations — will follow **three pillars:**

1. **We're building decentralized Artificial Superintelligence (ASI)** — for humanity and for the future.

2. On the continuum from today to the future, we balance the ASI future with **efforts on decentralized AI tools for present-day applications in**

**business and retail users.** These are the world-class tools that all three Foundations have built; we will continue to develop these.

3. AI, AGI and ASI want compute, specifically the silicon and the energy to power the compute. **We intend to use the scale of $ASI to move even more aggressively in securing compute for AI, decentralized-style.**

## 3. Complementary Strengths

**The Superintelligence Alliance brings together the best of decentralized AI.**

Each team Fetch, Ocean, SingularityNET have strengths that can be leveraged by the Alliance. We've all been building different parts of the decentralized stack, with little overlap. SingularityNET has been building a path to AGI & ASI, and is strong in R&D — with seven live projects launched, many with their own tokens. Fetch has an L1 network that we can all leverage, leading edge technology for AI Agents, and recently invested $100 million in GPUs. They also have a top-notch business development and commercialization team. With Ocean, we've assembled a lot of building blocks to allow decentralized data sharing, access control and payment. Our Predictoor product has seen over $800 million in volume, just six months since launch, and it has its own exponential path to ASI.

Teaming up allows us to leverage a deeper bench of AI & crypto builder talent and evangelists, spanning the globe. The Alliance has some of the leading researchers, developers and commercialization know-how, under one umbrella to push adoption of decentralized technology.

Finally, the value-flow from deep research, to tools & applications, and finally to large-scale commercialization of data and AI services is now possible — all while giving users full control and choice.

Case 1:25-cv-09210-DEH    Document 1-13    Filed 11/04/25    Page 7 of 17

## 4. How the Alliance Becomes Greater than the Parts

The Superintelligence Alliance exists to give people the freedom of choice to own and control their data and AI, to respect each person's autonomy and sovereignty. This is more important than ever in a world with artificial general intelligence then artificial superintelligence.

We apply these principles to our own collaboration as well. Even though a common website for the Superintelligence Alliance will be put up, each Foundation — Fetch, Ocean Protocol, and SingularityNET — will remain as independent legal entities, with the existing leadership, teams, communities and token treasury. As a baseline, existing initiatives from each Foundation will continue as planned. Any changes with respect to a given Foundation's offering will be announced via official channels. Specific for Ocean Protocol: everything will continue as-is for now with the exception of Passive Data Farming and Volume Data Farming; details are below.

To a large extent, each Foundation already exhibits varying levels of decentralization in the control of the token, governance, the diversity of the community and the number of independent spin-out projects.

Over time, as the Foundations collaborate and the teams get the chance to work more closely together, we will announce joint projects and collaborations — either internally to strengthen the overall product offering and improve the user experience, or externally to bring stronger go-to-market services for large and enterprise customers.

Each Foundation is free to do as they like, to bring forward the values and adoption of decentralized AI — without coercion or compulsion to pressure other Alliance members. When cross-team collaborations make compelling and pragmatic sense, we'll do it. If it doesn't, two teams could be working on

a similar topic with different approaches. Community members are free to join, and free to leave at all times.

## Integration Levels

**BASIC — Token Only**
- $ASI is the token representing our combined efforts
- Joint coordination on token and treasury related topics
- Each Foundation operates independently, maintaining the token supply they came in with.
- Tactical collaboration on Product, Technology and Business Development on an ad hoc basis

**MEDIUM — Communications**
- Increased communications coordination with
  - an $ASI landing page,
  - community channels,
  - joint PR efforts,
  - community outreach,
  - campaigns. etc.
- Release a common landing page under superintelligence.io - a user and customer facing front which can be built on and expanded

**FULL — Product / Technology / BizDev**
- Full mapping of Product, Technology and Business Development capabilities
- For instance:
  - Combined, accelerated AGI / ASI roadmap
  - Working together on Gaia-X and enterprises
  - Joining private compute efforts
  - Porting existing features to the Fetch L1 network

Move to the right as the teams get comfortable working together and the integrations on Product, Tech and BizDev become obvious

ocean     fetch.ai     SingularityNET

Figure 1 — Levels of Integration of the Superintelligence Alliance

**Governing council.** To manage this symphony of decentralization, a governing council will be formed with Humayun Sheikh as Chairman, Ben Goertzel as the CEO, and Trent and Bruce will represent Ocean Protocol and we'll do our part to contribute to a shared Superintelligence Alliance vision.

