# Exhibit 15

| Open in app ↗ | | Sign up | Sign in |

Medium    Search    Write

Ocean Protocol

# OceanDAO Round 10 Results

Alex N · Follow · 4 min read · Oct 13, 2021

👏 11

9 projects funded; 100mm+ votes submitted



## OceanDAO Grants

Hello, Ocean Community!

The OceanDAO is pleased to share the results of the 10th round of our community grants initiative:

- A total of 530,000 USD was available
- Conversion rate of 0.75 OCEAN/USD
- 702,963 $OCEAN tokens were available

All funds that were not granted will be burned. $OCEAN burned is a signal of the extra room available for new grants.

The results are in:

Round 10 included 4 first-time projects and 5 returning projects requesting follow-up funding.

- 158,547 $OCEAN has been granted
- 544,416 $OCEAN will be burned

Burned $OCEAN will be sent to address 0x000000000000000000000000000000000000dEaD, forever decreasing total $OCEAN in circulation.

OceanDAO Round 11 and announcements will be live shortly. Ocean Protocol is dedicated to ever-growing resources for continued growth, transparency, and decentralization. Keep an eye out on Twitter @oceanprotocol and our blog for the full announcement and new highlights.

Case 1:25-cv-09210-DEH    Document 1-15    Filed 11/04/25    Page 4 of 13

For up-to-date information on getting started with OceanDAO, we invite you to get involved and learn more about Ocean's community-curated funding on the OceanDAO website.

We encourage the Ocean ecosystem to apply or re-apply **AND** to vote!

Thank you to all of the participants, voters, and proposers.

## OceanDAO Round 10 Results

You can find the full overview on our Round 10 — Votes page.

**Round 10 Rules**

Proposals with 50% or more "Yes" Votes received a grant, until the "Total Round Funding Available" is depleted in descending number of votes received order.

19% of "Total Round Funding Available" was earmarked for New Projects. Earmarked proposals were eligible for entire "Total Round Funding Available"; returning (general) grants were eligible for 81%.

Get Alex N's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email                              Subscribe

The grant proposals from the snapshot ballot that met these criteria were selected to receive their $OCEAN Amount Requested to foster positive value creation for the overall Ocean ecosystem.

- Voting opened on October 7th at 23:59 GMT

- Voting closed on October 11th at 23:59 GMT

**Proposal Vote Results:**

- 31 proposals submitted

- 9 funded or partially funded

- 83 Unique Wallets Voted

- 1002 voters across all proposals (same wallet can vote on multiple proposals)

- 682 total Yes votes

- 320 total No Votes

- 73,486,412.21 $OCEAN voted Yes on proposals

- 75,728,935.83 $OCEAN voted No on proposals

- 149,215,348 $OCEAN Tokens voted across all proposals

- 158,547 $OCEAN has been granted

- 544,416 $OCEAN will be burned



# Recipients

Congratulations to the grant recipients! These projects have received an OceanDAO grant in the form of $OCEAN tokens.



See all the expanded proposal details on the Round 10 Ocean Port Forum!

If your Proposal was voted to receive a grant, if you haven't already, please submit a Request Invoice to the Ocean Protocol Foundation (OPF) for the *Ocean Granted* amount listed on the Round 10 — Votes page.

## Proposal Details

**Grants**

Clean Docs: As Ocean core components that power the ocean economy are constantly evolving, I propose to maintain the documentation for a period of 3 months. Regularly updated docs and improvements in https://docs.oceanprotocol.com/.

Metaverse Game Hub:Offering datasets on the Ocean Marketplace revolving around data from metaverse based assets such as LANDS that are generated by analytic algorithms powered by AI models which allow a fair and transparent price evaluation of the NFT market.

Coral Market:Grant funds are requested to support the development of an open-source application for GDPR-compliant self-sovereign scientific data management and peer-to-peer sharing.

Walt.id: Proof of Concept: Implementing Europe's new open-source digital identity ecosystem based on EBSI and ESSIF in Ocean Protocol.

Rugpullindex.com: Our current mission is to improve the overall safety of all Ocean data token users such that anyone can trade data without running the risk of getting the rug pulled.

DataX: Vision is a one-stop shop for all Data DeFi needs. We are helping to make data a liquid asset.

Governauts Rewards Systems Research Initiative: We develop and verify DAO improvements for Ocean DAO, as part of a community research initiative led by Token Engineering Academy.

Ocean Protocol Japan: Operation and management of local communities in Japan and promotion of adoption of OceanProtocol by Japanese individuals and organizations.

Indian Ocean program: The extended outreach program initiates to set up an Indian outreach 'port' amidst the lush Web2 developer community inviting new inn-mates and young outreach ambassadors to on-board the Data Ocean.

## OceanDAO Ecosystem

Continue to support and track progress on all of the Grant Recipients here!

Much more to come — join our Town Halls to stay up to date and see you in Round 11. Thank you!



Follow Ocean Protocol on Twitter, Telegram, LinkedIn, Reddit, GitHub & Newsletter for project updates and announcements. And chat directly with other developers on Discord.

Oceandao    Web3 Sustainability    Data Science    Grant Funding    Homepage

Published in Ocean Protocol

5.9K followers · Last published 3 days ago

Follow

Tokenized AI & Data

Written by Alex N

41 followers · 3 following

Follow

No responses yet



Write a response

What are your thoughts?

# More from Alex N and Ocean Protocol



 In Ocean Protocol by Alex N

### OceanDAO Round 9 is Open

300K USD available for sustainable data-oriented projects!

Aug 10, 2021 · 31



In Ocean Protocol by Ocean Protocol Team

### Ocean Protocol Foundation withdraws from the Artificial…

$OCEAN can be de-pegged and re-listed on exchanges

Oct 9 · 3 · 1





 In Ocean Protocol by Lunor Intern

 In Ocean Protocol by Alex N

### CivicLens : Building the First Structured Dataset of EU…

A new Annotators Hub challenge

Oct 15 · 51

### OceanDAO: Round 6 Results

OceanDAO is a community-curated funding system directed towards projects building in…

Jun 10, 2021 · 61

See all from Alex N     See all from Ocean Protocol

## Recommended from Medium





 In The Medium Blog by Medium Staff

In Long. Sweet. Valuable. by Ossai Chinedum

### Regarding issues connecting to Medium from India

What we know and what you can do

5d ago · 3.6K · 138

### I'll Instantly Know You Used Chat Gpt If I See This

Trust me you're not as slick as you think

May 16 · 26K · 1530





In Generative AI by Adham Khaled

In Coding Nexus by Civil Learning

### Stanford Just Killed Prompt Engineering With 8 Words (And I…

ChatGPT keeps giving you the same boring response? This new technique unlocks 2×…

### I Handed ChatGPT $100 to Trade Stocks — Here's What Happened i…

What happens when you let a chatbot play Wall Street? It's up 29% while the S&P 500…

Oct 19 · 14.4K · 315

Sep 2 · 6.6K · 177





Tosny

Will Lockett

### 7 Websites I Visit Every Day in 2025

If there is one thing I am addicted to, besides coffee, it is the internet.

### The AI Bubble Is About To Burst, But The Next Bubble Is Already…

Techbros are preparing their latest bandwagon.

Sep 23 · 6.4K · 233                    Sep 14 · 15.8K · 561

See more recommendations