UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,

        Plaintiffs,

-against-

Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,

        Defendants.

CASE NO.: 1:25-cv-9210-DEH

---

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and for Defendant Ocean Protocol Foundation Ltd., that:

1. Defendant Ocean Protocol Foundation Ltd. has, through its undersigned counsel, accepted service of the summons and complaint in the above-captioned action;

2. Defendant Ocean Protocol Foundation Ltd.'s time to respond to the complaint is extended to and including February 24, 2026, and;

3. Other than those relating to service of process or sufficiency of process, Defendant Ocean Protocol Foundation Ltd. does not waive and expressly preserves all rights and defenses it may have in relation to the above-captioned action, including but not limited to any objections Ocean Protocol Foundation Ltd. may have to this Court's jurisdiction.

Dated: December 2, 2025

| K&L GATES LLP | MCDERMOTT WILL & SCHULTE LLP |
|---|---|
| */s/ Thomas A. Warns* | */s/ Joseph B. Evans* |
| Thomas A. Warns<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 536-3900<br>Tom.Warns@klgates.com | Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Phone: (212) 547-5767<br>Jbevans@mwe.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant Ocean Protocol Foundation Ltd.* |

**Application GRANTED. The parties shall adhere to the schedule set forth herein.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: December 3, 2025
New York, New York