UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> -against-<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>     Defendants. | Case No.: 1:25-cv-09210-DEH<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Lisa Gerson, an attorney admitted to practice in this Court, hereby appears in the above-captioned action on behalf of Defendant Ocean Protocol Foundation Ltd., and requests that all future papers, notices, or pleadings in this matter be served upon the undersigned at the address listed below.

Dated: December 5, 2025
   New York, New York

                     MCDERMOTT WILL & SCHULTE LLP

                     /s/ *Lisa Gerson*
                     Lisa Gerson
                     One Vanderbilt Avenue
                     New York, New York 10017
                     Phone: (212) 547-5769
                     lgerson@mwe.com

                     *Attorney for Defendant Ocean Protocol Foundation Ltd.*