UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,

Plaintiff(s)

- v -

Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:25-cv-09210-DEH
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Ocean Protocol Foundation Ltd.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Ocean Protocol Foundation Ltd. has no corporate affiliates, subsidiaries, and/or parent corporation.  No publicly held corporation owns 10% or more of Ocean Protocol Foundation Ltd.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

12/5/25
Date

/s/ Joseph B. Evans
Signature of Attorney

5221775 (NY) / JE7267 (SDNY)
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022