UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,

        Plaintiffs,

  -against-

Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,

        Defendants.
------------------------------------------------------- X

CASE NO.: 1:25-cv-9210-DEH

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and for Defendants Bruce Pon, Trent McConaghy and Christina Pon that:

1. Defendants Bruce Pon, Trent McConaghy and Christina Pon, through their undersigned counsel, accept service of the summons and complaint in the above-captioned action;

2. Defendants Bruce Pon, Trent McConaghy and Christina Pon's deadline to respond to the complaint is extended to and including February 24, 2026, and;

3. Other than those relating to service of process or sufficiency of process, Defendants Bruce Pon, Trent McConaghy and Christina Pon do not waive and expressly preserve all rights and defenses they may have in relation to the above-captioned action, including but not limited to any objections to this Court's jurisdiction.

Dated: December 9, 2025

-2-

| | |
|---|---|
| **K&L GATES LLP** | **BROWN RUDNICK LLP** |
| */s/ Thomas A. Warns* | */s/ Stephen D. Palley* |
| Thomas A. Warns | Stephen D. Palley |
| | Daniel L. Sachs |
| 599 Lexington Avenue | 1900 N. Street NW, Suite 400 |
| New York, NY 10022 | Washington, DC 20036 |
| Phone: (212) 536-3900 | Phone: (202) 536-19766 |
| Tom.Warns@klgates.com | SPalley@brownrudnick.com |
| | DSachs@brownrudnick.com |
| | |
| | Kyle S. Dorso (*pro hac vice* forthcoming) |
| | 185 Asylum St. |
| | Hartford, CT 06103 |
| | Phone: (860) 509-6500 |
| | KDorso@brownrudnick.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Bruce Pon, Trent McConaghy and Christina Pon* |