UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,

          Plaintiffs,

  -against-

Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,

          Defendants.
------------------------------------------------------- X

CASE NO.: 1:25-cv-9210-DEH

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and for Defendants Ocean Expeditions Ltd. and OceanDAO (through its successor-in-interest Ocean Expeditions Ltd.), that:

1. Defendants Ocean Expeditions Ltd. and OceanDAO, through their undersigned counsel, accept service of the summons and complaint in the above-captioned action;

2. Defendants Ocean Expeditions Ltd. and OceanDAO's deadline to respond to the complaint is extended to and including February 24, 2026; and

3. Other than those relating to service of process or sufficiency of process, Defendants Ocean Expeditions Ltd. and OceanDAO do not waive and expressly preserve all rights and defenses they may have in relation to the above-captioned action, including but not limited to any objections to this Court's jurisdiction.

Dated: December 11, 2025

-2-

| | |
|---|---|
| **K&L GATES LLP** | **MORRISON COHEN LLP** |
| /s/ Thomas A. Warns | /s/ Michael Mix |
| Thomas A. Warns<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 536-3900<br>Tom.Warns@klgates.com | Jason Gottlieb<br>Michael Mix<br>909 Third Avenue<br>New York, NY 10022<br>jgottlieb@morrisoncohen.com<br>mmix@morrisoncohen.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Ocean Expeditions Ltd. and OceanDAO (through its successor-in-interest Ocean Expeditions Ltd.)* |

**Application GRANTED.  The parties shall adhere to the schedule set forth herein.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: December 15, 2025
New York, New York