**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FETCH COMPUTE, INC., SETH IAN, GREG GRAVES, VICTOR LARIVEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>-against-<br><br>BRUCE PON, TRENT MCCONAGHY, CHRISTINA PON, OCEAN PROTOCOL FOUNDATION LTD., OCEAN EXPEDITIONS LTD., AND OCEANDAO,<br><br>Defendants. | 25-cv-9210<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Ocean Expeditions Ltd. and OceanDAO (through its successor-in-interest Ocean Expeditions Ltd.) in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       December 18, 2025

                                              MORRISON COHEN LLP

                                              By:     */s/ Jason Gottlieb*
                                                       Jason Gottlieb
                                                       909 Third Avenue
                                                       New York, New York 10022
                                                       (212) 735-8600
                                                       jgottlieb@morrisoncohen.com

                                                       *Counsel for Defendants Ocean Expeditions*
                                                       *Ltd. and OceanDAO (through its successor-*
                                                       *in-interest Ocean Expeditions Ltd.)*