**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FETCH COMPUTE, INC., SETH IAN, GREG GRAVES, VICTOR LARIVEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>-against-<br><br>BRUCE PON, TRENT MCCONAGHY, CHRISTINA PON, OCEAN PROTOCOL FOUNDATION LTD., OCEAN EXPEDITIONS LTD., AND OCEANDAO,<br><br>Defendants. | 1:25-cv-9210-DEH<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Ocean Expeditions Ltd. and OceanDAO (through its successor-in-interest Ocean Expeditions Ltd.) in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
December 18, 2025

                                            MORRISON COHEN LLP

                                        By:    */s/ Emma McGrath*
                                                  Emma McGrath
                                                  909 Third Avenue
                                                  New York, New York 10022
                                                  (212) 735-8600
                                                  emcgrath@morrisoncohen.com

                                                  *Counsel for Defendants Ocean Expeditions Ltd. and OceanDAO (through its successor-in-interest Ocean Expeditions Ltd.)*