

James Pardo
Partner
jpardo@mwe.com
+1 212 547 5353

December 29, 2025

**Application GRANTED.  The initial conference is hereby ADJOURNED *sine die* pending resolution of the contemplated Motions to Dismiss.**

VIA ECF

**The Clerk of Court is respectfully directed to close ECF No. 31.**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**SO ORDERED.**

**Dale E. Ho
United States District Judge
Dated: January 2, 2026
New York, New York**

Re: <u>Fetch Compute, Inc. et al. v. Pon et al.</u>, Case No. 1:25-cv-09210-DEH

Dear Judge Ho:

 I am writing on behalf of defendant Ocean Protocol Foundation Ltd., and with the consent of all parties, to respectfully request an adjournment of the January 6, 2026, Initial Pretrial Conference to a date that is convenient for the Court following decision on defendants' forthcoming motions to dismiss.  The parties also request that the deadline to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order be concomitantly extended.

 The basis for this joint request is that defendants' deadline to respond to the complaint is February 24, 2026, and defendants anticipate filing motions to dismiss that challenge, among other issues, whether the Court has personal jurisdiction over them.  A personal jurisdiction challenge is a "threshold issue[]" that counsels in favor of delaying further proceedings until defendants' motions to dismiss are decided.  *See, e.g.*, *Sigma Lithium Corp. v. Gardner*, No. 23-cv-7403 (DEH), 2024 WL 2867504 (S.D.N.Y. June 4, 2024) (adjourning pretrial conference "pending resolution of Defendants' motion to dismiss"); *see also Ye v. Gold Scollar Moshan PLLC,* No. 14 CIV. 7683 (JFK), 2016 WL 7118286, at *3 (S.D.N.Y. Dec. 6, 2016) (noting that initial conference was adjourned pending briefing and decision on defendant's motion to dismiss for lack of personal jurisdiction).

 There has been no prior request for an adjournment of the Initial Pretrial Conference, there are no other scheduled appearances on the docket, and the adjournment will not affect any other scheduled dates.

Respectfully submitted,

*/s/ James Pardo*

James Pardo
*Counsel for Ocean Protocol Foundation Ltd.*

McDermott Will & Schulte    One Vanderbilt Avenue  New York NY 10017-3852  Tel +1 212 547 5400  Fax +1 212 547 5444

US practice conducted through McDermott Will & Schulte LLP.