UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>        Defendants. | Case No.: 1:25-cv-9210-DEH<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

  Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven L. Caponi, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee ("Plaintiffs") in the above-captioned action.

  I am a member in good standing of the Bar of the State of Delaware. To my knowledge, there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There exist no disciplinary proceedings presently against me. This motion is supported by my declaration containing the information required by Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York and a true copy of the Certificates of Good Standing issued by the Supreme Court of the State of Delaware.

Dated: January 7, 2026          Respectfully submitted,

                       */s/ Steven L. Caponi*

Steven L. Caponi, Esq.
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com

*Counsel for Plaintiff Checkmate.com, Inc.*