**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>        Defendants. | Case No.: 1:25-cv-03181-DEH<br><br>**<u>DECLARATION OF STEVEN L. CAPONI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE</u>** |

   Steven L. Caponi, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

   1.  I am a partner at the law firm of K&L Gates LLP, located at 600 N. King Street, Suite 901, Wilmington, DE 19801. I submit this declaration in support of my motion for admission *Pro Hac Vice*, in which I seek to appear as counsel for Plaintiffs Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee ("Plaintiffs") in the above-captioned action.

   3.  I am a member in good standing of the Bar of the State of Delaware. Attached as <u>Exhibit A</u> to this declaration is a true copy of the Certificate of Good Standing issued by the Supreme Court of the State of Delaware.

   4.  To my knowledge, there are no pending disciplinary proceedings against me in any state or federal court.

   5.  I have never been convicted of a felony.

   6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. There exist no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January, 2026 in Wilmington, Delaware.

*/s/ Steven L. Caponi*
Steven L. Caponi, Esq.
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com

*Counsel for Plaintiff Checkmate.com, Inc.*
