**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>        Defendants. | Case No.: 1:25-cv-09210-DEH |

**NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM**

      PLEASE TAKE NOTICE that, upon this Notice of Motion to Dismiss For Lack of Personal Jurisdiction or, In the Alternative, For Failure to State a Claim, the accompanying Memorandum of Law in Support of Ocean Protocol Foundation Ltd.'s Motion to Dismiss For Lack of Personal Jurisdiction or, In the Alternative, For Failure to State a Claim, and corresponding declarations and exhibits, Ocean Protocol Foundation Ltd. moves this Court, before the Honorable Dale E. Ho, at a date and time to be designated by the Court, at the United States District Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order dismissing all claims asserted against it in the above-referenced action with prejudice in accordance with Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and for such other and further relief as this Court may deem appropriate.

Dated: February 10, 2026
       New York, New York

Respectfully Submitted,

**MCDERMOTT WILL & SCHULTE LLP**

By:  */s/ James A. Pardo*
     Joseph B. Evans
     James A. Pardo
     Lisa Gerson
     Daniel H. Kaltman
     One Vanderbilt Avenue
     New York, New York 10017
     Telephone: (212) 547-5767
     jbevans@mcdermottlaw.com
     jpardo@mcdermottlaw.com
     lgerson@mcdermottlaw.com
     dkaltman@mcdermottlaw.com

*Attorneys for Defendant Ocean Protocol Foundation Ltd.*