UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>        Defendants. | Case No.: 1:25-cv-09210-DEH |

**DECLARATION OF JAMES A. PARDO IN SUPPORT OF DEFENDANT OCEAN PROTOCOL FOUNDATION LTD.'S MOTION TO DISMISS**

I, James A. Pardo, declare as follows:

1. I am a partner at McDermott Will & Schulte LLP. I submit this declaration in support of Defendant Ocean Protocol Foundation Ltd.'s ("Ocean Foundation") Motion to Dismiss ("Motion") Plaintiffs' Class Action Complaint to put before the Court documents cited and incorporated into Ocean Foundation's Motion.

2. Attached as **Exhibit A** is a true and correct copy of the Terms & Conditions for the Ocean Token Launch Distribution that occurred in 2019, publicly available at https://oceanprotocol.com/terms-launch (last accessed February 3, 2026).

3. Attached as **Exhibit B** is a true and correct copy of Coinbase's Digital Asset Disclosures, publicly available at https://www.coinbase.com/legal/digital-asset-disclosures (last accessed February 3, 2026).

2

4. Attached as **Exhibit C** is a true and correct copy of Kraken's Supported Regions and Currencies, publicly available at https://support.kraken.com/articles/supported-regions-and-currencies-on-krak (last accessed February 3, 2026).

5. Attached as **Exhibit D** is a true and correct copy of Binance.US's List of Supported and Unsupported States and Regions, publicly available at https://support.binance.us/en/articles/9842798-list-of-supported-and-unsupported-states-and-regions (last accessed February 3, 2026).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of February, 2026 in New York, New York.

By: /s/ *James A. Pardo*
　　　James A. Pardo