# EXHIBIT D



Search for articles...

All Collections  >  Account Management  >  Getting Started  >
List of supported and unsupported states and regions

# List of supported and unsupported states and regions

This article includes all of the states and regions where Binance.US services are available.

Updated over 2 months ago

> Below are the US states and regions in which Binance.US services are available, as well as states in which Binance.US services are unavailable or have restrictions.

If Binance.US doesn't currently operate in your state, it may be due to pending regulatory approvals. You can stay informed and take action by reviewing guidance on this topic below.

> If you recently moved from an unsupported state to a supported state, you can update your personal information to access Binance.US services.

## ▼ Supported States and Regions

Binance.US services are available to customers who reside in the following states and regions. Sign up here.

- Alabama
- Arizona
- Arkansas
- California
- Colorado
- Delaware
- District of Columbia
- Florida
- Hawaii
- Idaho
- Illinois
- Indiana
- Iowa
- Kansas (Crypto Only)
- Kentucky
- Louisiana
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Mississippi
- Missouri
- Montana
- Nebraska
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- Oklahoma
- Pennsylvania
- Puerto Rico
- Rhode Island
- South Carolina
- South Dakota
- Tennessee
- Utah
- Virginia
- West Virginia
- Wisconsin (Crypto Only)
- Wyoming

## ▼ Unsupported States

Unfortunately, you will not be able to register and verify for a Binance.US account if you reside in any of the following states/regions:

- Alaska
- American Samoa
- Connecticut
- Georgia
- Guam
- Maine
- Northern Mariana Islands
- New York
- North Carolina
- North Dakota
- Ohio
- Oregon
- Texas
- U.S. Virgin Islands
- Vermont
- Washington

## ▼ Onboarding Paused States

New user onboarding is temporarily paused in the following states/regions. Existing customers who reside in these states and regions may continue to use Binance.US:

## ▼ Crypto-Only States

USD services are currently **not** available to customers who reside in the following states and regions. However, all other services, including crypto-only services remain available.

- Kansas
- Wisconsin

For example, in states like Wisconsin, users cannot deposit USD or link bank accounts but can fund their accounts using cryptocurrency deposits. This flexibility allows residents in crypto-only states to engage in trading and other transactions.

To stay informed about Binance.US service availability:

1. Visit the Binance.US Support Page for up-to-date information about supported and unsupported states.
2. Follow Binance.US on their official social media channels, such as Twitter, or check their announcement updates.
3. Ensure your email address is up-to-date with Binance.US to receive notifications about platform availability and updates.

**Related Articles:**

- Getting Started With Binance.US
- How To Reactivate Your Binance.US Account
- List of Supported Cryptocurrencies on Binance.US
- A Complete Guide to Using Binance.US as a Crypto Only Exchange
- Terms of Use
- Why Can't I Verify My Binance.US Account

Did this answer your question?

  

| Company | Products | Support | Learn |
|---|---|---|---|
| About Us | Buy & Sell | Help Center | Crypto Prices |
| Trust | Convert | Tax | Crypto Education |
| Compliance | Spot Trading | Fees | |
| Licenses | OTC | Trading Rules | Crypto For Beginners |
| Terms of Use | Staking | Trade Limits | What is a Blockchain? |
| Privacy Policy | Institutions | Listing on Binance.US | |
| Cookie Policy | Crypto Domains | | What is Bitcoin? |
| Law Enforcement Guide | | API Documentation | What is Ethereum? |
| | | Status | Crypto Staking Explained |
| | | | Crypto Tokens vs. Coins |

Binance.US us Help Center 

© 2025 BAM Trading Services, Inc. d.b.a. Binance.US - All rights reserved. NMLS ID: 1906829

**Legal disclaimer:** This material has been prepared for general informational purposes only and should NOT be: (1) considered an individualized recommendation or advice; or (2) relied upon for any investment activities. All information is provided on an as-is basis and is subject to change without notice. We make no representation or warranty of any kind, express or implied, regarding the accuracy, validity, reliability, availability, or completeness of any such information. Binance.US does NOT provide investment, legal, or tax advice in any manner or form. The ownership of any trade decision(s) exclusively vests with you after analyzing all possible risk factors and by

exercising your own independent discretion. Binance.US shall not be liable for any consequences thereof.

**Risk warning:** Buying, selling, and holding cryptocurrencies are activities that are subject to high market risk. The volatile and unpredictable nature of the price of cryptocurrencies may result in a significant loss. Binance.US is not responsible for any loss that you may incur from price fluctuations when you buy, sell, or hold cryptocurrencies. Please refer to our Terms of Use for more information.

**Binance.US reserves the right in its sole discretion to amend or change this disclosure at any time and for any reasons without prior notice.**