UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>       Defendants. | Case No.: 1:25-cv-09210-DEH |

**DECLARATION OF BRUCE PON IN SUPPORT OF DEFENDANT OCEAN PROTOCOL FOUNDATION LTD.'S MOTION TO DISMISS**

I, Bruce Pon, declare as follows:

1. I am a founder and board member of Defendant Ocean Protocol Foundation Ltd. ("Ocean Foundation"). In those roles, I have personal knowledge of the business and operations of Ocean Foundation. I submit this declaration in support of Ocean Foundation's Motion to Dismiss ("Motion") Plaintiffs' Class Action Complaint ("CAC") and, specifically, to attest to the following facts referenced in the Motion:

2. As stated in the CAC, Ocean Foundation is a non-profit foundation organized under the laws of Singapore. *See* CAC ¶ 16.

3. Ocean Foundation has never maintained any office, mailing address, or other physical location in New York.

4. Ocean Foundation has never owned or leased any real property in New York.

5. Ocean Foundation does not have any direct employees in New York.

6. Ocean Foundation has never maintained any bank account in New York.

7.    Ocean Foundation has never maintained a registered agent for service of process in the United States and is not registered to do business in any U.S. state, including New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of February, 2026 in Bucharest, Romania.

By: _____
Bruce Pon
*Founder and Board Member of Ocean Foundation*