

February 17, 2026

Thomas A. Warns
Partner
tom.warns@klgates.com

T +1 212 536 4009
F +1 212 536 3901

Hon. Dale E. Ho
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   Fetch Compute, Inc., et al. v. Pon, et al., Case No. 1:25-cv-9210
      Letter-Motion Request for Extension of Time

Dear Judge Ho,

I write on behalf of Plaintiffs in the above-captioned case to request a 30-day extension for Plaintiffs to respond to defendant Ocean Protocol Foundation's (the "Foundation") motion to dismiss (ECF No. 34) (the "Motion to Dismiss").

Plaintiffs' current deadline to respond to the Motion to Dismiss in February 24, 2026. In the Motion to Dismiss, the Foundation argues, *inter alia*, that the court lacks personal jurisdiction, and that the complaint fails to state any claims for relief. The motion raises complex issues regarding jurisdiction over defendants in cases involving cryptocurrencies and decentralized platforms. As a result, Plaintiffs seek a 30-day extension from the current deadline to respond to the Foundation's motion to dismiss, from February 24, 2026, to March 26, 2026. The Foundation has consented to Plaintiffs' request for a 30-day extension. If Plaintiffs oppose the Foundation's motion to dismiss, the Foundation seeks a 14-day extension to file its reply, which the Plaintiffs consent to, making any reply to Plaintiff's opposition due on April 16, 2026.

This is the first request to extend the deadlines applicable to the Motion to Dismiss. The court previously granted the parties' letter motion to adjourn the Initial Pretrial Conference *sine die* pending resolution of the defendants' motions to dismiss (ECF No. 32), and there is currently no future appearance scheduled.

Respectfully,

/s/ Thomas A. Warns

Thomas A. Warns
Partner