UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FETCH COMPUTE, INC., SETH IAN, GREG GRAVES, VICTOR LARIVEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>-against-<br><br>BRUCE PON, TRENT MCCONAGHY, CHRISTINA PON, OCEAN PROTOCOL FOUNDATION LTD., OCEAN EXPEDITIONS LTD., AND OCEANDAO,<br><br>                    Defendants. | 1:25-cv-9210-DEH<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Ocean Expeditions Ltd. ("OE") and OceanDAO (through its successor-in-interest OE), by and through their undersigned counsel, hereby state that they have no parent company and no publicly-held corporation owns 10% or more of their stock.

Dated: New York, New York
       February 24, 2026

                                    MORRISON COHEN LLP

                                    By:    /s/ Jason Gottlieb
                                              Jason Gottlieb
                                              Michael Mix
                                              Emma McGrath
                                              909 Third Avenue
                                              New York, New York 10022
                                              (212) 735-8600
                                              jgottlieb@morrisoncohen.com
                                              mmix@morrisoncohen.com
                                              emcgrath@morrisoncohen.com

                                        *Attorneys for Defendants Ocean Expeditions Ltd.*
                                        *and OceanDAO (through its successor-in-interest*
                                        *Ocean Expeditions Ltd.)*