UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FETCH COMPUTE, INC., SETH IAN, GREG GRAVES, VICTOR LARIVEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>-against-<br><br>BRUCE PON, TRENT MCCONAGHY, CHRISTINA PON, OCEAN PROTOCOL FOUNDATION LTD., OCEAN EXPEDITIONS LTD., AND OCEANDAO,<br><br>Defendants. | 1:25-cv-9210-DEH<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated February 24, 2026, Defendants Ocean Expeditions Ltd. ("OE") and OceanDAO (through its successor-in-interest OE) will move this Court, before the Honorable Dale E. Ho, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 905, New York, New York 10007, at such date as the Court will determine, for an order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint filed by Plaintiffs, dated November 4, 2025 (ECF No. 1), and for such other further relief this Court may deem just and proper.

Dated: New York, New York
February 24, 2026

          MORRISON COHEN LLP

By:   */s/ Jason Gottlieb*
      Jason Gottlieb
      Michael Mix
      Emma McGrath
      909 Third Avenue
      New York, New York 10022
      (212) 735-8600
      jgottlieb@morrisoncohen.com
      mmix@morrisoncohen.com
      emcgrath@morrisoncohen.com

*Attorneys for Defendants Ocean Expeditions Ltd. and OceanDAO (through its successor-in-interest Ocean Expeditions Ltd.)*

CC: All counsel of record (via ECF)