UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>   Defendants. | Case No.: 1:25-cv-09210-DEH<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM**

  PLEASE TAKE NOTICE that, upon this Notice of Motion to Dismiss For Lack of Personal Jurisdiction or, In the Alternative, For Failure to State a Claim, the accompanying Memorandum of Law in Support of Bruce Pon, Trent McConaghy, and Christina Pon's Motion to Dismiss For Lack of Personal Jurisdiction or, In the Alternative, For Failure to State a Claim, and corresponding declarations and exhibits, Bruce Pon, Trent McConaghy, and Christina Pon move this Court, before the Honorable Dale E. Ho, at a date and time to be designated by the Court, at the United States District Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order dismissing all claims asserted against it in the above-referenced action with prejudice in accordance with Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and for such other and further relief as this Court may deem appropriate.

Dated: February 24, 2026
New York, New York

Respectfully Submitted,

**BROWN RUDNICK LLP**

By: */s/ Stephen D. Palley*

Stephen D. Palley
Daniel L. Sachs
1900 N Street NW, 4th Floor
Washington, DC 20036
(202) 536-1700 (telephone)
spalley@brownrudnick.com
dsachs@brownrudnick.com

*Attorneys for Defendants Bruce Pon,
Christina Pon, and Trent McConaghy*