UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>        Defendants. | Case No.: 1:25-cv-09210-DEH |

### DECLARATION OF BRUCE PON IN SUPPORT OF DEFENDANT OCEAN PROTOCOL FOUNDATION LTD.'S MOTION TO DISMISS

I, Bruce Pon, declare as follows:

1. I am over the age of 18 and a resident of Romania.

2. I am a citizen of Canada.

3. I do not own, and have never owned or leased, any property in the United States, including any real property in the State of New York.

4. I have never maintained any bank account in New York.

5. I have never maintained any office, mailing address, telephone number, or other physical presence in New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 24th day of February, 2026 in Bucharest, Romania.

By: _____
Bruce Pon

2