# K&L GATES

Thomas A. Warns
Partner
tom.warns@klgates.com

T +1 212 536 4009
F +1 212 536 3901

March 6, 2026

Hon. Dale E. Ho
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Fetch Compute, Inc., et al. v. Pon, et al.*, Case No. 1:25-cv-9210

Dear Judge Ho,

Counsel for Plaintiffs submit this letter to apprise the Court of the current procedural posture of Defendants' motions to dismiss and Plaintiffs' anticipated next steps.

On February 10, 2026, Defendant Ocean Protocol Foundation filed a motion to dismiss. (ECF No. 34). Following that filing, Plaintiffs and Ocean Protocol Foundation conferred and jointly moved to extend Plaintiffs' time to respond to that motion until March 26, 2026. (ECF No. 38). The Court granted the Plaintiffs' letter motion by Order dated February 17, 2026. (ECF No. 39).

Thereafter, on February 24, 2026, the remaining Defendants filed their own motions to dismiss. (ECF Nos. 41, 43). Under the applicable rules, Plaintiffs' responses to those motions are currently due on March 10, 2026.

After reviewing the pending motions to dismiss, Plaintiffs have decided to exercise their right under Rule 15(a) of the Federal Rules of Civil Procedure to amend the Complaint within 21 days of the service of Defendants Ocean Expeditions Ltd., OceanDAO, Bruce Pon, Trent McConaghy, and Christina Pon's motions to dismiss that were filed on February 24, 2026. Plaintiffs intend to file an amended complaint on or before March 17, 2026.

In light of Plaintiffs' forthcoming amended pleading, Plaintiffs do not intend to file oppositions to the motions to dismiss, for which responses are currently due on March 10, 2026. Plaintiffs submit this letter solely to keep the Court apprised of the procedural status of the case and Plaintiffs' anticipated filing.

Respectfully,

/s/ Thomas A. Warns

Thomas A. Warns
Partner