# Exhibit 3

Case 1:25-cv-09210-DEH    Document 50-3    Filed 03/17/26    Page 2 of 5

Open in app ↗

Sign up    Sign in



**Medium**    Search          ✎ Write    👤

Ocean Protocol

---

# Ocean Community Tokens are the Property of Ocean Expeditions

oceanDAO (now Ocean Expeditions) is not a party to the ASI Alliance Token Merger Agreement and Ocean community tokens are not the property of the ASI Alliance

👥 Ocean Protocol Team    ( Follow )    3 min read · Oct 27, 2025

👏      💬 1                                    🔖    ▶    ⬆

**By: Ocean Protocol Foundation**





Case 1:25-cv-09210-DEH    Document 50-3    Filed 03/17/26    Page 3 of 5

On Oct 9, 2025 in an <u>X Space</u> in response to the <u>withdrawal</u> of the Ocean Protocol Foundation from the ASI Alliance, Sheikh said:

> *"You don't try and steal from the community and get away with it that quickly, because we're not going to just let it go, right? In the sense that, if you didn't want to be part of the community, why did you then go into the token which belonged to the community, or which belonged to the alliance?"*

**This statement is false, misleading, and libelous, and this blogpost will demonstrate why.**

The only three parties to the ASI Alliance are Fetch.ai Foundation (Singapore), Ocean Protocol Foundation (Singapore) and SingularityNET Foundation (Switzerland).

**Neither the oceanDAO, nor Ocean Expeditions, are a party to the ASI Alliance Token Merger Agreement.**

This fact, that oceanDAO (now Ocean Expeditions) is a wholly independent 3rd party from Ocean, was <u>disclosed</u> (Section §6) to Fetch and SingularityNET in May 2024 as part of the merger discussions.

---

Get Ocean Protocol Team's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email         Subscribe

---

Sheikh appears to **deliberately conflate** the Ocean Protocol Foundation with oceanDAO, as a tactic to **mislead the community.** To be clear, **oceanDAO is a separate organisation that was formed in 2021 and then incorporated as**

Case 1:25-cv-09210-DEH   Document 50-3   Filed 03/17/26   Page 4 of 5

**Ocean Expeditions in June 2025.** The reasons for this incorporation have been set out in an earlier blog post here: (https://blog.oceanprotocol.com/the-asi-alliance-from-oceans-perspective-f7848b2ad61f)

The Ocean community treasury remains in the custodianship of Ocean Expeditions guardians via a duly established, wholly legal trust in the Cayman Islands.

**Every $FET token holder** has **sovereign property** rights over its own tokens and is **not answerable to the ASI Alliance** as to what it does with its tokens.

**Ocean Expeditions has no legal obligations to the ASI Alliance.** Rather, the ASI Alliance has a clear obligation towards Ocean Expeditions as a token holder.

As a reminder relating to Fetch.ai obligations under the Token Merger Agreement, Fetch.ai is **under a legally binding obligation** to inject the remaining 110.9 million $FET into the $OCEAN:$FET token bridge and migration contract, and keep them available for any $OCEAN token holder who wishes to exercise their right to convert to $FET. To date, this obligation remains unmet. Fetch.ai **must immediately** execute this legally mandated action.

**Any published information regarding this matter, unless confirmed officially by Ocean Protocol Foundation, should be assumed false.**

We also request that Fetch.ai, Sheikh and all other ASI Alliance spokesmen refrain from confusing the public with false, misleading and libelous allegations that any tokens have been in any way "stolen".

The $FET tokens Sheikh refers to are safely with Ocean Expeditions, for the sole benefit of the Ocean community.

**Q&A**

**Q:** There has recently been talk of Ocean "returning" tokens to ASI Alliance, through negotiated agreement. What's that about?

**A:** This is complete nonsense. **There are no tokens to return because no tokens were "stolen" or "taken".** Accordingly, it would make no sense to "return" any such tokens.

Homepage    Humayun Sheikh    Fetch Ai    Asi Alliance    Humayun Munir Sheikh



**Published in Ocean Protocol**

5.9K followers · Last published 3 days ago

Follow

Tokenized AI & Data



**Written by Ocean Protocol Team**

3.2K followers · 7 following

Follow