# Exhibit 6

Case 1:25-cv-09210-DEH    Document 59-6    Filed 03/17/26    Page 2 of 12

Open in app ↗

Sign up    Sign in

# Medium

Search

Write

Ocean Protocol

# Control Over the OCEAN Contract Is Now Revoked: Technical

Remaining OCEAN tokens have been minted. OCEAN is fully decentralized and unpausable. It will vest to community over decades

 Ocean Protocol Team    Follow    8 min read · May 22, 2023

👏 10    💬

🔖⁺    ▶    ⬆

*Overview article [here], technical article [this post]. May 25 update: it's done, blog is updated accordingly*



## 1. Summary

The OCEAN token contract has 1.41B tokens capped supply. On May 25, 2023, the Ocean core team minted the remaining 56.518% in the supply. A multisig wallet holds this newly minted OCEAN; Ocean core team members are a minority. All of the newly minted OCEAN is for the community; most will be transferred to smart contracts that vest OCEAN over decades to fund Ocean Data Farming (DF). DF incentivizes for growth of Data Consume Volume in the Ocean ecosystem.

Also on May 25, 2023, we further reduced the OCEAN risk surface by renouncing ownership of the OCEAN token contract. This makes it un-pausable, and fully decentralized & censorship-resistant.

The rest of this article is organized as follows. Section 2 is an overview of system-level design and implementation phases. Section 3 elaborates on the implementation phases, with emphasis on OCEAN-related actions. The core

Case 1:25-cv-00210-DEH    Document 58-6    Filed 03/17/26    Page 4 of 12

team has completed the first two phases; the third and fourth is underway. Section 4 concludes.

## 2. Introduction

### 2.1 High-Level Overview

The image below shows the Ocean system-level design with an emphasis on DF funding flows. It overlays DF Main implementation phases.



Ocean system design + DF main implementation

The Ocean system-level design follows the Web3 Sustainability Loop. The green circle in the image is the heart of this loop: teams in Ocean ecosystem do *work* to drive traction to the Ocean ecosystem in terms of DCV [0], protocol revenue, and OCEAN. Protocol revenue loops back to burn OCEAN and to further fund teams. Ocean Data Farming (DF) is the main approach to incentivize / fund the teams.

The image overlays the five implementation phases of DF Main implementation, shown in colors of the rainbow, red → orange → yellow → green → blue: (A) Vesting & Splitter Contracts, (B) Recycling Multisig, (C) Actions around OCEAN contract, (D) Security Audit, (E) Remaining Deployments.

*Aside: The implementation phases A-E are orthogonal to DF Main 1–4. Phases A-E are about implementation work, whereas DF Main 1–4 are about OCEAN vesting schedule. We aim to complete all implementation phases A-E during DF Main 1.*

## 2.2 Overview: System-Level Design

In the system-level design, Ocean Data Farming is the main approach to incentivize / fund the teams.

**For Data Farming, OCEAN flows from top to bottom as follows:**

- From the initial **OCEAN contract** (top left), to the **51% multisig** [one-time]

- From 51% multisig to vesting wallets **Vesting 0, Vesting A, Vesting B, Vesting C, Vesting D** [one-time]

- From vesting wallets to **Splitter contract** [weekly, over decades]. More precisely, Vesting 0 and Vesting A vest for DF Main 1 [12 mos]; Vesting B for DF Main 2 [6 mos]; Vesting C for DF Main 3 [6 mos]; Vesting D for DF Main 4 [decades].

- From Splitter contract to DF addresses **DF passive, DF active, and DF future** [weekly, over decades].

- From DF addresses to **Ocean core team, Ocean ecosystem teams.**

- Work from these teams drives traction in the Data Ecosystem to output **protocol revenue**, which goes to **Community Multisig Wallet**, then **Rev-Splitter** then (i) **buyback & burn** and (ii) **Splitter contract.**

## 2.3 Overview: DF Main Implementation

(This section is adapted from "DF Main is Here" blog post. We repeat it in order to expand on it.)

**Ratchet Principle.** As DF Main involves a huge amount of OCEAN, we take extra precautions and follow the principle "ratchet up value-at-risk over time". What this means: rather than sending all this OCEAN directly to the vesting contracts, we "buy time" to more thoroughly verify the system

**Implementation over time.** We can ratchet up value at risk as we deploy more components, and put OCEAN into them. Here's the order of operations.

