# Exhibit 7

 ocean

Website    Predictoor

🌊 **DISCOVER OCEAN**

 Edit

# What is Ocean?



## What is Ocean?

Ocean is a decentralized data and compute protocol.

AI lives on data and compute; Ocean facilitates it.

Ocean has two specific parts:

- A live tech stack. At the core is **Datatokens**, **Ocean Nodes**, and **Compute-to-Data**

- A lively community. This includes **builders, data scientists**, and **Ocean Ambassadors**.

Let's drill into each

This site uses cookies to deliver its service and to analyze traffic. By browsing this site, you accept the privacy policy. ✕

Accept    Reject

1

## Tech: Ocean data NFTs and datatokens

These enable decentralized access control, via token-gating. Key principles:

- Publish data services as ERC721 data NFTs and ERC20 datatokens
- You can access the dataset / data service if you hold 1.0 datatokens
- Consuming data services = spending datatokens

Crypto wallets, exchanges, and DAOs become *data* wallets, exchanges, and DAOs.



Data NFTs & datatokens are an on-ramp and off-ramp for data assets into DeFi

Data can be on Azure or AWS, Filecoin or Arweave, REST APIs or smart contract feeds. Data may be raw AI training data, feature vectors, trained models, even AI model predictions, or non-AI data.

## Tech: Ocean Compute-to-Data

This enables one buy & sell private data, while preserving privacy.

- Private data is valuable outcomes. But ···

This site uses cookies to deliver its service and to analyze traffic. By browsing this site, you accept the privacy policy.  ✕

2

- Compute-to-Data (C2D) grants access run compute against the data, *on the same premises of the data*. Only the results are visible to the consumer. The data never leaves the premises. Decentralized blockchain technology does the handshaking.

- C2D enables people to sell private data while preserving privacy, as an opportunity for companies to monetize their data assets.

- C2D can also be used for data sharing in science or technology contexts, with lower liability risk, because the data doesn't move.



Compute-to-Data flow

## Tech: Ocean Nodes

Ocean Nodes enable decentralized computing by turning idle compute resources into a monetizable compute-ready infrastructure to scale AI.

- Scalable AI Compute on Demand: Access a global network of compute resources for faster training and inference without owning physical hardware.

- Peer-to-Peer Compute Network: Leverage a decentralized network of nodes where participants share compute power directly, enhancing efficiency and resilience.

- Monetization of

revenue by con

This site uses cookies to deliver its service and to analyze traffic. By browsing this site, you accept the privacy policy.  ✕

- Learn more her

3

## Tech: Ocean VS code extension

Ocean VS Code Extension empowers developers to build, test, and deploy AI and data workflows directly within VS Code, fully integrated with Ocean's decentralized compute and data ecosystem.

- Seamless Development Environment: Write, test, and deploy algorithms in your familiar VS Code interface without switching platforms.
- Integrated Decentralized Compute: Connect directly to Ocean Nodes to run compute-heavy tasks securely and efficiently.
- Simplified Data Access & Management: Easily discover, access, and use datasets on Ocean while maintaining privacy and compliance.
- Learn more here ↗

## Community: Ocean Ecosystem

Ocean has a lively ecosystem ↗ of dapps grown over years, built by enthusiastic developers.

This site uses cookies to deliver its service and to analyze traffic. By browsing this site, you accept the privacy policy. ✕

4