# Exhibit 10

**Mar 27, 2024 9:00 AM Eastern Daylight Time**

# Fetch.ai, Ocean Protocol and SingularityNET Unite to Create Artificial Superintelligence Alliance

**Share**        · · ·

*Artificial Intelligence Pioneers Combine to Create a Decentralized Alternative to Existing AI Projects Controlled by Big Tech*

*Combined Value of the $FET, $OCEAN and $AGIX tokens is USD$7.6 billion as of March 26, 2024*

ZUG, Switzerland & SINGAPORE--(BUSINESS WIRE)--SingularityNET (SNET), the world's first decentralized Artificial Intelligence (AI) network, Fetch.ai, a Web3 platform for the new AI economy, and Ocean Protocol, a decentralized data exchange platform to protect data, today announced the launch of the Artificial Superintelligence Alliance. The creation of the largest open-sourced, decentralized network through a multi-billion token merger is a major step that accelerates the race to Artificial General Intelligence (AGI).

The Alliance is the brainchild of three leading minds in decentralized AI. Dr. Ben Goertzel, renowned as the "Father of AGI", founded SNET as a blockchain-based marketplace and framework for AI services. DeepMind founding investor Humayun Sheikh built Fetch.ai as a decentralized multi-agent platform to deploy and commercialize AI applications. Trent McConaghy, the architect of the AI-based software that most chip designers use to drive Moore's Law, formed Ocean Protocol to provide a platform for data exchange and the seamless trade of tokenized data assets.

As part of the formation of the Alliance, the $FET, $OCEAN and $AGIX tokens that fuel the three Alliance member networks will be merged into a single $ASI token that will function across the combined decentralized AI network, providing unprecedented scale and power.

**Built for Super Intelligence**

"As the AI revolution intensifies it is imperative that AGI and ASI are not owned and controlled by any particular party with their own biased interests," comments Dr. Ben Goertzel, CEO and Founder of SNET. "They should be rolled out in an open, democratic and decentralized way. This has been the joint vision of SNET, Fetch.ai and Ocean Protocol from their inception, and for this reason it makes total sense that our three projects come together to form a tokenomic network that has greater power to take on Big Tech and shift the center of gravity of the AI world into the decentralized ecosystem."

"In a world of exponential AI innovation, the giants of Big Tech dominate the headlines and conversation,'" remarks Humayun Sheikh, Fetch.ai CEO & Founder. "We are forging a different path. Our mission with this token merger is to combine our platforms to ensure ethical and transparent AI that facilitates direct interactions between developers and users to bypass the traditional gatekeepers of centralized authorities. This enhances data privacy and paves the way for a more democratic and trustworthy AI ecosystem and encourages global participants to contribute."

**Compelling Strategic Rationale**

- *Catalyzed by Rise of AI and Growth of Three AI Projects:* The combination is born of a period of unprecedented growth for the AI projects. The deal provides an unparalleled opportunity for these three influential leaders to create a powerful compelling alternative to Big Tech's control over AI development, use and monetization.
- *Creates a Decentralized AI Infrastructure at Scale:* Decentralized AI leverages blockchain technology to turn AI systems, whose inner workings are hidden from the public, into open networks for coordinating machine intelligence towards shared objectives. The fusion of SNET, Fetch.ai and Ocean Protocol's research, brands, technologies and products creates a foundation to build a scalable AI infrastructure which ensures ethical and trustworthy practices.
- *Accelerates Investment into AGI:* Goertzel, Sheikh and McConaghy have long been acolytes and early-adopters of Artificial Intelligence – all focused

on making AGI a reality. This Superintelligence Alliance facilitates the commercialization of each foundation's technology, and enables wide scale access to cutting-edge AI platforms and large databases. This groundbreaking move advances the path to AGI on the blockchain.

## Transaction Details

Bruce Pon, Ocean Protocol CEO & Co-Founder, believes the combination can deliver on the promise of a vertically integrated stack of decentralized technologies with scale to compete globally. "The combination of our technologies creates a leader in R&D, applications and commercialization of AGI," Pon notes. "The unified $ASI token is the glue to orchestrate all actors with common incentives. $ASI tokens are used to secure the public network, as data access tokens and to unlock computation without needing traditional banking and payment rails. It is the native currency for the machine economy."

