# Exhibit 12



## Post

**Trent McConaghy** ✔
@trentmc0

...

Ocean, Fetch and SingularityNET are uniting to create the Artificial Superintelligence Alliance.

Why? Because we need to accelerate and scale up, so that *decentralized* ASI wins. So that humanity wins.

Let's unpack…

AI is accelerating.

Artificial General Superintelligence (AGI) — when an AI system can perform all human tasks at least a human level of competence — looms near.

AI acceleration will blow right past AGI, straight to Artificial Superintelligence (ASI) -- when AI systems perform at far-beyond human levels of competence.

Humanity is at risk of a winner-take all by Big Tech in AGI and in ASI. All that abundance that AGI & ASI promises… won't be for you.

Far better is to decentralize it. To level the playing field among dozens, hundreds, thousands of actors. We need a level playing field of data, of compute, of AI capabilities.

We at Ocean have have worked tirelessly for years to decentralize AI. Same with Fetch, same with SingularityNET, each in our own complementary ways. We have had collaborations, and built mutual respect.

In decentralized AI, we been building and moving quickly.  We've chalked up many successes.

Yet, centralized AI has moved faster and become bigger. All towards AGI, then ASI.

Decentralized AI needs to compete. To compete, it needs scale. It needs to get *faster* and *bigger*.

How? *Merge* our tokens. Align our incentives then amp them up. Draw on our respective strengths. Scale up compute and energy. Race *together*. All with the aim to build *decentralized* Artificial Superintelligence.

It's a race to AGI & ASI. Centralized, vs Decentralized. Winner-take-all, vs level playing field.

Which future do you prefer?

With this move to increase speed and scale, we are putting decentralized ASI in the game. For all our sakes.

**Ocean Protocol** ✔ @oceanprotocol · Mar 27, 2024

**New to X?**

Sign up now to get you

 Sign u

 Sign

Creat

By signing up, you agre
Privacy Policy, includir

**What's happe**

Music competition · T
**#OTGala7**
85.1K posts

Food · Trending
**Coca-Cola**
7,889 posts

Music · Trending
**Chrisean**
1,554 posts

Sports · Trending
**Snit**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

11/3/25, 5:57 PM
Trent McConaghy on X: Ocean, Fetch and SingularityNET are uniting to create the Artificial Superintelligence Alliance. Why? Beca...

Case 1:25-cv-09210-DEH    Document 50-12    Filed 03/17/26    Page 3 of 3



1/ 🤝 Ocean Protocol, @Fetch_ai & @SingularityNET unite to create the Artificial Superintelligence Alliance, through a token merger into a single $ASI token with a combined value of USD$7.5 Billion, with a current ranking at ~#20 on #CoinMarketCap.
…

1:01 PM · Mar 27, 2024 · **112.1K** Views

💬 37          ⟲ 121          ♡ 465          🔖 56          ⬆️

Read 37 replies

**New to X?**

Sign up now to get you

🍎 Sign

Creat

By signing up, you agre
Privacy Policy, includir

**What's happe**

Music competition · T
**#OTGala7**
85.1K posts

Food · Trending
**Coca-Cola**
7,889 posts

Music · Trending
**Chrisean**
1,554 posts

Sports · Trending
**Snit**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in