# Exhibit 13

Case 1:25-cv-09210-DEH    Document 50-13    Filed 03/17/26    Page 2 of 7



Open in app ↗

Sign up    Sign in

**Medium**    Q  Search    ✎ Write    👤

Ocean Protocol

# Superintelligence Alliance Updates to Data Farming and veOCEAN

How the pending $ASI token merge affects Passive DF, Volume DF, and veOCEAN

👤 Ocean Protocol Team    ( Follow )    4 min read · Mar 29, 2024

👏 7    ◯    📑⁺    ▶    ⬆

**Big news: Ocean Protocol is joining with Fetch and SingularityNET to form the Superintelligence Alliance**, with a unified token $ASI. This is pending a vote of "yes" from the Fetch and SingularityNET communities, a process that will take several weeks. This Mar 27, 2024 article describes the key mechanisms. [Update Apr 16: it was a "yes" from both.]

**There are important implications for veOCEAN and Data Farming. This post describes them.**

(This content was originally in Appendix 2 of the article linked above. We have since moved the content here, because it is more practically useful.)



<u>Data Farming</u> (DF) is Ocean Protocol's incentive program. If you've locked OCEAN for veOCEAN, to participate in Passive DF or Active DF, we've got you covered.

The Fetch and SingularityNET communities have token governance requiring approval of the token-merger action. The voting process will take several weeks.

Data Farming plans must account for a "yes" (from both) or a "no" outcome (from either).

veOCEAN, Passive DF and Volume DF will be heavily affected if "yes". To be ready for either outcome, we will pause giving rewards for Passive DF and Volume DF as soon as the DF82 payout of Thu Mar 28 has completed. Also in preparation, we have taken a snapshot of OCEAN locked & veOCEAN balances as of 00:00 am UTC Wed Mar 27 (Ethereum block 19522003); we need this information in the event of a "yes".

Predictoor DF will continue regardless of voting outcome.

Once the votes are complete, then the next actions depend on "yes" vs "no".

## Actions if "no"

If a "no" happens, then we will resume Passive DF & Volume DF as-is.

The first Passive DF & Volume payout will be within a week after we resume, and weekly after that as per usual DF schedule. The first payout will include the payouts that were missed during the pause.

## Actions if "yes"

If a "yes" happens, the following will occur. [Update Apr 16: it's a "yes"]

veOCEAN will be retired. This will make it easier to have a unified ASI staking program that aligns with Fetch and SingularityNET. Passive DF & Volume DF will be retired.

---

Get Ocean Protocol Team's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email                    Subscribe

---

People who have locked OCEAN for veOCEAN will be made whole, as follows.

Each address holding veOCEAN will be airdropped OCEAN in the amount of:

$$(1.25^{\text{years\_til\_unlock}} - 1) * \text{num\_OCEAN\_locked}$$

In words: veOCEAN holders get a reward as if they had got payouts of 25% APY for their whole lock period (and kept re-upping their lock). But they get

11/3/25, 3:34 PM
Case 1:25-cv-09210-DEH    Document 50-13    Filed 03/17/26    Page 5 of 7
Superintelligence Alliance Updates to Data Farming and veOCEAN | by Ocean Protocol | Ocean Protocol

the payout soon, rather than over years of weekly DF rewards payouts. It's otherwise the same commitment, expectations and payout as before.

This airdrop will happen within weeks after the "yes" vote.

That same address will have its OCEAN unlocked according to its normal veOCEAN mechanics and timeline (up to 4 years). After unlock, that account holder can convert the $OCEAN directly into $ASI with the published exchange rate.

Any actions taken by an account on locking / re-locking veOCEAN after the time of the snapshot will be ignored.

**Example.** Alice recently locked 100 OCEAN for a duration of four years, and had received 100 veOCEAN to her account.

- She will get airdropped *(1.25^4–1)\*100 = (2.44–1)\*100* = 144 OCEAN soon after the "yes" vote

- In four years, her initial 100 OCEAN will unlock.

- In total, Alice will have received 244 OCEAN (144 soon, 100 in 4 years).

- Her return is approximately the same as if she'd used Passive DF & Volume DF for 4 years and got 25% APY. That is: $(1.25^4-1) * 100 = 2.44 * 100$. Yet this updated scheme benefits her more because her 144 of that 244 OCEAN is liquid soon.

**psdnOCEAN.** psdnOCEAN holders will be able to swap back to the OCEAN with a fixed-rate contract. For each 1 psdnOCEAN swapped they will receive >1 OCEAN at a respectable ROI. Details forthcoming.

Case 1:25-cv-09210-DEH   Document 50-13   Filed 03/17/26   Page 6 of 7

**Predictoor DF.** In the event of a "yes", Predictoor DF continues. Over time, we will migrate Predictoor and Predictoor DF to use the new ASI token.

**Data Farming budget.** Ocean Protocol Foundation will re-use the DF budget for its incentives programs. These can include: scaling up Predictoor DF, ASI incentives programs, and new projects that arise from synergy among Fetch, SingularityNET, and Ocean.

## About Ocean Protocol

Ocean was founded to level the playing field for AI and data. Ocean tools enable businesses and individuals to trade tokenized data assets seamlessly to manage data all along the AI model life-cycle. Ocean-powered apps include enterprise-grade data exchanges, data science competitions, and data DAOs. Follow Ocean on Twitter or TG, and chat in Discord.

In Ocean Predictoor, people run AI-powered prediction bots or trading bots on crypto price feeds to earn $. Predictoor has over $800 million in monthly volume, just six months after launch with a roadmap to scale foundation models globally. Follow Predictoor on Twitter.

Data Farming is Ocean's incentives program.In DF, you can earn OCEAN rewards by locking OCEAN, curating data, and making predictions.

Homepage     Defi     Yield Farming     Predictoor     AI

Case 1:25-cv-09210-DEH    Document 50-13    Filed 03/17/26    Page 7 of 7



## Published in Ocean Protocol

5.9K followers  ·  Last published 3 days ago

Follow

Tokenized AI & Data



## Written by Ocean Protocol Team

3.2K followers  ·  7 following

Follow

A Decentralized Data Exchange Protocol to Unlock Data for AI | oceanprotocol.com | #ANewDataEconomy

# No responses yet



Write a response

What are your thoughts?

# More from Ocean Protocol Team and Ocean Protocol



