# Exhibit 15



**Artificial Superintelligence…**

ARCHIVE

Copy

# Navigating the ASI Token Merger: A Comprehensive Guide

The Artificial Superintelligence Alliance (ASI) token merger, involving SingularityNET, Fetch.ai, and Ocean Protocol, will be implemented in a two-phase process starting on July 1, 2024.

The Artificial Superintelligence Alliance (ASI) token merger, involving SingularityNET, Fetch.ai, and Ocean Protocol, will be implemented in a two-phase process starting on July 1, 2024. Phase 1 will see the consolidation of SingularityNET's AGIX and Ocean Protocol's OCEAN tokens into Fetch.ai's FET, before transitioning to the ASI ticker in Phase 2.



## Phase I Overview:

Phase 1 of the ASI migration will be focused on merging the three tokens on the Ethereum Blockchain. Holders on other chains that wish to take part in the token merger during Phase 1 will need to bridge from their respective chains. Users that prefer to wait for the support of other chains such as Cardano or Polygon can opt to wait for Phase 2 should they desire.

- **Rebranding**: The project will be rebranded as the Artificial Superintelligence Alliance across major platforms.
- **Token Merge**: AGIX and OCEAN will temporarily merge into FET under the Artificial Superintelligence Alliance banner.
- **FET Trading**: FET markets will remain open under the FET ticker without interruption.

Phase I Timeline:

July 1, 2024:

- Project name and logos updated.
- Deposits and withdrawals for AGIX and OCEAN will close in preparation for migration.
- FET deposits, withdrawals, and trading will continue as usual.
- [Migration platform ↗](#) for AGIX and OCEAN to FET opens on the SingularityDAO dApp.
- AGIX and OCEAN will begin to be delisted from exchanges.
- Spot and perpetual trading will continue under the FET ticker.

\***For token holders with funds on centralized exchanges like Binance**, no action is required. Your OCEAN and AGIX tokens will automatically convert to FET at the appropriate ratio on July 1st, followed by a smooth transition to ASI in mid-July. Individuals holding their funds in self-custody across the Ethereum mainnet will receive detailed guides and tutorials to facilitate a hassle-free transition.

# Phase II Overview:

- **Community Onboarding**: Phase 2 will focus on community member onboarding, specifically for those who have opted to self-custody their funds.
- **ASI Deployment**: The ASI token will be deployed across chains.
- **Network Upgrades**: Fetch.ai's network will upgrade to the ASI network.
- **New Migration Contracts**: Introduced for conversion from FET, AGIX, and OCEAN to ASI.
- **EVM and Bridges**: Ethereum Virtual Machine and other bridges will open to facilitate ASI token transfers.
- **Exchange Migration**: Exchanges will begin migrating spot markets from FET to ASI. If your funds are on centralized exchanges like Binance, no action is required.

Scam Warning: At no point will individuals be required to disclose private information, including seed phrases. Be aware of potential scams during this transition period. Malicious actors may attempt impersonation, spoofing, and social engineering tactics. Trust only official sources of information, as outlined here:

- Official ASI website: https://www.superintelligence.io/ ↗
- Official Fetch.ai website: https://fetch.ai/ ↗
- Official Ocean Protocol website: https://oceanprotocol.com/ ↗
- Official SingularityNET website: https://singularitynet.io/ ↗

# The Dawn of a Unified AI Ecosystem - Phase I

The highly anticipated token merger between Fetch.ai, Ocean Protocol, and SingularityNET is on the horizon. This unique and ambitious undertaking aims to create a powerful and unified Artificial Superintelligence Alliance (ASI) ecosystem under the new ASI ticker. This unified network aspires to become the leading force in decentralized AI (decentralized Artificial Intelligence).

3

# Key Dates and Action Items

As a web3 token holder of FET, AGIX, or OCEAN, understanding the key aspects of this token merger is crucial. Here's a breakdown of important dates and actions:

July 1, 2024:

- **Migration Opens**: Conversion contracts allowing AGIX and OCEAN holders to convert their tokens to FET will be available.
- **Deposits and Withdrawals**: AGIX, and OCEAN deposits and withdrawals will be halted on exchanges in preparation for the migration process.
- **AGIX and OCEAN**: tokens will be delisted from exchanges.
- **Branding Changes**: Project branding will transition to Artificial Superintelligence Alliance across third-party platforms.

# Your Token Migration Journey

The token merger will impact your existing tokens. Here's what you need to know:

∗**Exchange-Held Tokens**: These tokens will be automatically converted to FET.

**Conversion Rates**: The conversion rates are as follows:

- AGIX tokens will migrate to FET at a conversion rate of 1 AGIX to 0.433350 FET.
- OCEAN tokens will migrate to FET at a conversion rate of 1 OCEAN to 0.433226 FET.

4

*We have received inquiries from numerous exchanges expressing their support for the upcoming token merger. While we appreciate this overwhelming interest, it's important to mention that we cannot guarantee participation from absolutely every exchange. Our team is diligently working to facilitate widespread support, prioritizing a seamless transition for all token holders.

Please note, there is no immediate urgency to convert your assets during this initial phase. Our current focus lies in the strategic onboarding of supporting platforms, ensuring robust infrastructure is in place before proceeding further.

