# Exhibit 17

**Ocean Protocol**

# Ocean Tokenomics II

About the Ocean Token, Token Allocations, Network Rewards, Inflation, Token Utility, Network Valuation and why you should join us

Bruce Pon · ( Follow )    10 min read · Feb 21, 2019

Open in app ↗                                          ( Sign up )    Sign in

**Medium**    🔍 Search                          ✎ Write    👤





*This announcement concerns an offering of securities exclusively to International investors under a Regulation S exemption and accredited U.S.*

*investors in reliance on Rule 506(c) of Regulation D of the U.S. Securities Act of 1933.*

**Ocean Protocol is getting ready to Launch! Participate in the token sale at coinlist.co/ocean by March 19th. Contribute until March 20th.**

## Summary

For the Network Launch, 32 million Ocean Tokens will be released and exchanged with holders of SAFTEs at a price of **0.22€**.

For the Network Launch, approximately 191.7 million Ocean Tokens will come into circulation, representing 13.6% of the total number of 1.41 Billion Ocean Tokens that will ever be created. The circulating supply is made up of Acquirors (Seed-1/12th, Pre-Launch-1/6th, Network Launch), Founder and Foundation tokens that have vested.

| Key Data | |
|---|---|
| Name | Ocean Token |
| Ticker Symbol | **OCEAN** |
| Price per Ocean Token | **0.22€** |
| Token Type | ERC20 |
| Total Token Supply | 1,410,000,000 |
| Initial Circulating Supply | 191,700,000 |
| Available Tokens | 32,000,000 |
| Token Exchange | 15 days after Launch |
| Network Launch | March 31, 2019 (target) |
| Contributions Accepted | ETH, BTC, USD, EUR |

**Update to Token Allocations**

We reduced the number of Ocean Tokens allocated to the Foundation from 10% to 5%, and to purchasers of SAFTEs (Acquirors) and enterprise on-boarding from 25% to 15%, and applied it to the network reward.

The shift of 15% of the Ocean Tokens from the Foundation and Acquirors to the network reward brings it to 60% of the total Ocean Tokens. This is an increase from 45% originally announced and it will incentivise data

providers, keepers (those that run network nodes) and other service providers to participate in the network.

The reduction in allocation to Acquirors means that people can earn more Ocean Tokens by participating in the token launch, while still allowing for enough Ocean Tokens to be obtained by data scientists, AI researchers and developers for use on the platform as designed via other distribution channels such as enterprise on-boarding, grants and exchanges.

With this, we believe the Foundation has sufficient resources to build the technology and kickstart a Data Economy ecosystem.

  

## Circulating Token Supply

The circulating supply will be comprised of Ocean Tokens allotted to Acquirors, the Foundation, the founding teams and the network reward.

Early Acquirors in the Seed and Pre-Launch, and the founding teams have lock-ups ranging from 1.5–5 years.



Token Emissions with a 50 Year Timeframe

In the initial phase, the vast majority of tokens emitted will come from pre-mined tokens for Acquirors, the Foundation and the founding teams. From Q3/2022, the increase in Ocean Token supply will come solely from the network reward.



Token Emissions with a 12 Year Timeframe

**Network Reward**

The network reward will be emitted programmatically with a 10 year half-life. We chose 10 years because we believe that the network should maintain incentives for keepers and service providers to validate transactions long into the future.

The long 10 year half-life of the network reward (compared to 4 years for Bitcoin) means that it takes until mid-2031 before 50% of network rewards will be emitted.



Network reward schedule — subject to changes depending on technical milestones

Furthermore, the network will initially run as a proof-of-authority network, giving us time to port the network to a scalable blockchain substrate. During this "warm-up" phase, the network reward will be throttled to between 0–50% of the normal network reward, since the network will be decentralised but not permissionless for any keeper to run a node.

The peak network rewards emitted will be approximately 4.74 million tokens per month to incentivise keepers, data and service providers. This is expected to occur within the 2021–2022 timeframe.

Dates around the network reward step-ups are estimates and may change if technical milestones are adjusted. You can find out more about the network reward function and the step-up function for network rewards in the technical white paper.

**Token Supply Inflation**

In the first year of the network, the token supply inflation will be 104% as token Acquirors, the Foundation and the founding teams receive allotments of Ocean Tokens.

The following years 2020–2022 will have supply inflation ranging between 17–21% as the founding teams get their remaining allotments and the network reward kicks in. In 2021, there's an *increase* of inflation due to the

full network reward activating, to incentivise keepers, data providers and other services to flock to Ocean. The 100% network reward is activated only once the network is ported to a permissionless and fully decentralised sidechain, so the 2021 target date can shift, altering the network reward schedule.

After the transition to a decentralised and permissionless chain, the network reward rapidly declines down to 6.8% in 2024 and 5.9% in 2025 when the network reward function becomes the sole source of inflation. By 2030, inflation will be 3.3%, 2040 will give 1.4%, 2050 will give 0.58% and from 2060 onwards 0.28% or less.



