# Exhibit 18

Case 1:25-cv-09210-DEH   Document 50-18   Filed 03/17/26   Page 2 of 13

Open in app ↗

Sign up       Sign in

# Medium

Search

✏ Write

Ocean Protocol

# OceanDAO Round 10 Results

Alex N   Follow   ·   4 min read   ·   Oct 13, 2021

👏 11        💬

9 projects funded; 100mm+ votes submitted



## OceanDAO Grants

Case 1:25-cv-09210-DEH   Document 50-18   Filed 03/17/26   Page 3 of 13

Hello, Ocean Community!

The OceanDAO is pleased to share the results of the 10th round of our community grants initiative:

- A total of 530,000 USD was available

- Conversion rate of 0.75 OCEAN/USD

- 702,963 $OCEAN tokens were available

All funds that were not granted will be burned. $OCEAN burned is a signal of the extra room available for new grants.

The results are in:

Round 10 included 4 first-time projects and 5 returning projects requesting follow-up funding.

- 158,547 $OCEAN has been granted

- 544,416 $OCEAN will be burned

Burned $OCEAN will be sent to address 0x000000000000000000000000000000000000dEaD, forever decreasing total $OCEAN in circulation.

OceanDAO Round 11 and announcements will be live shortly. Ocean Protocol is dedicated to ever-growing resources for continued growth, transparency, and decentralization. Keep an eye out on Twitter @oceanprotocol and our blog for the full announcement and new highlights.

For up-to-date information on getting started with OceanDAO, we invite you to get involved and learn more about Ocean's community-curated funding on the OceanDAO website.

We encourage the Ocean ecosystem to apply or re-apply **AND** to vote!

Thank you to all of the participants, voters, and proposers.

## OceanDAO Round 10 Results

You can find the full overview on our Round 10 — Votes page.

**Round 10 Rules**

Proposals with 50% or more "Yes" Votes received a grant, until the "Total Round Funding Available" is depleted in descending number of votes received order.

19% of "Total Round Funding Available" was earmarked for New Projects. Earmarked proposals were eligible for entire "Total Round Funding Available"; returning (general) grants were eligible for 81%.

---

Get Alex N's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email          Subscribe

---

The grant proposals from the snapshot ballot that met these criteria were selected to receive their $OCEAN Amount Requested to foster positive value creation for the overall Ocean ecosystem.

Case 1:25-cv-09210-DEH Document 50-18 Filed 03/17/26 Page 5 of 13

- Voting opened on October 7th at 23:59 GMT

- Voting closed on October 11th at 23:59 GMT

**Proposal Vote Results:**

- 31 proposals submitted

- 9 funded or partially funded

- 83 Unique Wallets Voted

- 1002 voters across all proposals (same wallet can vote on multiple proposals)

- 682 total Yes votes

- 320 total No Votes

- 73,486,412.21 $OCEAN voted Yes on proposals

- 75,728,935.83 $OCEAN voted No on proposals

- 149,215,348 $OCEAN Tokens voted across all proposals

- 158,547 $OCEAN has been granted

- 544,416 $OCEAN will be burned



## Recipients

Congratulations to the grant recipients! These projects have received an OceanDAO grant in the form of $OCEAN tokens.



See all the expanded proposal details on the Round 10 Ocean Port Forum!

If your Proposal was voted to receive a grant, if you haven't already, please submit a <u>Request Invoice</u> to the Ocean Protocol Foundation (OPF) for the *Ocean Granted* amount listed on the <u>Round 10 — Votes</u> page.

## Proposal Details

**Grants**

<u>Clean Docs</u>: As Ocean core components that power the ocean economy are constantly evolving, I propose to maintain the documentation for a period of 3 months. Regularly updated docs and improvements in <u>https://docs.oceanprotocol.com/.</u>

<u>Metaverse Game Hub</u>:Offering datasets on the Ocean Marketplace revolving around data from metaverse based assets such as LANDS that are generated by analytic algorithms powered by AI models which allow a fair and transparent price evaluation of the NFT market.

<u>Coral Market</u>:Grant funds are requested to support the development of an open-source application for GDPR-compliant self-sovereign scientific data management and peer-to-peer sharing.

<u>Walt.id</u>: Proof of Concept: Implementing Europe's new open-source digital identity ecosystem based on EBSI and ESSIF in Ocean Protocol.

<u>Rugpullindex.com</u>: Our current mission is to improve the overall safety of all Ocean data token users such that anyone can trade data without running the risk of getting the rug pulled.

