# Exhibit 19

Open in app ↗

Sign up    Sign in

# Medium

Q  Search

✏ Write

Ocean Protocol

# Ocean Protocol Foundation withdraws from the Artificial Superintelligence Alliance

$OCEAN can be de-pegged and re-listed on exchanges

 Ocean Protocol Team    Follow    2 min read · Oct 9, 2025

👏 3    💬 1                              🔖 ▶ ⬆



*Singapore, 9 October 2025*

Effective immediately, Ocean Protocol Foundation has withdrawn its designated directors and resigned as a member from the Superintelligence Alliance (Singapore) Ltd, aka the "ASI Alliance". The ASI Alliance was founded on voluntary association and collaboration to promote decentralized AI through a token merger.

Ocean has worked closely with the other members of the Alliance to seek technology integration, joint podcasts and run community events such as the Superintelligence Summit and ETHGlobal NYC hackathon in the past year.

### Get Ocean Protocol Team's stories in your inbox

Join Medium for free to get updates from this writer.

| Enter your email | Subscribe |

11/3/25, 1:28 PM

Case 1:25-cv-09210-DEH    Document 50-19    Filed 03/17/26    Page 4 of 4
Ocean Protocol Foundation withdraws from the Artificial Superintelligence Alliance | by Ocean Protocol Team | Oct, 2025 | Ocean Pr…

Moving forward, funding for future Ocean development efforts is fully secured. A portion of profits from spin-outs of Ocean derived-technologies will be used to buyback and burn $OCEAN, offering a permanent and continual supply reduction of the $OCEAN supply.

Since 7/2024, 81% of the $OCEAN token supply has been converted into $FET, yet there are still 37,334 $OCEAN token holders representing 270 million $OCEAN, that have not yet converted to $FET on the existing $OCEAN token contract (0x967da … b9F48).

As independent economic actors, former $OCEAN holders can fully decide to continue to hold $FET or not.

At the time of this announcement, the token bridge, fully managed and controlled by Fetch.ai, remains open for $OCEAN holders to convert to $FET at the rate of 0.433226 $FET/$OCEAN.

Any exchange that has de-listed $OCEAN may assess whether they would like to re-list the $OCEAN token. Acquirors can currently exchange for $OCEAN on Coinbase, Kraken, UpBit, Binance US, Uniswap and SushiSwap.

Community questions to be sent to https://t.me/OceanProtocol_Community.

Press questions can be sent to inquiries@oceanprotocol.com.

Homepage