# Exhibit 20

# Ocean Network Just Launched Beta. Here's Why GPU Access Will Be Better For Everyone

*Ocean Network is relaunching its network in beta as the orchestration layer of AI with p2p GPU compute access for all.*

By **Stu L**  -  March 16, 2026



**Decentralized compute has a usability problem. It's been holding the whole sector back. Everyone knows the GPU shortage is real. AI demand is through the roof. Centralized cloud providers like AWS and GCP charge a premium for it. And there's a mountain of idle GPU capacity sitting around the world doing nothing.**

The obvious solution is a decentralized compute market. The problem? Most of those solutions are painful to use. Developers don't want to manage SSH keys. They don't want to wrestle with unreliable nodes. They want to write code and run jobs. And lots of us trying AI now don't even know what SSH keys are. Ocean Network just launched the Beta of its decentralized peer-to-peer compute orchestration layer. It's built specifically to solve that gap.

Before we get into what it does, a bit of context on where Ocean came from.

**Ocean Network and The Alliance**

Ocean Protocol joined the Artificial Superintelligence Alliance in March 2024, merging with Fetch.ai and SingularityNET under a single token. By July 2024, about 81% of the total OCEAN supply had been swapped. But

around 270 million OCEAN tokens, held by over 37,000 wallets, stayed unconverted. The alliance eventually fell apart. Ocean's focus was always decentralized AI infrastructure. Fetch and Singularity were building autonomous AI agents. Different missions. Different priorities. The split was inevitable. Ocean is now fully independent, with profits from its spin-out technologies earmarked for OCEAN buybacks and burns.

Now let's talk about what they're actually building.

**The Orchestration Layer Is the Product**

Ocean Network solves what it calls the "Coordination Problem" of decentralized compute. Massive idle GPU capacity exists globally. Data scientists who need it also exist. No one has built an easy way to connect them.

Until now. You don't touch the infrastructure. You pick your hardware, submit your job, and get results back. That's the whole experience.

The Ocean Orchestrator integrates natively into VS Code, Cursor, Windsurf, and Antigravity. That's where developers already live. The workflow has three steps. Filter and select specific hardware like Nvidia H200s or Tesla 4s. Set your minimum CPU and RAM requirements. Deploy a containerized Python or JavaScript job with one click. Results come back automatically to your local environment.

Traditional cloud providers push rigid, pre-bundled hardware tiers. Ocean Network offers total flexibility with no preset bundles. You set the exact specs you need. You pay for exactly what the job uses. Nothing more.

**Pay-Per-Use, Not Pay-Per-Idle**

This is where it gets interesting. Especially if you've ever looked at your AWS bill and felt sick.

Traditional cloud providers charge for the time a machine is "ON." Doesn't matter if it's actively computing or sitting idle. Reserved instances. Minimum commitments. Idle hours you'll never get back.

Ocean Network uses a Pay-Per-Use Escrow Mechanism deployed on Base, the Ethereum L2. Funds sit in escrow. They're only released once the node completes the job and returns the output. You pay for time, hardware, and environment. Nothing else. Wallet-based identity through Alchemy handles access and reward tracking.

Think of it like renting a car by the mile driven. Not by the day.

That's a real shift.

### Data Privacy Baked In

For data scientists handling sensitive data, Ocean uses Compute-to-Data, or C2D. Your algorithm runs inside an isolated container where the data lives. Raw data never leaves. Only the secure compute outputs come back to you.

Big deal for anyone working in healthcare, finance, or any sector where handing your dataset to a third-party cloud isn't an option.

### The Hardware Is Real From Day One

Here's a fair question to ask about any decentralized compute network. Is the hardware actually there?

For Ocean Network, yes. Ocean Network is renting high-performance GPUs from Aethir, a leader in decentralized cloud computing with over 400,000 GPU containers available across 95 countries. That gives users immediate access to premium NVIDIA H200s at competitive prices. No waiting for the node network to build up organically.

To celebrate the Beta launch, Ocean Network is offering $100 in complimentary compute credits to early adopters. Claim them at the Ocean Network dashboard and start running real AI workloads on premium hardware today.

### What Comes Next For Ocean Network

Beta is focused on the demand side. Getting developers and data scientists running jobs. Node operators come next. Anyone with idle GPU capacity will be able to set up an Ocean Node and monetize it through the network.

The long-term picture is a liquid compute market. Idle GPUs become income-generating assets. Data scientists get flexible, affordable access to exactly the hardware they need. No lock-in. No bloated cloud bills.

Supported workloads include embeddings, model inference, data cleanup, batch processing, and fine-tuning.

The Beta is open globally. Check the full docs at docs.oncompute.ai and the Ocean Network website to get started.

*The information discussed by Altcoin Buzz is not financial advice. This is for educational, entertainment, and informational purposes only. Any information or strategies are thoughts and opinions relevant to the accepted levels of risk tolerance of the writer/reviewers and their risk tolerance may be different than yours. We are not responsible for any losses that you may incur as a result of any investments directly or indirectly related to the information provided. Bitcoin and other cryptocurrencies are high-risk investments so please do your due diligence. This post is sponsored by Ocean Protocol.*

*Copyright Altcoin Buzz Pte Ltd.*

---

**Stu L**

*https://thedefiupdate.substack.com*

Stu Lustman leads the YouTube Script Team and is the Partner Team Lead at Altcoin Buzz. Stu has been writing about crypto since 2014 at his blog and for clients in the industry. His goal is to explain complex crypto concepts so anyone can understand them so they can invest and build in the cryptoeconomy.

in   X