

**K&L GATES**

Thomas A. Warns
Partner
tom.warns@klgates.com

T +1 212 536 4009
F +1 212 536 3901

March 6, 2026

Hon. Dale E. Ho
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re:    *Fetch Compute, Inc., et al. v. Pon, et al.*, Case No. 1:25-cv-9210**

Dear Judge Ho,

Counsel for Plaintiffs submit this letter to apprise the Court of the current procedural posture of Defendants' motions to dismiss and Plaintiffs' anticipated next steps.

On February 10, 2026, Defendant Ocean Protocol Foundation filed a motion to dismiss. (ECF No. 34). Following that filing, Plaintiffs and Ocean Protocol Foundation conferred and jointly moved to extend Plaintiffs' time to respond to that motion until March 26, 2026. (ECF No. 38). The Court granted the Plaintiffs' letter motion by Order dated February 17, 2026. (ECF No. 39).

Thereafter, on February 24, 2026, the remaining Defendants filed their own motions to dismiss. (ECF Nos. 41, 43). Under the applicable rules, Plaintiffs' responses to those motions are currently due on March 10, 2026.

After reviewing the pending motions to dismiss, Plaintiffs have decided to exercise their right under Rule 15(a) of the Federal Rules of Civil Procedure to amend the Complaint within 21 days of the service of Defendants Ocean Expeditions Ltd., OceanDAO, Bruce Pon, Trent McConaghy, and Christina Pon's motions to dismiss that were filed on February 24, 2026. Plaintiffs intend to file an amended complaint on or before March 17, 2026.

In light of Plaintiffs' forthcoming amended pleading, Plaintiffs do not intend to file oppositions to the motions to dismiss, for which responses are currently due on March 10, 2026. Plaintiffs submit this letter solely to keep the Court apprised of the procedural status of the case and Plaintiffs' anticipated filing.

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com

Respectfully,

/s/ Thomas A. Warns

Thomas A. Warns
Partner

The Court is in receipt of the endorsed correspondence.  In light of Plaintiffs' First Amended Complaint (FAC), ECF No. 50, Defendants' Motions to Dismiss the prior Complaint, ECF Nos. 34, 41, and 43, are **DENIED** without prejudice as to re-filing. However, in the event that one or more Defendants seek to move to dismiss the FAC, they are **ORDERED** to file a single consolidated memorandum of law in support of such motion on behalf of all moving Defendants.

The Clerk of Court is respectfully directed to close ECF Nos. 34, 41, and 43.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 18, 2026
New York, New York