**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FETCH COMPUTE, INC., SETH IAN, GREG GRAVES, VICTOR LARIVEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiffs,<br><br>  -against-<br><br>BRUCE PON, TRENT MCCONAGHY, CHRISTINA PON, OCEAN PROTOCOL FOUNDATION LTD., OCEAN EXPEDITIONS LTD., AND OCEANDAO,<br><br>     Defendants. | 1:25-cv-9210<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Bruce Pon, Trent McConaghy, and Christina Pon in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: March 19, 2026

          BROWN RUDNICK LLP

       By: */s/ Stephen D. Palley*
          Stepehen D. Palley
          1900 N Street N.W., 4th Floor
          Washington, D.C. 20036
          T: (202) 536-1700
          spalley@brownrudnick.com

          *Counsel for Defendants Bruce Pon, Trent*
          *McConaghy, and Christina Pon*