**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FETCH COMPUTE, INC., SETH IAN, GREG GRAVES, VICTOR LARIVEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | 1:25-cv-9210 |

1:25-cv-9210

**NOTICE OF APPEARANCE**

Plaintiffs,

-against-

BRUCE PON, TRENT MCCONAGHY, CHRISTINA PON, OCEAN PROTOCOL FOUNDATION LTD., OCEAN EXPEDITIONS LTD., AND OCEANDAO,

Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Bruce Pon, Trent McConaghy, and Christina Pon in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: March 19, 2026

BROWN RUDNICK LLP

By:    /s/ Daniel L. Sachs
       Daniel L. Sachs
       1900 N Street N.W., 4th Floor
       Washington, D.C. 20036
       T: (202) 536-1700
       dsachs@brownrudnick.com

       *Counsel for Defendants Bruce Pon, Trent McConaghy, and Christina Pon*