

Jim Pardo
Attorney at Law
jpardo@mcdermottlaw.com
+1 212 547 5353

March 24, 2026

<u>BY ECF</u>

The Honorable Dale E. Ho
United States District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**Re:**   ***Fetch Compute, Inc., et al. v. Pon, et al.*, Case No. 1:25-cv-9210**
         Consent Letter-Motion Request for Extension of Time and Page Limitation

Dear Judge Ho:

I write on behalf of Defendant Ocean Protocol Foundation Ltd.—joined by all Defendants and with Plaintiffs' consent—to request a revised briefing schedule and enlargement of the page limitations for Defendants' forthcoming motion to dismiss.

On March 18, 2026, the Court ordered that if Defendants move to dismiss Plaintiff's First Amended Class Action Complaint, they must file a single consolidated memorandum of law.  ECF No. 51.  In light of that order, and to permit Defendants sufficient time to align and consolidate their arguments, the parties jointly request Your Honor's approval of the following briefing schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' consolidated motion to dismiss | March 31, 2026 | April 30, 2026 |
| Plaintiffs' opposition to motion to dismiss | April 14, 2026 | June 5, 2026 |
| Defendants' consolidated reply brief | April 21, 2026 | June 26, 2026 |

In addition, the parties respectfully request an enlargement of the Court's page limitation for opening briefs to 40 pages each and 20 pages for Defendants' consolidated reply.

This is Defendants' first request for an extension of time to respond to the First Amended Complaint.  The Court previously So Ordered the parties' stipulations extending Defendants' time to respond to plaintiffs' original complaint. (ECF No. 18, 26-27).

The Honorable Dale E. Ho
March 24, 2026
Page 2

The parties appreciate Your Honor's consideration of this joint request.


Respectfully submitted,

*/s/ James A. Pardo*

James A. Pardo

*Counsel for Defendant Ocean Protocol Foundation Ltd.*

**McDermott Will & Schulte**