# EXHIBIT B



| Cryptocurrencies | Individuals | Businesses | Institutions | Developers | Company | Sign in |
| --- | --- | --- | --- | --- | --- | --- |

| User Agreement | Privacy | Prohibited Uses | Cookie Policy | Licenses | Insurance | Market Data | Trading Rules | NFT Terms | Developer Terms |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

# Legal

## Digital Asset Disclosures

As part of our ongoing efforts to promote transparency and ensure compliance, below is a description of digital assets we support for trading and/or custody in New York, and an indication on whether Coinbase holds the asset or has a "Commercial Engagement" with the asset, its issuer, or an affiliated party.

The term "Commercial Engagement" is construed broadly to capture business activities such as financial engagements (e.g., Coinbase Ventures agreements), business engagements (e.g., custody arrangements), or other similar engagements with a digital asset or an affiliated party. A Commercial Engagement may have begun prior to or after Coinbase supported the asset.

Coinbase Holdings are provided as of September 30, 2025. For a variety of reasons, including to better serve our customers, Coinbase holds on our balance sheet many of the assets that we support for trading. We support a wide range of assets for custody as part of our Coinbase Prime offering for institutional customers, providing flexibility to our custody customers beyond what Coinbase needs for our corporate holdings and trading operations. For further information about our holdings, please visit investor.coinbase.com to review our latest financial statements, including footnotes regarding Crypto Assets Held, and coinbase.com/ventures/portfolio to learn more about Coinbase Ventures' portfolio.

Coinbase will update these disclosures on a quarterly basis and will add new assets to this page as they are supported for custody and/or trading in New York.