**The text above it is essential, as it forms the core principles of our Alliance, and will guide how we move forward.** Enticingly, this flexible framework leaves open the opportunity for other decentralized teams who share our values to join the Alliance in the future, to add even more strengths and capabilities.

**Snapshot of the Foundations**

|  | Fetch | Ocean Protocol | SingularityNET |
|---|---|---|---|
| Founded | 2018 | 2017 | 2017 |
| Jurisdiction | Dubai | Singapore | Zug, Switzerland |
| Locations | Brazil, Columbia, Eastern Europe, Germany, India, Middle East, UK, USA | Africa, Canada, Germany, Romania, Middle East, Singapore, USA | Africa, Asia, Eastern Europe, Middle East, UK, USA |
| Team (#) | 70 | 50 | 189 |
| Ecosystem Teams Funded (#) | 27 | 254 | 88 |
| Token Holders (#) | 120,000 | 70,000 | 107,000 |
| Watchlist (Coingecko) (#) | 158,700 | 114,200 | 102,500 |
| X Followers (#) | 202,400 | 181,000 | 138,600 |

## 4. The New $ASI Token

From Day 1, the $ASI token (the renamed $FET token) will have a market capitalization ranking it around #20 on CoinMarketCap. This placement gives the Alliance significantly more exposure to a broader, global audience and puts $ASI as a strong candidate to be included in any index-based AI and crypto-ETF.

There are 225,000 wallet holders of $FET, $OCEAN and $AGIX tokens, as well as several hundred thousand more holders who leave their tokens on exchanges.

With the rise in token ranking of $ASI, we can expect our community to grow rapidly, and with it, an increase in trading volumes and attention from sophisticated players.

### What Happens Next

With the announcement live, each Foundation will speak to business partners, answer questions from the community and start to plan the next

steps.

The first priority is to execute the token merge. The $FET token will be the reserve token of the Superintelligence Alliance. It will be renamed $ASI — 'Artificial Superintelligence.' Holders of $OCEAN and $AGIX need not do anything right now. You can continue to hold your tokens without worry as the exchange rate between $FET/$ASI and $OCEAN is fixed to 0.433226 $ASI per $OCEAN and the 0.433350 $ASI per $AGIX. Holders can choose to swap their tokens as soon as the token swap tool is available, or 10 years from now if they want to, at their leisure. The exchange rate will remain fixed. There is no rush.

**Token Exchange Mechanism**

Starting with $FET as the base token of the Alliance, the $FET token will be renamed $ASI, and an additional 1.48 Billion tokens will be minted, with 867 million $ASI allocated to $AGIX holders and 611 million $ASI allocated to $OCEAN token holders. The total supply of $ASI tokens will be 2.63 Billion tokens.

Get Ocean Protocol Team's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email     Subscribe

We took a snapshot on Monday, 25 March 2024. Here is the Max Supply (#) and Fully Diluted Value ($) summary:

```
FET Price, as of 25th March 2023 7.30am GMT        $2,50
New Max Supply (#)                                 2.630.547.141
New FDV ($)                                        6.576.367.852
```