- **Deploy canary, wire it up.** First we will deploy a "canary" vesting contract for DF Main 1, funded with just 1000 OCEAN.

- **Verification.** This allows us to test the system live, in production yet with a small amount of funds at risk. At the same time, we will initiate a bug bounty program and security audit for all these components.

- **Weekly rewards keep rolling.** OCEAN payouts for DF29, DF30, etc will be as scheduled for DF main. A tiny amount will come from the "canary" vesting contract, and the rest will be topped up manually by the Ocean core team.

- **Deploy the rest.** Once the verification is complete, then we will deploy the remaining contracts and move the remaining OCEAN accordingly.

**Final outcome.** In completing the implementation work above, OCEAN vesting will be fully automated and on-chain. Then we will tackle decentralizing DF-main reward calculations, leveraging advances in decentralized compute infrastructure. This will serve the Ocean ecosystem well in the decades that follow, with more transparency, stability, and composability.

We now elaborate on each of the implementation phases A-E.

## 3. DF Main Implementation Phases

### 3.1 Implementation Phase A: Vesting & Splitter contracts

This phase implements the red 🟥 phase in the image. This phase is complete.

First, we developed the <u>VestingWalletLinear</u> contract, which inputs tokens and releases those to a target address according to linear vesting schedule (constant every week). We developed the <u>VestingWalletHalving</u> contract, which vests according to a Bitcoin-style exponential schedule. Finally, we developed a <u>Splitter</u> contract, which splits any inbound income to multiple output addresses. We moved those contracts to the <u>Ocean contracts repo</u>.

Then, we did the work to "Deploy canary, wire it up."

- We deployed a VestingWalletLinear contract as the **Vesting 0 Wallet**. We deployed the **Splitter** contract. All deployments go to Ethereum mainnet.

- We funded it with 1000 OCEAN. It will vest until the end of DF Main 1, with an equal amount every week.

Case 1:25-cv-09210-DEH    Document 58-6    Filed 03/17/26    Page 8 of 12

- We wired it together with the rest of DF stack, including Gelato for Web3 automation.

- It now dispenses through components to DF passive & active rewards addresses. Weekly payouts draw from this plus the main DF payment multisig; the latter being far larger.

## 3.2 Implementation Phase B: Recycling Multisig

This phase implements the orange 🟧 phase in the image. This phase is complete.

---

### Get Ocean Protocol Team's stories in your inbox

Join Medium for free to get updates from this writer.

| Enter your email | Subscribe |

---

Here, we simply deployed the **recycling multisig** wallet. This multisig — and the others — uses Safe (nee Gnosis Safe). The Appendix has multisig details.

## 3.3 Implementation Phase C: Actions around OCEAN contract

This phase implements the yellow 🟨 phase in the image. This phase is complete.

The OCEAN token contract has 1.41B tokens capped supply. 796,900,859 OCEAN (56.518%) hasn't been minted yet. It is earmarked for the Ocean community, as follows.

- 719,100,000 OCEAN (51%) has always been earmarked for community incentives. Of this amount, 503,370,000 OCEAN (70% of the 51%) is for

Data Farming with vesting over decades, held by the respective vesting wallets. 215,730,000 OCEAN (30% of the 51%) is for future community incentives projects, held by the 51% multisig wallet.

- 77,800,859 OCEAN (5.518%) is other community-earmarked OCEAN that hadn't yet been minted. This will be managed from the the OceanDAO community wallet (also multisig).

On May 25, 2023, we (Ocean core team) performed the following steps to mint remaining OCEAN for the community, and renounce ownership of the OCEAN token contract.

1. On OCEAN contract, call `mint()` of 77,800,859 OCEAN, sending funds to **OceanDAO community wallet**. [Completed tx]

2. On OCEAN contract, call `mint()` of 719,100,000 OCEAN (51% of OCEAN supply), sending funds to **51% multisig wallet**. [Completed tx]

3. On OCEAN contract, transfer the `pauser` role to `0x00..00`. [Completed tx].

4. On OCEAN contract, transfer the `minter` role to `0x00..00`. [Completed tx]

5. On OCEAN contract, call `renounceOwnership()`. [Completed tx]

In doing this, the OCEAN token contract isfully decentralized and censorship-resistant. It can no longer be paused.