If the proposal receives majority approval from the respective communities, the following will occur:

- $FET will be rebranded as $ASI, with a total supply of 2.63055 billion tokens
- $AGIX tokens migrate to $ASI, at a conversion rate of 0.433350:1
- $OCEAN tokens migrate to $ASI, at a conversion rate of 0.433226:1
- If the FDV of all three tokens as of March 26, 2024 were carried over fully into $ASI, it would have a total combined FDV of $7.6 billion USD.

## Leadership and Governance

Upon closing of this token merger, a governing council for the Artificial Superintelligence Alliance will form to monitor and guide operations of the newly merged tokenomic network. The Alliance will be led by Ben Goertzel, Humayun Sheikh, Bruce Pon and Trent McConaghy. The organizations that guide development of the three merging networks, Fetch.ai, Ocean Protocol Foundation and SNET Foundation, will continue to operate as separate entities, but will collaborate closely in the shared $ASI tokenomic ecosystem and in the operation of the Alliance.

"Among our many commercial and research goals for this combined network to work is to launch a decentralized neural-symbolic AGI system with globally-superior capabilities in key areas like logical and scientific reasoning and artistic creativity," Goertzel continues. "The impact of such a system may greatly exceed what we've

seen from significant LLMs and lead the global economy into a new era of beneficial decentralized AGI and ASI."

**About SingularityNET**

SingularityNET was founded by Dr. Ben Goertzel with the mission of creating a decentralized, democratic, inclusive and beneficial Artificial General Intelligence (AGI). According to Dr. Goertzel, AGI should be independent of any central entity, open to anyone and not restricted to the narrow goals of a single corporation or even a single country. The SNET team includes seasoned engineers, scientists, researchers, entrepreneurs, and marketers. The core platform and AI teams are further complemented by specialized teams devoted to application areas such as finance, robotics, biomedical AI, media, arts and entertainment.

For additional information on SNET, visit: https://singularitynet.io/

**About Fetch.ai**

Fetch.ai, a Cambridge-based AI company, is redefining the possibilities of an intelligent and connected world through its AI agent-based technology. Fetch.ai's infrastructure technology enables developers and businesses to build, deploy & monetize through an agent-based modular platform for the new generation of AI applications. The company's core product, DeltaV, fuses Language Models (LLMs) and AI Agents to create an open and dynamic marketplace that connects users to services and reimagines the current search experience.

Learn more at www.fetch.ai and on X.

**About Ocean Protocol**

Ocean was founded to level the playing field for AI and data. Ocean tools enable businesses and individuals to trade tokenized data assets seamlessly to manage data all along the AI model life cycle. Ocean-powered apps include enterprise-grade data exchanges, data science competitions and data DAOs. The Ocean Predictoor product has over $800M in monthly volume six months after launch with a roadmap to scale foundation models globally.

## Contacts

**Media Contact**

FTI Consulting

Fetch.ai@fticonsulting.com

| | |
|---|---|
| **Industry:** | Technology    Professional Services |
| | Digital Cash Management/Digital Assets    Blockchain    Software |
| | Cryptocurrency    Data Management    Web3 |
| | Artificial Intelligence |

## FETCH.AI, OCEAN PROTOCOL AND SINGULARITYNET

---

## RELEASE VERSIONS

English    Spanish    Portuguese    German    French    Italian    Dutch

Polish    Czech    Hungarian    Chinese Traditional    Chinese Simplified

Japanese

---

## CONTACTS

**Media Contact**

FTI Consulting

Fetch.ai@fticonsulting.com

Back to Newsroom  →

# Wish your news had this kind of reach?

Sign Up    →

**Learn About Business Wire**    →



## Company

About Business Wire

Careers

Media Center

Help Center

## Services

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2026 Business Wire, Inc.

Privacy Policy          Cookie Policy          Copyright          Accessibility Statement          Terms of Use