## Supported Wallets and Conversion Processes

The new ASI token merger will be compatible with all major software wallets (e.g., MetaMask, Trust Wallet) and hardware wallets (e.g., Ledger, Trezor) familiar to the respective communities. For manual conversion (on-chain, self-custody):

During Phase I, the assets will be consolidated across the Ethereum Network with future plans to significantly increase interoperability with other ecosystems such as BNB Chain and Cardano active in Phase 2.

1. Connect your existing wallet to the official conversion portal hosted on the SingularityDAO dApp ↗.

2. Follow the on-screen instructions to convert your tokens. Example images have been attached to illustrate the process. The first picture depicts the contract approval process. The second picture just below demonstrates the migration confirmation. The final step would be to confirm the transaction through the wallet. Holders working with AGIX, OCEAN or FET for the first time might have to add the token contract to the wallet to ensure balances are properly displayed. A guide on that can be found here ↗. The SingularityDAO conversion portal makes this easy by incorporating an "Add to Wallet'' feature as part of the migration interface.





3. Verify the conversion using a block explorer like Etherscan. If you're holding FET for the first time on a wallet such as Metamask you may need to add FET as a custom token to ensure that it's properly displayed in the wallet.

## Important Reminders:

- The conversion window will remain open for years, so there's no immediate pressure to convert.

- Dedicated conversion smart contracts are the only official tools that community members will need to rely on. Expect standard transaction fees, but no additional conversion charges. At no point during the conversion process will you need to input private information including your seed phrase.

- With respect to native FET holders, it's important to note that staked tokens will be automatically migrated during Phase 2. Staking rewards will continue uninterrupted.

- Liquidity providers will need to manually withdraw their funds and re-allocate them to updated pools for optimal efficiency. More details will be provided.

# The Migration from FET to ASI and the Network Upgrade - Phase II

The final step of the merger involves the migration from the FET token ticker to ASI. During this step, new migration contracts will become available for any AGIX and OCEAN tokens yet to be migrated to FET. Migration contracts will also be deployed for EVM-based FET. FET Mainnet Tokens will be automatically converted to ASI as the Fetch.ai mainnet completes its scheduled upgrade. Below you'll find the specific migration ratios again.

- FET tokens will migrate to ASI at a conversion rate of 1 FET to 1 ASI.

- AGIX tokens will migrate to ASI at a conversion rate of 1 AGIX to 0.433350 ASI.

7

- OCEAN tokens will migrate to ASI at a conversion rate of 1 OCEAN to 0.433226 ASI.

A non-trivial component of this token migration is the network upgrade, which involves enhancements to the underlying blockchain infrastructure. This upgrade ensures improved performance, security, and scalability for the ASI network. The network engineers and validators will execute a series of precise steps to carry out this upgrade:

**Code Deployment:** Engineers will deploy the new codebase to all nodes in the network, incorporating the latest improvements and security patches.

**Smart Contract Migration:** Existing smart contracts will be migrated to the new network, with necessary updates to ensure compatibility and functionality.

**Node Synchronization:** All network nodes will be synchronized to ensure they operate on the same updated protocol version.

**Testing and Validation:** Extensive testing will be conducted on a testnet before deploying changes to the mainnet to identify and resolve any issues.

**Final Rollout:** Once all components are thoroughly tested, the final rollout will occur, and the network will officially transition to the upgraded state.

As part of the process, all trading pairs on exchanges will be updated to reflect the new ASI token, and integrations with popular wallet and block explorer providers will be completed to ensure broad accessibility. Additionally, comprehensive resources will be delivered to all stakeholders, including token holders, to provide support and information throughout the transition.

During the network upgrade, there may be potential network downtime and temporary disruptions on exchanges as they update their markets. It's important to note that this upgrade is being executed by experienced professionals who have meticulously planned and tested each aspect to ensure a smooth transition. Rest assured, every component of the network upgrade has undergone rigorous testing to minimize any impact on users and maintain the integrity of the network. By staying informed and following official updates, you can navigate this transition confidently and seamlessly.

## Stay Informed and Engaged

Staying updated throughout the process is vital. Here are your primary resources:

- Official Website: superintelligence.io ↗
- Social Media Channels: Follow Fetch.ai ↗, Ocean Protocol ↗, SingularityNET ↗ and the Artificial Superintelligence Alliance ↗ across X (formerly Twitter) AMAs and Community Calls: Participate in scheduled events for real-time information.

The ASI token merger signifies a significant step forward for decentralized AI. This collaboration strengthens the ecosystem, making it more resilient and competitive against big tech players. Additionally, expect future advancements in performance and use cases for ASI.

**Security Alert: Beware of Scams!**

Be aware of potential scams during this transition period. Malicious actors may attempt impersonation, spoofing, and social engineering tactics. Trust only official sources of information as outlined above. The ASI teams are committed to combating these risks by establishing credible communication channels and conducting extensive information campaigns with strict moderation.

Case 1:25-cv-09210-DEH    Document 50-15    Filed 03/17/26    Page 11 of 11

By understanding these key aspects, you can navigate the ASI token merger with confidence and make informed decisions. Stay updated, participate in discussions, and contribute to a smooth and successful migration to the ASI mainnet. This collaborative effort will pave the way for a more robust and innovative future for decentralized AI.

Previous
Fetch.ai, Ocean Protocol and SingularityNET Finalize Merger Details to Create ASI Alliance

Next
ASI Governance Proposal: Integration of CUDOS into the ASI Alliance

Last updated 1 year ago