Annual Inflation of the token supply — Logarithmic Scale

**Token Utility & Distribution Mechanics for Acquirors**

The Ocean Token will be usable on V1 Production Launch for buying and selling data and services, underpinned by our breakthrough Service Execution Agreements and access control tools that guarantee privacy, security and safety for sharing.

We wanted to have an auction mechanism for price discovery of Ocean Token, but it wasn't possible so we decided on a fixed price for the Ocean Token at **0.22€.**

Get Bruce Pon's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email          Subscribe

☐   Remember me for faster sign in

The reason why it wasn't possible is because we are using two platforms to collect proceeds — **Coinlist** for new contributors and **Fractal** for existing contributors — and it wasn't possible to coordinate an auction across both of them simultaneously.

 

Using two platforms is advantageous because it allows the existing 14k whitelisted registrants from the Pre-Launch to contribute with Fractals if they want to, without unnecessarily exposing any further personal information.

New contributors are funnelled to Coinlist, which has supported over 50 token projects including Filecoin, Blockstack, Origin and other reputable projects.

**Crypto-Network Valuation**

Analysts view projects from a circulating supply and not fully diluted Y2050 valuation.

We think that circulating supply is the right way to view Ocean's value because the Ocean network starts with such a small amount of circulating supply (13.6% of the total) and the path to reach 70% of the tokens emitted takes us 12 years into the future until mid-2031.



Y2050 Marketcap and Current Marketcap based on circulating supply. Source: messari.io/onchainfx

Cryptocurrencies are quoted based on their Current Marketcap. For instance, Bitcoin's market capitalisation is $60 billion, and Ethereum's is $11 billion. Ocean's network should be seen with the same perspective. More on this discussion from Ryan Selkis, CEO of Messari, can be found here.

As a note, overall network value should not be a concern for users of the network, except to the extent that overall network value is indicative of the viability, sustainability, and success of the network before buying tokens for use on the network as intended.

For Ocean, there is a large gap between the Y2050 Marketcap and Current Marketcap. For illustrative purposes, at 0.22€ per Ocean Token, the Current Marketcap would be $47.6 million, putting the network at slot #69 on

OnChainFX, and our estimated Y2050 Marketcap would be just over $300 million.

The Y2050 Marketcap is significantly elevated because the network reward is *so large*, taking up 3/5 of the total future supply, skewing the metric upwards. For instance, at Y2050, 91.8% of the total token supply will have been emitted, with 1.294 billion Ocean Tokens in circulation at that time, leaving a significant 8.2% available for the network reward from 2050 onwards.

**Track Record**

The Ocean protocol development has reached a stage where the risk of delivery has been essentially eliminated. When V1 Beta is released (Network Launch), network participants can download the Ocean software and immediately start developing data marketplaces. V1 Production will follow.



From day 1, there is functioning utility that allows participants to buy and sell data, algorithms, and storage. It's an unprecedented capability that allows for data & value sharing across borders while maintaining privacy, security and possession of the data.

This means that the main project risks shift from technology delivery to adoption, building an ecosystem, and governance, along with software upgrades & maintenance. There are also macro-risks related to the general environment for cryptocurrencies.



Can the Ocean Protocol community rally a global group of disparate data providers, AI researchers and developers to the platform? It's by no means an easy or short-term task, but it is significant progress from one year ago when the idea had only recently been prototyped, the technical foundations mapped out and a nascent network of partners identified.

Given the track record of hitting our technical milestones on-time, delivering on the roadmap and making progress on increasing the ecosystem of collaborators, we believe that the Ocean community can continue to progress at the same pace.





The Ocean community intend to deliver real-life use cases and on-board marketplaces that allow for the transfer of value in a new, global Data Economy to earn a spot as one of the leading projects in the world.

## Conclusion

We hit our milestones on-time, a claim few projects can make. We raised a reasonable amount to fund the project — deploying the proceeds to build a world-class, global team that is ready to continue improving the product. We fundraised in stages so that as milestones were hit, we could come back to

the community for feedback and support because no project can build a new Data Economy alone.

Looking at the bigger picture, we have a lot of work ahead because technology is racing ahead faster than societal structures and government can react. We need to put in place the infrastructure that levels the playing field for every human to be able to own their data. And we need to do this fast.

In the past year, we've found out more about how large internet platforms have wilfully violated our data privacy rights, how our democracies have been co-opted and manipulated by state level actors, how the earth is on the brink of environmental disaster and we've seen a continuation of the increasing economic inequality in many countries.

There isn't a moment to lose because many centralised Web 2.0 internet platforms and many governments are failing us, while not addressing the most important issues facing humankind.

Ocean Protocol takes us in the right direction because it places a value and price signal on data that wasn't possible before. Once people and companies see that their data has value, they will demand to control it and they will find ways to unlock and commercialise it, sparking a new Data Economy. More data means that we can deploy resources more efficiently to solve intractable problems.