<u>DataX</u>: Vision is a one-stop shop for all Data DeFi needs. We are helping to make data a liquid asset.

<u>Governauts Rewards Systems Research Initiative</u>: We develop and verify DAO improvements for Ocean DAO, as part of a community research initiative led by Token Engineering Academy.

<u>Ocean Protocol Japan</u>: Operation and management of local communities in Japan and promotion of adoption of OceanProtocol by Japanese individuals and organizations.

<u>Indian Ocean program</u>: The extended outreach program initiates to set up an Indian outreach 'port' amidst the lush Web2 developer community inviting new inn-mates and young outreach ambassadors to on-board the Data Ocean.

## OceanDAO Ecosystem

Continue to support and track progress on all of the <u>Grant Recipients here</u>!

Much more to come — join our <u>Town Halls</u> to stay up to date and see you in Round 11. Thank you!



Case 1:25-cv-09210-DEH   Document 50-18   Filed 03/17/26   Page 9 of 13

Follow Ocean Protocol on <u>Twitter</u>, <u>Telegram</u>, <u>LinkedIn</u>, <u>Reddit</u>, <u>GitHub</u> & <u>Newsletter</u> for project updates and announcements. And chat directly with other developers on <u>Discord</u>.

Oceandao        Web3 Sustainability        Data Science        Grant Funding        Homepage



### Published in Ocean Protocol

5.9K followers · Last published 3 days ago

Follow

Tokenized AI & Data

### Written by Alex N

41 followers · 3 following

Follow

## No responses yet



Write a response

What are your thoughts?

Case 1:25-cv-09210-DEH    Document 50-18    Filed 03/17/26    Page 10 of 13

# More from Alex N and Ocean Protocol





 In Ocean Protocol by Alex N

In Ocean Protocol by Ocean Protocol Team

## OceanDAO Round 9 is Open

300K USD available for sustainable data-oriented projects!

## Ocean Protocol Foundation withdraws from the Artificial...

$OCEAN can be de-pegged and re-listed on exchanges

Aug 10, 2021    👋 31

Oct 9    👋 3    💬 1





In Ocean Protocol by Lunor Intern

In Ocean Protocol by Alex N

## CivicLens : Building the First Structured Dataset of EU...

A new Annotators Hub challenge

Oct 15    👏 51

## OceanDAO: Round 6 Results

OceanDAO is a community-curated funding system directed towards projects building in...

Jun 10, 2021    👏 61

See all from Alex N

See all from Ocean Protocol

# Recommended from Medium





In The Medium Blog by Medium Staff

In Long. Sweet. Valuable. by Ossai Chinedum

11/3/25, 1:15 PM
Case 1:25-cv-09210-DEH    Document 50-18    Filed 03/17/26    Page 12 of 13
OceanDAO Round 10 Results: 9 projects funded, 100mm $OCEAN | by Alex | @Ocean Protocol

### Regarding issues connecting to Medium from India

What we know and what you can do

5d ago    👏 3.6K    💬 138

### I'll Instantly Know You Used Chat Gpt If I See This

Trust me you're not as slick as you think

✨ May 16    👏 26K    💬 1530





In Generative AI by Adham Khaled

In Coding Nexus by Civil Learning

### Stanford Just Killed Prompt Engineering With 8 Words (And I…

ChatGPT keeps giving you the same boring response? This new technique unlocks 2×…

✨ Oct 19    👏 14.4K    💬 315

### I Handed ChatGPT $100 to Trade Stocks — Here's What Happened i…

What happens when you let a chatbot play Wall Street? It's up 29% while the S&P 500…

✨ Sep 2    👏 6.6K    💬 177



 Tosny

 Will Lockett

### 7 Websites I Visit Every Day in 2025

If there is one thing I am addicted to, besides coffee, it is the internet.

### The AI Bubble Is About To Burst, But The Next Bubble Is Already…

Techbros are preparing their latest bandwagon.

Case 1:25-cv-09210-DEH    Document 50-18    Filed 03/17/26    Page 13 of 13

OceanDAO Round 10 Results: 9 projects funded, 100mm+ votes | by Alex | Ocean Protocol

⭐  Sep 23   ✋ 6.4K   💬 233                    🔖          ⭐  Sep 14   ✋ 15.8K   💬 561                    🔖

---

( See more recommendations )

⭐  Sep 23   ✋ 6.4K   💬 233                    🔖          ⭐  Sep 14   ✋ 15.8K   💬 561                    🔖