## US (incl. NY) Trading Assets

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
| --- | --- | --- | --- |
| 0x | ZRX | Yes | Yes |
| 1inch Network | 1INCH | Yes | Yes |
| Aave | AAVE | Yes | Yes |
| Adventure Gold | AGLD | Yes | No |
| Aergo | AERGO | Yes | Yes |
| Aerodrome Finance | AERO | Yes | Yes |
| AIOZ Network | AIOZ | Yes | No |
| Akash Network | AKT | Yes | Yes |
| Alchemix | ALCX | Yes | No |
| Alchemy Pay | ACH | Yes | Yes |
| Aleph.im | ALEPH | Yes | Yes |
| Algorand | ALGO | Yes | Yes |
| Amp | AMP | Yes | Yes |
| Ankr | ANKR | Yes | Yes |
| ApeCoin | APE | Yes | Yes |
| API3 | API3 | Yes | No |
| Aptos | APT | Yes | Yes |
| Arbitrum | ARB | Yes | Yes |
| ARPA | ARPA | Yes | No |
| Assemble | ASM | Yes | Yes |
| Avalanche | AVAX | Yes | Yes |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Aventus | AVT | Yes | Yes |
| Axie Infinity Shards | AXS | Yes | Yes |
| BADGER | BADGER | Yes | No |
| Balancer | BAL | Yes | Yes |
| Bancor Network Token | BNT | Yes | No |
| Band Token | BAND | Yes | Yes |
| BAT | BAT | Yes | Yes |
| Biconomy | BICO | Yes | Yes |
| Bio Protocol | BIO | Yes | Yes |
| Bitcoin | BTC | Yes | No |
| Bitcoin Cash | BCH | Yes | No |
| Bittensor | TAO | Yes | No |
| Bluzelle | BLZ | Yes | No |
| Bonk | BONK | Yes | No |
| Bounce Token | AUCTION | Yes | Yes |
| Braintrust | BTRST | Yes | Yes |
| Cardano | ADA | Yes | No |
| Cartesi | CTSI | Yes | Yes |
| Celestia | TIA | Yes | Yes |
| Celo | CGLD | Yes | Yes |
| ChainLink | LINK | Yes | Yes |
| Civic | CVC | Yes | Yes |
| Coin98 | C98 | Yes | Yes |
| Coinbase Wrapped Staked ETH | cbETH | Yes | Yes |
| Compound | COMP | Yes | Yes |
| Convex Finance | CVX | Yes | No |
| Core | CORE | Yes | Yes |
| Cosmos | ATOM | Yes | Yes |
| Cryptex Finance | CTX | Yes | Yes |
| Crypto.com Coin | CRO | Yes | No |
| Curve | CRV | Yes | Yes |
| DAI Stablecoin | DAI | Yes | Yes |
| Decentraland | MANA | Yes | Yes |
| Degen | DEGEN | Yes | No |
| Dfinity | ICP | Yes | Yes |
| DIA | DIA | Yes | Yes |
| Doge | DOGE | Yes | No |
| dogwifhat | WIF | Yes | No |
| Ethereum | ETH | Yes | No |
| Ethereum Classic | ETC | Yes | No |
| Ethereum Name Service | ENS | Yes | Yes |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Fetch | FET | Yes | Yes |
| Filecoin | FIL | Yes | Yes |
| Flare | FLR | Yes | No |
| Flow | FLOW | Yes | Yes |
| Forta | FORT | Yes | Yes |
| FOX Token | FOX | Yes | Yes |
| Freysa | FAI | Yes | No |
| Function X Token | FX | Yes | Yes |
| Gitcoin | GTC | Yes | Yes |
| Gnosis | GNO | Yes | Yes |
| Gods Unchained | GODS | Yes | Yes |
| Goldfinch | GFI | Yes | Yes |
| Golem | GLM | Yes | Yes |
| Gravity | G | Yes | Yes |
| Harvest Finance | FARM | Yes | Yes |
| Hedera | HBAR | Yes | Yes |
| Helium | HNT | Yes | Yes |
| Helium Mobile | MOBILE | Yes | Yes |
| IDEX | IDEX | Yes | No |
| iExec RLC | RLC | Yes | Yes |
| Illuvium | ILV | Yes | Yes |
| ImmutableX | IMX | Yes | Yes |
| Index Cooperative | INDEX | Yes | No |
| Injective | INJ | Yes | Yes |
| Inverse Finance | INV | Yes | Yes |
| IoTeX | IOTX | Yes | Yes |