Figure 2 — Fully Diluted Valuation ($) and Max Token Supply (#) of $ASI

Here is the calculation basis for the token minting to give a proportional share of new $ASI tokens to $OCEAN and $AGIX holders:

|  | AGIX | FET | OCEAN |  |
|---|---|---|---|---|
| Token Supply (#) | 2.000.000.000 | 1.152.997.575 | 1.410.000.000 |  |
| 15 days average price | 1,13936 | 2,62918 | 1,13903 |  |
| Adjusted FDV ($) | 2.278.710.918 | 3.031.437.695 | 1.606.032.249 |  |

|  | AGIX | FET | OCEAN | Total |
|---|---|---|---|---|
| Max Token Supply (#) | 2.000.000.000 | 1.152.997.575 | 1.410.000.000 |  |
| Adjusted FDV ($) | 2.278.710.918 | 3.031.437.695 | 1.606.032.249 | 6.916.180.862 |
| Token Price ($) | 1,139355459 | 2,6291795933 | 1,1390299636 |  |
|  |  |  |  |  |
| Combined Adj FDV ($) | 6.916.180.862 |  |  |  |
| Share of Total Supply (%) | 32,948% | 43,831% | 23,221% | 100% |
| New Max Supply (#) | 866.700.367 | 1.152.997.575 | 610.849.199 | 2.630.547.141 |
|  |  |  |  |  |
| ASI / AGIX Ratio | 0,43335018345744x |  |  |  |
| ASI / OCEAN Ratio | 0,43322638231018x |  |  |  |

Figure 3 — Token Supply Calculation

Token holders will receive 0.433226 $ASI per $OCEAN and 0.433350 $ASI per $AGIX. This exchange rate is fixed and will not change. We expect that smart arbitrageurs will notice if a price differential between the tokens arises, and then arb it out to maintain a balance and equilibrium in the exchange rate.

## 6. Actions for Token Holders

*$FET Tokens on Exchanges*

If you have $FET tokens on an exchange, they will be automatically relabeled as $ASI tokens. No action is needed from you. We'll coordinate with the exchanges on your behalf.

*$OCEAN and $AGIX tokens on Exchanges*

If you have $OCEAN and $AGIX tokens on an exchange, no action is needed. We will work with each exchange to ensure a smooth conversion and your holdings will automatically be converted to $ASI tokens directly by the exchange.

One day, you'll log in and you won't see your $OCEAN or $AGIX — but don't panic! The tokens are there — look for the $ASI symbol near the top of the list.

*Don't Deposit $OCEAN / $AGIX tokens into Exchanges after they've Executed a Conversion*

When an exchange has converted all $OCEAN and $AGIX tokens, the tickers $OCEAN and $AGIX will be retired from the exchange. If anyone accidentally sends $OCEAN or $AGIX an exchange after the conversion event, we cannot guarantee that the tokens will be available or converted to $ASI. So please keep abreast of notices and announcements from your exchanges.

If you hold $OCEAN or $AGIX outside of an exchange and want to convert them to $ASI tokens, please see the next paragraph.

*$OCEAN / $AGIX Tokens in Hard Wallets or Offline*

For those of you holding your tokens in hard wallets or offline, a token swap mechanism will be available in the coming weeks to allow holders to exchange their $OCEAN and $AGIX for $ASI.

Once made available, this swap mechanism will be available **indefinitely** to allow long-term stakers to exchange their $OCEAN and $AGIX for $ASI tokens when their tokens unlock, without any FX or exchange risk.

*Data Farming & Staking*

Some of you have locked your $OCEAN for up to 4 years in Data Farming. We've got you covered. **Appendix 2** on Data Farming has details.

*Timing for the Token Swap Mechanism*

The token swap contracts have been tested and audited but given the complexity of the coordination with hundreds of business partners, we'll complete a more detailed analysis, speak with partners & exchanges, and come back to the community with a firm date to release the token swap tool. *Stay tuned.*

*DEXes and Pool Liquidity*

We encourage liquidity providers to remove any $OCEAN and $AGIX related liquidity from DEXs at your convenience. Users may experience higher slippage in pools with lower liquidity. We recommend that you size your swap according to the available liquidity to minimize slippage.

Once you have your removed liquidity and have OCEAN in your wallet, wait until token swap contracts are ready to use and exchange OCEAN to ASI.

Once a threshold of 95% of the $OCEAN and $AGIX token supply is converted to $ASI, Ocean Protocol and SingularityNET Foundations will remove any pool liquidity that we have provisioned.

# 7. Conclusion

We're excited. You're excited.