Then, the 51% multisig and OceanDAO wallets hold the newly minted OCEAN.

## 3.4 Implementation Phase D: Security audit etc

This phase implements the green 🟩 phase in the image. This phase is in progress.

The work for phase D is:

- **Security audit.** Line up security auditors. Get the audit results. Fix smart contracts as needed.

- **Bug bounty.** Add Vesting contracts & related to Ocean's long-running Immunefi bug bounty.

## 3.5 Implementation Phase E: Remaining deployments (once security ok)

This phase implements the blue 🟦 phase in the image. This phase will be performed once phase D is complete, *and* we're comfortable with the stability of DF & Vesting, from bug bounty and otherwise.

Whereas implementation Phase A deployed & funded Vesting Wallet 0 as a "canary", in this phase we deploy & fund remaining vesting wallets: Vesting A, B, C, D.

The work for phase E is:

- Deploy a VestingWalletLinear contract as the **Vesting A** wallet, for DF Main 1. Wire it up side-by-side with **Vesting 0** wallet, via Gelato. Fund it with OCEAN. How much to fund: 150,000 OCEAN / week; this depends on # remaining weeks in DF Main 1. (Up to 7,800,000 OCEAN, if it ran for all of DF Main 1).

- Wait 1+ months to ensure that **Vesting A** is ok. Then...

11/3/25, 12:12 PM
Case 1:25-cv-09210-DEH   Document 50-6   Filed 03/17/26   Page 11 of 12
Control Over the OCEAN Contract is Now Revoked: Technical | by Ocean Protocol Team | Ocean Protocol

- Deploy a VestingWalletLinear contract as the **Vesting B** wallet, vesting over 6 months starting at **DF Main 2**. Send it 7,800,000 OCEAN, such that it dispenses 300,000 OCEAN / week over 52/2 weeks.

- Deploy a VestingWalletLinear contract as the **Vesting C** wallet, vesting over 6 months starting at **DF Main 3**. Send it 15,600,000 OCEAN, such that it dispenses 600,000 OCEAN / week over 52/2 weeks.

- Deploy a VestingWalletHalving contract as the **Vesting D** wallet, vesting over 6 months starting at **DF Main 4**. Send it 472,170,000 OCEAN [1], which dispenses >1.1M OCEAN / week to start, then decays over time according to its halving-based schedule.

## 4. AMA

To field questions by the community, the Ocean core team will hold an AMA about the OCEAN actions, on May 25 at 12.30 UTC. Follow @oceanprotocol on Twitter for more details.

## 5. Conclusion

The Ocean core team will mint the remaining 56.518% OCEAN tokens and transfer them to a multisig where the core team is a minority.

All of the newly minted OCEAN is for the community, for Data Farming and more. Most of it vests over decades.

OCEAN token contract will be un-pausable, fully decentralized & censorship-resistant.

The core team continues to execute on DF Main implementation phases and related OCEAN actions. Three of five phases are already complete.

# Notes

[0] "Data Consume Volume" (DCV) is the USD$-denominated amount spent to purchase data assets and consume them, for a given time period (e.g. one week)

[1] Amount going to Vesting D wallet is calculated as: (70% of 51% supply) minus (amount to DF Main 1,2,3) = 503,730,000 OCEAN — (7,800,000 maximum + 7,800,000 + 15,600,000 OCEAN). It will be a bit more if Vesting A doesn't run for all of DF Main 1. And we already know this to be the case.

# Updates

[May 25, 2023] The transactions to revoke control of OCEAN have been completed. They're listed as "[completed tx]" in section 3.3.

# About Ocean Protocol

Ocean was founded to level the playing field for AI and data. Ocean tools enable people to privately & securely publish, exchange, and consume data.

Follow Ocean on <u>Twitter</u> or <u>Telegram</u> to keep up to date. Chat directly with the Ocean community on <u>Discord</u>. Or, track Ocean progress directly on <u>GitHub</u>.

Homepage      Data      Token Engineering      Defi      Tokenomics