Choose this project because it has a vision. Choose this project because it is different from the others. Choose this project because it is raising enough to build the technology and activate the ecosystem. Choose this project because

is one of the best chances to unlock data and reset the rules when it comes to data and AI.

Most importantly, we want you to join us, to help build the protocol and network that gives you, and every other human on earth, control over what is rightfully yours.

Join the conversation and post your feedback on our Telegram channel and don't forget to sign-up for updates. We welcome you.

*-The Ocean Protocol Team*

## Ocean Protocol is getting ready to Launch! Participate in the token sale at coinlist.co/ocean by March 19th

*A previous Tokenomics post was published in February 2018 which elaborated on vesting, token distribution goals and network valuation.*

Ready to dive in? — visit **oceanprotocol.com** or check out Dev-Ocean to get a sense of what we've been working on, and fire all your technical questions in our Gitter chatroom.

Follow **Ocean Protocol** on Twitter, Telegram, LinkedIn, Reddit, GitHub & Newsletter for project updates and announcements.



*This announcement concerns an offering of securities exclusively to U.S. "accredited investors," as defined by Rule 501(a) of Regulation D of the U.S. Securities Act of 1933, as amended, in reliance on the exemption from registration afforded by Rule 506(c) of Regulation D of the Securities Act. The securities offered hereby have not been approved or disapproved by the U.S. Securities and Exchange Commission ("SEC") or any U.S. state securities commission or regulatory authority. Accredited investors who desire to participate in the offering must carefully review all offered materials issued by Ocean Protocol Foundation Ltd. Certain statements above are forward-looking statements which involve known and unknown risks and relate to future events or future financial performance. The words "may," "will," "should," "project," "anticipate," "believe," "estimate," "intend," "expect," "continue," and similar expressions or the negatives thereof are generally identify forward-looking*

*statements. Forward-looking statements are only predictions. Actual events or results may materially differ. Such forward-looking statements involve known and unknown risks, uncertainties, and other important factors that could cause the actual results, performance, or achievements to differ materially from any future results, performance, or achievements expressed or implied by such forward looking statements. Ocean Protocol Foundation Ltd. believes that the expectations reflected in the forward-looking statements are reasonable, but cannot guarantee future results, events, levels of activity, performance, or achievements.*

Blockchain    AI    Tokenomics    Token Launch    Homepage

 **Published in Ocean Protocol**

5.9K followers · Last published Mar 6, 2026

Follow

Tokenized AI & Data

 **Written by Bruce Pon**

2K followers · 448 following

Follow

Founder of Ocean Protocol, BigchainDB, ascribe.io, Avantalion

## No responses yet

 Write a response

What are your thoughts?

# More from Bruce Pon and Ocean Protocol





In The BigchainDB Blog by Bruce Pon

In Ocean Protocol by Ocean Protocol Team

### Blockchain will usher in the era of decentralised computing

### The ASI Alliance from Ocean's Perspective

By now, you've heard of blockchain, the technology that underlies Bitcoin....

By: Bruce Pon

Apr 15, 2016    👏 101    💬 3

Oct 23, 2025    👏 213    💬 3





In Ocean Protocol by Ocean Protocol Team

In Ocean Protocol by Bruce Pon

## Navigating the ASI Token Merger

A Comprehensive Guide & FAQ

## Initial Exchange Offering of Ocean Protocol on Bittrex International

IEO will start at 1600 GMT on April 30, 2019 on International.Bittrex.com

Jun 26, 2024    👋 60    💬 1

Apr 17, 2019    👋 1K    💬 8

See all from Bruce Pon    See all from Ocean Protocol

# Recommended from Medium



In Generative AI by Adham Khaled

## Stanford Just Killed Prompt Engineering With 8 Words (And I...

ChatGPT keeps giving you the same boring response? This new technique unlocks 2×...

In Write A Catalyst by Dr. Patricia Schmidt

## As a Neuroscientist, I Quit These 5 Morning Habits That Destroy You...

Most people do #1 within 10 minutes of waking (and it sabotages your entire day)

✦ Oct 19, 2025    👋 25K    💬 662

✦ Jan 14    👋 38K    💬 693





 Will Lockett

## The AI Bubble Is About To Burst, But The Next Bubble Is Already...

Techbros are preparing their latest bandwagon.

✦  Sep 14, 2025   👋 23K   💬 995

 Michal Malewicz

## The End of Dashboards and Design Systems

Design is becoming quietly human again.

✦  Nov 26, 2025   👋 6.2K   💬 246



 In Level Up Coding by Teja Kusireddy

## I Stopped Using ChatGPT for 30 Days. What Happened to My Brai...

91% of you will abandon 2026 resolutions by January 10th. Here's how to be in the 9% who...

✦  Dec 28, 2025   👋 10.8K   💬 384



 In CodeX by MayhemCode

## Why Thousands Are Buying Mac Minis to Escape Issues with Big...

Something strange happened in early 2026. Apple stores started running low on Mac...

✦  Feb 15   👋 5.2K   💬 88

See more recommendations