| Jasmy | JASMY | Yes | Yes |
| Jupiter | JUPITER | Yes | Yes |
| Keeta | KTA | Yes | No |
| kryll | KRL | Yes | Yes |
| Kusama | KSM | Yes | Yes |
| Kyber Network | KNC | Yes | Yes |
| LCX Token | LCX | Yes | No |
| Lido DAO | LDO | Yes | No |
| Liquity | LQTY | Yes | Yes |
| Litecoin | LTC | Yes | Yes |
| Livepeer | LPT | Yes | Yes |
| LoopringCoin | LRC | Yes | Yes |
| Maker | MKR | Yes | Yes |
| Maple Finance | SYRUP | Yes | Yes |
| Marinade | MNDE | Yes | No |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Mask Network | MASK | Yes | No |
| Matic Token | MATIC | Yes | Yes |
| Measurable Data Token | MDT | Yes | No |
| Melon | MLN | Yes | Yes |
| Metaplex | MPLX | Yes | Yes |
| Metis | METIS | Yes | No |
| Mina | MINA | Yes | Yes |
| Moonwell | WELL | Yes | Yes |
| MultiversX | EGLD | Yes | Yes |
| My Neighbor Alice | ALICE | Yes | Yes |
| NEAR Protocol | NEAR | Yes | Yes |
| NKN | NKN | Yes | Yes |
| Nomina | NOM | Yes | Yes |
| Numeraire | NMR | Yes | Yes |
| Oasis | ROSE | Yes | Yes |
| Optimism | OP | Yes | Yes |
| Orca | ORCA | Yes | Yes |
| Orchid Token | OXT | Yes | Yes |
| Origin Token | OGN | Yes | Yes |
| Origin Trails | TRAC | Yes | No |
| Osmosis | OSMO | Yes | Yes |
| Parcl | PRCL | Yes | Yes |
| Paxos Gold | PAXG | Yes | Yes |
| Paxos Standard | PAX | Yes | Yes |
| PayPal USD | PYUSD | Yes | Yes |
| Pendle | PENDLE | Yes | Yes |
| Pepe | PEPE | Yes | No |
| Perpetual Protocol | PERP | Yes | No |
| Pluton | PLU | Yes | No |
| Polkadot | DOT | Yes | Yes |
| Polkastarter | POLS | Yes | No |
| Polygon Ecosystem Token | POL | Yes | Yes |
| Powerledger | POWR | Yes | No |
| Propy | PRO | Yes | Yes |
| Pyth Network | PYTH | Yes | Yes |
| Quant | QNT | Yes | Yes |
| Rarible | RARI | Yes | Yes |
| Render | RENDER | Yes | Yes |
| Render Token | RNDR | Yes | Yes |
| Request Network | REQ | Yes | Yes |
| Ribbon Finance | RBN | Yes | Yes |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Ronin | RONIN | Yes | Yes |
| Safe | SAFE | Yes | Yes |
| Sei | SEI | Yes | Yes |
| Shiba Inu | SHIB | Yes | No |
| Shping | SHPING | Yes | Yes |
| Skale Labs | SKL | Yes | Yes |
| Sky | SKY | Yes | Yes |
| Solana | SOL | Yes | Yes |
| Spell Token | SPELL | Yes | No |
| Stacks | STX | Yes | Yes |
| Stader | SD | Yes | Yes |
| Stellar | XLM | Yes | Yes |
| STEPN | GMT | Yes | Yes |
| Storj Token | STORJ | Yes | Yes |
| Subsquid | SQD | Yes | Yes |
| Sui | SUI | Yes | Yes |
| Suku | SUKU | Yes | Yes |
| SuperFarm | SUPER | Yes | Yes |
| Synapse | SYN | Yes | No |
| Tellor | TRB | Yes | Yes |
| Tezos | XTZ | Yes | Yes |
| The Graph | GRT | Yes | Yes |
| The Sandbox | SAND | Yes | Yes |
| TrueFi | TRU | Yes | No |
| UMA Voting Token | UMA | Yes | Yes |
| Uniswap | UNI | Yes | Yes |
| USD Coin | USDC | Yes | Yes |
| VeChain | VET | Yes | Yes |
| Velodrome Finance | VELO | Yes | Yes |
| VeThor Token | VTHO | Yes | Yes |
| Wrapped Centrifuge | WCFG | Yes | Yes |
| XRP | XRP | Yes | Yes |
| XYO | XYO | Yes | Yes |
| Yearn.finance | YFI | Yes | No |
| Zcash | ZEC | Yes | Yes |