This Alliance makes sense because **the whole is greater than the sum of the parts.** We can move faster, aggressively deliver more features and have the scale to compete globally and commercialize a decentralized stack of tools.

Our ambition is nothing less than to accelerate the path to artificial superintelligence, while carving out an essential role for humans and respecting the dignity and sovereignty of each one of us.

The covenant that we make to you, our community and the Superintelligence Alliance is the same — we will build the tools to help every human have a chance to thrive in a future where AI, AGI and ASI is a reality.

Join us. Build with us. Be a part of the movement.

# About Ocean

Ocean was founded to level the playing field for AI and data. Ocean tools enable businesses and individuals to trade tokenized data assets seamlessly to manage data all along the AI model life-cycle. Ocean-powered apps include enterprise-grade data exchanges, data science competitions, and data DAOs. Our Ocean Predictoor product has over $800 million in monthly volume, just six months after launch with a roadmap to scale foundation models globally.

## Appendix 1: Beware of Scams

> *Most Importantly, We Really Can't Stress this Enough — BEWARE of SCAMS !!!*

Our number one priority is to protect the community.

Moments like these are a prime time for scammers to appear with tempting, time-sensitive, "click-now!" links. Don't fall for it. It breaks our hearts every time someone is scammed because there's little we can do other than maybe file a police report.

We cannot stress how important it is to maintain vigilance and remember — **there is no time urgency to swap your $OCEAN / $AGIX for $ASI.** Do it at your leisure.

Here are some ways to stay safe:

1. **Cross-verify any call to action to exchange your tokens.** Visit Fetch, Ocean Protocol and/or SingularityNET Twitter/X handles and check if our

Tweets point to the same url or destination.

2. **Rely only on official sources** that you independently type in the destination on your browser and avoid following any links. There are many impersonator websites designed to look authentic, to steal your tokens. For instance, on Twitter — if you see @FetchAI, check the number of followers — it should be 200,000. Most impersonators will have only 50 bot followers — that's a clear sign of a scammer.

3. In Telegram, only click on links from the **pinned notices** posted by Admins. Admins have been explicitly instructed not to post links in the message threads. All official messages will be pinned, not in the deluge of scrolling messages.

4. For Telegram/Discord, always use public channels or threads and do not engage in private messages promising to help.

5. Our Admins are instructed **NEVER** to proactively reach out to users. Be extremely wary of any direct messages from an "Admin" with a call to action. We've designed the process so that users can swap their tokens at their leisure with no urgency. The exchange rate is fixed between $OCEAN / $AGIX and $ASI, so regardless of price action — you **will** get your allocated share of $ASI.

6. **NEVER** share your private key or seed (12, 15,18, 24 words) used to generate your wallet with anyone, nor enter them into a website.

7. If you have a problem, reach out via Twitter/X by writing a DM or posting a public Tweet. One of our admins should see it and respond using the official account from Fetch, Ocean or SingularityNET. Nonetheless be very wary and maintain vigilance for any links and rely only on official sources and websites.

8. If you do fall for a scammer and you post a plea for help on a forum or Telegram, more scammers will come out of the woodwork to offer you to recover your tokens for a fee. Don't fall for this scam. Send a message via Twitter to either Fetch, Ocean or SingularityNET and one of the Admins will get back to you.

Stay safe! People will try to scam you out of your hard-earned tokens. We've designed the process so that you can swap your tokens in a relaxed manner with no rush. If you are unsure, **Ask** and **keep asking** until you are 100% sure that it is safe to execute the actions.

## Appendix 2: Data Farming & OCEAN Locking

Data Farming (DF) is Ocean Protocol's incentive program. If you've locked OCEAN for veOCEAN, to participate in Passive DF or Active DF, we've got you covered.

[UPDATE Mar 29, 2024] See this standalone article for further information on DF & veOCEAN.

(The content is more useful as its own standalone article. We removed the content from this article to avoid inadvertent discrepancies.)

Homepage    AI    Partnerships    AGI    Asi



**Published in Ocean Protocol**
5.9K followers · Last published 3 days ago

Follow