## Coinbase Custody Trust Company

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| 00 Token | 0 | Yes | Yes |
| 375ai | EAT | No | Yes |
| 0x | ZRX | Yes | Yes |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| 1inch | 1INCH | Yes | Yes |
| Aave | AAVE | Yes | Yes |
| Across Protocol | ACX | Yes | Yes |
| AdEx Network | ADX | No | No |
| Adventure gold | AGLD | Yes | No |
| Aergo | AERGO | Yes | Yes |
| Aevo | AEVO | Yes | Yes |
| Aerodrome Finance | AERO | Yes | Yes |
| AIOZ Network | AIOZ | Yes | No |
| AirSwap | AST | Yes | Yes |
| Akash Network | AKT | Yes | Yes |
| Alchemix | ALCX | Yes | No |
| Alchemy Pay | ACH | Yes | Yes |
| Aleo Credits | ALEO | Yes | Yes |
| Algorand | ALGO | Yes | Yes |
| Alice | ALICE | Yes | Yes |
| Alkemi | ALK | No | Yes |
| Allora | ALLO | No | No |
| Alpha Finance Lab | ALPHA | No | No |
| Altlayer | ALT | Yes | No |
| Amp | AMP | Yes | Yes |
| Ankr | ANKR | Yes | Yes |
| ApeCoin | APE | Yes | Yes |
| API3 | API3 | Yes | No |
| aPriori | APR | No | Yes |
| Aptos | APT | Yes | Yes |
| Aragon | ANT | Yes | No |
| Arbitrum | ARB | Yes | Yes |
| Arcblock | ABT | Yes | Yes |
| ARPA | ARPA | Yes | No |
| Assemble | ASM | Yes | Yes |
| Audius | AUDIO | Yes | Yes |
| Avalanche | AVAX | Yes | Yes |
| Axelar | AXL | Yes | Yes |
| Aventus Utility Token | AVT | Yes | Yes |
| Axie Infinity Shards | AXS | Yes | Yes |
| B3 | B3 | Yes | Yes |
| BADGER | BADGER | Yes | No |
| Balancer | BAL | Yes | Yes |
| Bancor Network Token | BNT | Yes | No |
| Band Token | BAND | Yes | Yes |

Coinbase Digital Asset Disclosures

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| BAT | BAT | Yes | Yes |
| BCAP | BCAP | No | Yes |
| Beam | BEAM | No | Yes |
| BENQI | QI | Yes | No |
| Berachain | BERA | Yes | Yes |
| Biconomy | BICO | Yes | Yes |
| Bifrost | BFC | No | Yes |
| Big Time | BIGTIME | Yes | No |
| Bitcoin | BTC | Yes | No |
| Bitcoin Cash | BCH | Yes | No |
| Bittensor | TAO | Yes | No |
| BlackRock USD Insto Digital Liquidity Fund | BUIDL | No | Yes |
| Blast | BLAST | Yes | Yes |
| Bluzelle | BLZ | Yes | No |
| BNB | BNB | Yes | No |
| Boba | BOBA | Yes | Yes |
| Bonk | BONK | Yes | No |
| Boson Protocol | BOSON | No | No |
| Bounce Token | AUCTION | Yes | Yes |
| Braintrust Token | BTRST | Yes | Yes |
| Brevis | BREV | Yes | No |
| BTU-Protocol | BTU | No | No |
| Cardano | ADA | Yes | No |
| Cartesi | CTSI | Yes | Yes |
| CARV | CARV | No | No |
| Caspian Token | CSP | No | Yes |
| Celestia | TIA | Yes | Yes |
| Celo | CGLD | Yes | Yes |
| Centrifuge | CFG | Yes | Yes |
| ChainLink | LINK | Yes | Yes |
| Chilliz | CHZ | Yes | Yes |
| Chromia | CHR | No | Yes |
| Circuits of Value | COVAL | Yes | No |
| Civic | CVC | Yes | Yes |
| Clover | CLV | Yes | Yes |
| Coin98 | C98 | Yes | Yes |
| Coinbase Wrapped Bitcoin | cbBTC | Yes | Yes |
| Coinbase Wrapped Staked ETH | cbETH | Yes | Yes |
| Compound | COMP | Yes | Yes |
| Compound 0x | CZRX | No | Yes |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Compound Basic Attention Token | CBAT | No | Yes |
| Compound Ethereum | CETH | No | Yes |
| Compound USD Coin | CUSDC | No | Yes |
| Connext | NEXT | No | Yes |
| Convex Finance | CVX | Yes | No |
| Core | CORE | Yes | Yes |
| Cosmos | ATOM | Yes | Yes |
| COTI | COTI | Yes | No |
| Covalent Query Token | CQT | No | Yes |
| CoW Protocol | COW | Yes | No |
| Cream | CREAM | No | No |
| CRPT | CRPT | Yes | No |
| Cryptex | CTX | Yes | Yes |
| Crypto.com Coin | CRO | Yes | No |
| Curve | CRV | Yes | Yes |
| DAD | DAD | No | Yes |
| DAI Stablecoin | DAI | Yes | Yes |
| DAO Maker | DAO | No | Yes |
| Decentraland | MANA | Yes | Yes |
| Decentralised Information Asset | DIA | Yes | Yes |
| Decentralized Social | DESO | Yes | Yes |
| Definitive | EDGE | Yes | Yes |
| DeFi App | HOME | No | No |
| DeFi Pulse Index | DPI | No | Yes |
| Degen | DEGEN | Yes | No |
| Dent | DENT | No | No |
| DerivaDEX | DDX | Yes | Yes |
| DeXe | DEXE | No | No |
| DFI.Money | YFII | Yes | No |
| Dfinity | ICP | Yes | Yes |
| DODO | DODO | Yes | Yes |
| Doge | DOGE | Yes | No |
| Dogelon Mars | ELON | No | No |
| dogwifhat | WIF | Yes | No |
| Dopex | DPX | No | No |
| DoubleZero | 2Z | No | Yes |
| Drift | DRIFT | Yes | Yes |
| Dvision | DVI | No | Yes |
| DYDX | DYDX | Yes | Yes |
| Echelon Prime | PRIME | Yes | Yes |
| Eclipse | ECLIPSE | No | No |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| EigenLayer | EIGEN | Yes | Yes |
| EnjinCoin | ENJ | Yes | No |
| EOS | EOS | Yes | Yes |
| Ethena | ENA | Yes | Yes |
| Ethena USDe | USDe | No | Yes |
| Ether.fi Governance Token | ETHFI | Yes | Yes |
| Ethereum | ETH | Yes | No |
| Ethereum Classic | ETC | Yes | No |
| Ethereum Name Service | ENS | Yes | Yes |
| Fantom | FTM | No | Yes |
| Fartcoin | FARTCOIN | Yes | No |
| Fetch | FET | Yes | Yes |
| Filecoin | FIL | Yes | Yes |
| Flare | FLR | Yes | No |
| Flexacoin | FXC | No | Yes |
| Floki | FLOKI | Yes | No |
| Forta | FORT | Yes | Yes |
| FORTH | FORTH | Yes | Yes |
| FOX Token | FOX | Yes | Yes |
| FTX Token | FTT | No | Yes |
| Function X Token | FX | Yes | Yes |
| Gala | GALA | Yes | No |
| Gigachad | GIGA | Yes | No |
| Gitcoin | GTC | Yes | Yes |
| Gods Unchained | GODS | Yes | Yes |
| Goldfinch | GFI | Yes | Yes |
| Golem | GLM | Yes | Yes |
| Gravity | G | Yes | Yes |
| HAPI Protocol | HAPI | No | No |
| Harvest Finance | FARM | Yes | Yes |
| Hedera | HBAR | Yes | Yes |
| Hegic | HEGIC | No | No |
| Helium | HNT | Yes | Yes |
| Helium Mobile | MOBILE | Yes | Yes |
| Highstreet | HIGH | Yes | No |
| Holo | HOT | No | No |
| HOPR Token | HOPR | Yes | Yes |
| Horizen | ZEN | Yes | Yes |
| IDEX | IDEX | Yes | No |
| iExec RLC | RLC | Yes | Yes |
| Immutable | IMX | Yes | Yes |

Coinbase Digital Asset Disclosures

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Injective | INJ | Yes | Yes |
| InSure DeFi | SURE | No | No |
| Internxt | INXT | No | Yes |
| Intuition | TRUST | No | Yes |
| io.net | IO | Yes | No |
| IoTeX Network | IOTX | Yes | Yes |
| Jambo | J | No | Yes |
| JasmyCoin | JASMY | Yes | Yes |
| Jito | JTO | Yes | Yes |
| Jito Staked SOL | JITOSOL | Yes | Yes |
| Jupiter | JUP | Yes | Yes |
| Jupiter | JUPITER | Yes | Yes |
| Kaito | KAITO | Yes | No |
| Kamino Finance | KMNO | Yes | Yes |
| KEEP Network | KEEP | Yes | Yes |
| KeeperDao | ROOK | No | Yes |
| Kernel | KERNEL | Yes | No |
| Kin | KIN | No | Yes |
| Kite | KITE | No | Yes |
| kryll | KRL | Yes | Yes |
| Kyber Network | KNC | Yes | Yes |
| Lagrange | LA | Yes | Yes |
| Layer3 | L3 | Yes | Yes |
| LayerZero | ZRO | Yes | Yes |
| LCX Token | LCX | Yes | No |
| Lido DAO | LDO | Yes | No |
| Lighter | LIGHTER | No | Yes |
| Liquid Staked SOL | LsSOL | No | Yes |
| Liquity | LQTY | Yes | Yes |
| Litecoin | LTC | Yes | Yes |
| Livepeer | LPT | Yes | Yes |
| Lombard | BARD | Yes | Yes |
| LoopringCoin | LRC | Yes | Yes |
| Lumerin | LMR | Yes | Yes |
| Magic Internet Money | MIM | No | No |
| Maker | MKR | Yes | Yes |
| Mantle | MNT | Yes | No |
| Mantra Dao | OM | Yes | Yes |
| Marinade | MNDE | Yes | No |
| Mask | MASK | Yes | No |
| MATH Token | MATH | Yes | No |

Coinbase Digital Asset Disclosures

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Matic Token | MATIC | Yes | Yes |
| Measurable Data Token | MDT | Yes | No |
| Melon | MLN | Yes | Yes |
| Meta | MTA | Yes | Yes |
| Minds | MINDS | No | Yes |
| Mines of Dalarnia | DAR | Yes | Yes |
| Mira | MIRA | No | Yes |
| Moca Network | MOCA | No | Yes |
| Monad | MON | Yes | Yes |
| Monavale | MONA | Yes | No |
| Moo Deng | MOODENG | Yes | No |
| Morpho Token | MORPHO | Yes | Yes |
| Moss CO2 Token | MCO2 | Yes | No |
| Movement | MOVE | Yes | Yes |
| Near Protocol | NEAR | Yes | Yes |
| Nectar | NCT | Yes | Yes |
| Nest Protocol | NEST | Yes | No |
| Newton | NEWT | Yes | Yes |
| Nillion | NIL | No | Yes |
| NKN | NKN | Yes | Yes |
| Nomina | NOM | Yes | No |
| NuCypher | NU | Yes | Yes |
| Numeraire | NMR | Yes | Yes |
| Oasis Network | ROSE | Yes | Yes |
| Obol | OBOL | No | Yes |
| Ocean Token | OCEAN | Yes | No |
| OmiseGO | OMG | Yes | Yes |
| Omni Network | OMNI | Yes | Yes |
| Ondo | ONDO | Yes | Yes |
| OpenLedger | OPEN | Yes | Yes |
| Optimism | OP | Yes | Yes |
| Orbs | ORBS | No | Yes |
| Orca | ORCA | Yes | Yes |
| Orchid Token | OXT | Yes | Yes |
| Origin Token | OGN | Yes | Yes |
| Origin Trails | TRAC | Yes | No |
| Orion Protocol | ORN | Yes | No |
| ParaSwap | PSP | No | Yes |
| Parcl | PRCL | Yes | Yes |
| Particle Network | PARTI | No | No |
| Paxos Gold | PAXG | Yes | Yes |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Paxos Standard | PAX | Yes | Yes |
| PayPal USD | PYUSD | Yes | Yes |
| Peanut the Squirrel | PNUT | Yes | No |
| Pendle | PENDLE | Yes | Yes |
| Pepe | PEPE | Yes | No |
| Perpetual Protocol | PERP | Yes | No |
| Phala Network | PHA | No | Yes |
| Pirate Nation | PIRATE | Yes | Yes |
| Plume | PLUME | No | Yes |
| PLUTON | PLU | Yes | No |
| Polka Starter | POLS | Yes | No |
| Polkadot | DOT | Yes | Yes |
| Polygon Ecosystem Token | POL | Yes | Yes |
| Polymath | POLY | Yes | Yes |
| Popcat | POPCAT | Yes | No |
| Power Ledger | POWR | Yes | No |
| PowerPool Concentrated Voting Power | CVP | No | No |
| Project Galaxy | GAL | Yes | Yes |
| Prometeus | PROM | No | Yes |
| Props Token | PROPS | No | No |
| Propy | PRO | Yes | Yes |
| Pudgy Penguins | PENGU | Yes | Yes |
| Puffer | PUFFER | Yes | Yes |
| Pyth Network | PYTH | Yes | Yes |
| Quant | QNT | Yes | Yes |
| Quantstamp | QSP | Yes | Yes |
| QuickSwap | QUICK | Yes | Yes |
| RAC | RAC | Yes | Yes |
| Radicle | RAD | Yes | Yes |
| Rai Finance | SOFI | No | Yes |
| Rai Reflex Index | RAI | Yes | Yes |
| Rally | RLY | Yes | Yes |
| RAMP | RAMP | No | No |
| Rarible | RARI | Yes | Yes |
| Raydium | RAY | Yes | Yes |
| Recall | RECALL | No | Yes |
| RedFOX Labs | RFOX | No | Yes |
| Reef Finance | REEF | No | No |
| Ren protocol | REN | Yes | No |
| Render | RENDER | Yes | Yes |

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| Render | RNDR | Yes | Yes |
| Renzo | REZ | Yes | No |
| Request Network | REQ | Yes | Yes |
| Reserve Rights | RSR | Yes | Yes |
| Ribbon Finance | RBN | Yes | Yes |
| Rocket Pool | RPL | Yes | Yes |
| Ronin | RONIN | Yes | Yes |
| Sahara AI | SAHARA | No | Yes |
| Sapien | SAPIEN | Yes | Yes |
| Scor | SCOR | No | Yes |
| Seeker | SKR | Yes | Yes |
| Sei | SEI | Yes | Yes |
| SelfKey | KEY | No | No |
| Sentient | SENT | Yes | No |
| Serum | SRM | No | No |
| Shiba Inu | SHIB | Yes | No |
| Sign | SIGN | No | No |
| Skale Labs | SKL | Yes | Yes |
| Sky | SKY | Yes | Yes |
| Smart MFG | MFG | No | No |
| Solana | SOL | Yes | Yes |
| Solana Optimistic Network | SOON | No | Yes |
| Sonic | S | Yes | Yes |
| Space and Time | SXT | Yes | Yes |
| Spark | SPK | Yes | Yes |
| Spell Token | SPELL | Yes | No |
| Sport.Fun | FUN | No | Yes |
| Stacks | STX | Yes | Yes |
| Stader | SD | Yes | Yes |
| STAKE | STAKE | No | Yes |
| Starknet | STRK | Yes | Yes |
| Stellar | XLM | Yes | Yes |
| Storj Token | STORJ | Yes | Yes |
| Story IP Token | IP | Yes | Yes |
| StraitsX SGD | XSGD | No | Yes |
| Succinct | PROVE | Yes | Yes |
| Sui | SUI | Yes | Yes |
| Suku | SUKU | Yes | Yes |
| SuperVerse | SUPER | Yes | Yes |
| SushiSwap | SUSHI | Yes | Yes |
| Swell | SWELL | Yes | Yes |

Coinbase Digital Asset Disclosures

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| SwftCoin | SWFTC | Yes | No |
| SynFutures | F | No | No |
| Synthetix | SNX | Yes | Yes |
| Syntropy | NOIA | No | Yes |
| Maple Finance | SYRUP | Yes | Yes |
| TE-FOOD/TustChain | TONE | Yes | No |
| Tellor | TRB | Yes | Yes |
| Tensor | TNSR | Yes | Yes |
| Term Finance | TERM | Yes | Yes |
| Terra Virtua Kolect | TVK | Yes | No |
| Tezos | XTZ | Yes | Yes |
| The Graph | GRT | Yes | Yes |
| The Sandbox | SAND | Yes | Yes |
| The Transfer Token | TTT | No | No |
| Theoriq | THQ | Yes | Yes |
| TitanSwap | TITAN | No | No |
| Tokenized Bitcoin | TBTC | No | No |
| Toshi | TOSHI | Yes | No |
| TRIBE | TRIBE | Yes | Yes |
| TrueFi | TRU | Yes | Yes |
| UMA Voting Token | UMA | Yes | Yes |
| Umee | UMEE | Yes | Yes |
| Unibright | UBT | No | Yes |
| Uniswap | UNI | Yes | Yes |
| USD Coin | USDC | Yes | Yes |
| Utrust | UTK | No | Yes |
| VeChain | VET | Yes | Yes |
| Victoria VR | VR | No | No |
| Voyager Token | VGX | Yes | Yes |
| Worldcoin | WLD | Yes | Yes |
| Wormhole | W | Yes | Yes |
| Wrapped Ampleforth | WAMPL | Yes | Yes |
| Wrapped Bitcoin | WBTC | Yes | Yes |
| Wrapped Centrifuge | WCFG | Yes | Yes |
| Wrapped eETH | weETH | No | Yes |
| Wrapped MIR Token | MIR | Yes | Yes |
| XRP | XRP | Yes | Yes |
| XYO | XYO | Yes | No |
| Yearn.finance | YFI | Yes | No |
| Yield Guild Games | YGG | No | No |
| yOUcash | YOUC | No | No |

Case 1:25-cv-09210-DEH    Document 58-2    Filed 04/30/26    Page 16 of 18

| Asset Name | Ticker | Coinbase Holding | Commercial Engagement |
|---|---|---|---|
| zkSync | ZK | Yes | Yes |
| Zcash | ZEC | Yes | Yes |
| ZetaChain | ZETA | Yes | Yes |
| Zora | ZORA | Yes | Yes |

*This Site is hosted in the United States and is intended for and directed to customers in the United States only. Coinbase is licensed to engage in Virtual Currency Business Activity by the New York State Department of Financial Services.*



**Company**

About

Careers

Affiliates

Blog

Press

Security

Investors

Vendors

Legal & privacy

Cookie policy

Cookie preferences

Do Not Share My Personal Information

Digital Asset Disclosures

**Learn**

Explore

Market statistics

Coinbase Bytes newsletter

Crypto basics

Tips & tutorials

Crypto glossary

Market updates

What is Bitcoin?

What is crypto?

What is a blockchain?

How to set up a crypto wallet?

How to send crypto?

Taxes

**Support**

Help center

Contact us

Create account

ID verification

Account information

Payment methods

Account access

Supported crypto

Status

**Individuals**

Buy & sell

Earn free crypto

Base App

Coinbase One

Credit Card

Debit Card

**Businesses**

Asset Listings

Coinbase Business

Payments

Commerce

**Institutions**

Prime

Staking

Exchange

International Exchange

Derivatives Exchange

Verified Pools

**Developers**

Developer Platform

Base

Server Wallets

Embedded Wallets

Base Accounts (Smart Wallets)

Onramp & Offramp

x402

Trade API

Paymaster

OnchainKit

Data API

Verifications

Node

AgentKit

Staking

Faucet

Exchange API

International Exchange API

Case 1:25-cv-09210-DEH    Document 58-2    Filed 04/30/26    Page 18 of 18

Prime API

Derivatives API

**Asset prices**

Bitcoin price

Ethereum price

Solana price

XRP price

   

© 2026 Coinbase

Privacy

Terms & Conditions

United States • English