# EXHIBIT C

2/3/26, 2:29 PM
Case 1:25-cv-09210-DEH    Document 58-3    Filed 04/30/26    Page 2 of 32
Supported regions and currencies on Krak

 Support

Log in    Sign up

🔍 Type your question here    ✦

← General Information & FAQs

# Supported regions and currencies on Krak

Last updated: Jan 30, 2026

The following currencies are supported on Krak:

- USD
- EUR
- GBP
- CAD
- CHF
- AUD

Krak is available globally and prohibited geographies.

In the United States:

- Crypto transfers are not available in the following states: IN, ME, NY.
- Cash transfers are not available in the following states: IN, LA, ME, MA, NY, UT.

Krak supports the following cryptocurrencies:    ⌃

| Name | Code | Network(s) |
| --- | --- | --- |
| 0x | ZRX | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| 1inch | 1INCH | Ethereum (ERC-20) |
| Aave | AAVE | Ethereum (ERC-20) |
| Aavegotchi | GHST | Ethereum (ERC-20) |
| Acala | ACA | Acala (Polkadot) |
| Across Protocol | ACX | Ethereum (ERC-20) |
| Act I: The AI Prophecy | ACT | Solana |
| Adventure Gold | AGLD | Ethereum (ERC-20) |
| Aerodrome Finance | AERO | Base |
| Aethir | ATH | Ethereum (ERC-20) |
| Aevo | AEVO | Ethereum (ERC-20) |
| Akash | AKT | Akash |
| AI Rig Complex | ARC | Solana |
| AI16Z | AI16Z | Solana |
| aixbt by Virtuals | AIXBT | Base |
| Alchemist AI | ALCH | Solana |
| Alchemix | ALCX | Ethereum (ERC-20) |

| Name | Code | Network(s) |
|------|------|------------|
| Alchemy Pay | ACH | Ethereum (ERC-20) |
| Algorand | ALGO | Algorand |
| Alien Worlds | TLM | Ethereum (ERC-20) |
| Altair | AIR | Altair (Kusama) |
| Altlayer | ALT | Ethereum (ERC-20) |
| Ambire AdEx | ADX | Ethereum (ERC-20) |
| Ampleforth Governance Token | FORTH | Ethereum (ERC-20) |
| Ankr | ANKR | Ethereum (ERC-20) |
| Analog | ANLOG | Ethereum (ERC-20) |
| ApeCoin | APE | Ethereum (ERC-20) |
| APENFT | APENFT | Tron |
| API3 | API3 | Ethereum (ERC-20) |
| Aptos | APT | Aptos network |
| Apu Apustaja | APU | Ethereum (ERC-20) |
| Arbitrum | ARB | Arbitrum One network |
| Arkham Intelligence | ARKM | Ethereum (ERC-20) |

| Name | Code | Network(s) |
|------|------|-----------|
| Arpa Chain | ARPA | Ethereum (ERC-20) |
| Arweave | AR | Arweave network |
| Assister | ASRR | Solana |
| Astar | ASTR | Astar (Polkadot) |
| Audius | AUDIO | Ethereum (ERC-20) |
| Augur | REP | Ethereum (ERC-20) |
| Augur v2 | REPV2 | Ethereum (ERC-20) |
| Aura | AURA | Solana |
| Ava AI | AVAAI | Solana |
| Avalanche | AVAX | C-Chain |
| Aventus*** | AVT | Aventus network |
| Axie Infinity | AXS | Ethereum (ERC-20) |
| B3 Base | B3 | Base |
| Babylon | BABY | Babylon network |
| Badger DAO | BADGER | Ethereum (ERC-20) |
| Balancer | BAL | Ethereum (ERC-20) |

| Name | Code | Network(s) |
|---|---|---|
| Banana For Scale | BANANAS31 | BNB Chain |
| Bancor | BNT | Ethereum (ERC-20) |
| Band Protocol | BAND | Ethereum (ERC-20) |
| Barnbridge | BOND | Ethereum (ERC-20) |
| Basic Attention Token | BAT | Ethereum (ERC-20) |
| Basilisk | BSX | Basilisk (Kusama) |
| Beam | BEAM | Ethereum (ERC-20) |
| Berachain | BERA | Berachain |
| Biconomy | BICO | Ethereum (ERC-20) |
| Bifrost | BNC | Bifrost (Kusama) |
| Big Time | BIGTIME | Ethereum (ERC-20) |
| Bio Protocol | BIO | Solana |
| Bitcoin | BTC | Bitcoin, Lightning |
| Bitcoin Cash | BCH | Bitcoin Cash |
| BitDAO | BIT | Ethereum (ERC-20) |
| Bittensor | TAO | Substrate (Polkadot) |

| Name | Code | Network(s) |
| --- | --- | --- |
| Bittorrent | BTT | Tron (TRC-20) |
| Blur | BLUR | Ethereum (ERC-20) |
| Bluzelle | BLZ | Ethereum (ERC-20) |
| BNB | BNB | BNB Chain |
| Boba Network | BOBA | Ethereum (ERC-20) |
| Bondex | BDXN | Ethereum (ERC-20) |
| Bonfida | FIDA | Solana |
| Bonk | BONK | Solana |
| Bounce | AUCTION | Ethereum (ERC-20) |
| Bricks | BRICK | Arbitrum Nova network |
| Bubblemaps | BMT | Solana |
| Cardano | ADA | Cardano |
| Cartesi | CTSI | Ethereum (ERC-20) |
| Cat in a dogs world | MEW | Solana |
| Celer Network | CELR | Ethereum (ERC-20) |
| Celestia | TIA | Celestia network |

Supported regions and currencies on Kraken

| Name | Code | Network(s) |
| --- | --- | --- |
| Celo | CELO | Celo network |
| Centrifuge | CFG | Centrifuge (Polkadot) |
| Chainlink | LINK | Ethereum (ERC-20) |
| Cheems Token | CHEEMS | BNB Chain |
| Chiliz | CHZ | Ethereum (ERC-20) |
| Chintai | CHEX | Ethereum (ERC-20) |
| Chromia | CHR | Ethereum (ERC-20) |
| Civic | CVC | Ethereum (ERC-20) |
| Clearpool | CPOOL | Ethereum (ERC-20) |
| Clover Finance | CLV | Ethereum (ERC-20) |
| Compound | COMP | Ethereum (ERC-20) |
| CoW Protocol | COW | Ethereum (ERC-20) |
| Coin98 | C98 | Ethereum (ERC-20) |
| Convex Finance | CVX | Ethereum (ERC-20) |
| Cookie DAO | COOKIE | BNB Chain |
| Corn | CORN | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| Cosmos | ATOM | Cosmos |
| COTI | COTI | Ethereum (ERC-20) |
| Covalent | CXT | Ethereum (ERC-20) |
| Cronos | CRO | Ethereum (ERC-20) |
| Crust Shadow | CSM | Crust Shadow (Kusama) |
| Curve | CRV | Ethereum (ERC-20) |
| Cyber | CYBER | OP Mainnet |
| Dai* | DAI | Arbitrum One network, Ethereum (ERC-20), Polygon network |
| Dash | DASH | Dash |
| deBridge | DBR | Solana |
| Decentraland | MANA | Ethereum (ERC-20) |
| DeepBook | DEEP | Sui network |
| Definitive | EDGE | Base |
| Degen | DEGEN | Base |
| DeLorean | DMC | Sui network |

| Name | Code | Network(s) |
| --- | --- | --- |
| Dent | DENT | Ethereum (ERC-20) |
| Derive | DRV | Ethereum (ERC-20) |
| Dogecoin | DOGE | Dogecoin |
| Dogs | DOGS | The Open Network (TON) |
| Dogwifhat | WIF | Solana |
| Doland Tremp | TREMP | Solana |
| Dolomite | DOLO | Berachain network |
| Drift Protocol | DRIFT | Solana |
| DuckChain | DUCK | The Open Network |
| Dymension | DYM | Dymension network |
| dYdX | DYDX | dYdX Chain, Ethereum (deposits only) |
| Echelon Prime | PRIME | Ethereum (ERC-20) |
| EigenLayer | EIGEN | Ethereum (ERC-20) |
| Elixir | ELX | Ethereum (ERC-20) |
| Energy Web Token | EWT | Energy Web |
| Enjin Coin | ENJ | Relaychain |

| Name | Code | Network(s) |
| --- | --- | --- |
| Enzyme Finance | MLN | Ethereum (ERC-20) |
| EOS | EOS | EOS |
| EstateX | ESX | Base |
| Ethena | ENA | Ethereum (ERC-20) |
| Ether.fi | ETHFI | Ethereum (ERC-20) |
| EthereumPoW | ETHW | Ethereum PoW network |
| Ethereum ("Ether") | ETH | Ethereum (ERC-20), Arbitrum One network, Arbitrum Nova network, Base, Ink, Linea network, Polygon network, OP Mainnet, zkSync Era network |
| Ethereum Classic | ETC | Ethereum Classic |
| Ethereum Name Service | ENS | Ethereum (ERC-20) |
| Euler | EUL | Ethereum (ERC-20) |
| EURQ | EURQ | Ethereum (ERC-20) |
| Fartcoin | FARTCOIN | Solana |
| Fetch.ai | FET | Fetch.ai |

| Name | Code | Network(s) |
| --- | --- | --- |
| Filecoin | FIL | Filecoin |
| Flare | FLR | Flare network |
| Floki | FLOKI | Ethereum (ERC-20) |
| Flow | FLOW | Flow |
| Flux | FLUX | Ethereum (ERC-20) |
| Frax Share | FXS | Ethereum (ERC-20) |
| Fwog | FWOG | Solana |
| Gala Games | GALA | Ethereum (ERC-20) |
| Galxe | GAL | Ethereum (ERC-20) |
| Gari Network | GARI | Solana |
| Genshiro*** | GENS | Genshiro parachain network (Kusama) |
| GensoKishi Metaverse | MV | Ethereum (ERC-20) |
| Ghiblification | GHIBLI | Solana |
| Gigachad | GIGA | Solana |
| Gitcoin | GTC | Ethereum (ERC-20) |
| Global Dollar* | USDG | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| GMX | GMX | Arbitrum One network |
| Gnosis | GNO | Ethereum (ERC-20) |
| Goatseus Maximus | GOAT | Solana |
| Goldfinch | GFI | Ethereum (ERC-20) |
| Gravity | G | Ethereum (ERC-20) |
| Grass | GRASS | Solana |
| Green Satoshi Token | GST | Solana |
| Griffain | GRIFFAIN | Solana |
| Gunz | GUN | Avalanche C-Chain |
| Hamster Kombat | HMSTR | The Open Network |
| HarryPotterObamaSonic10Inu | HPOS10I | Ethereum (ERC-20) |
| Harvest Finance | Farm | Ethereum (ERC-20) |
| Hashflow | HFT | Ethereum (ERC-20) |
| Helium | HNT | Solana network |
| Hey Anon | ANON | Solana |
| Hivemapper | HONEY | Solana network |

| Name | Code | Network(s) |
| --- | --- | --- |
| HydraDX | HDX | HydraDX network |
| ICON | ICX | ICON |
| IDEX | IDEX | Ethereum (ERC-20) |
| iExec | RLC | Ethereum (ERC-20) |
| Immutable X | IMX | Ethereum (ERC-20) |
| Initia | INIT | Initia network |
| Injective Protocol | INJ | Injective network |
| Integritee | TEER | Integritee (Kusama) |
| Interlay | INTR | Interlay (Polkadot) |
| Internet Computer | ICP | Internet Computer Protocol |
| Jasmy | JASMY | Ethereum (ERC-20) |
| Jeo Boden | BODEN | Solana |
| Jito | JTO | Solana |
| JitoSOL | JITOSOL | Solana |
| JUNO | JUNO | Juno network |
| Jupiter | JUP | Solana |

Case 1:25-cv-09210-DEH    Document 58-3    Filed 04/30/26    Page 15 of 32

| Name | Code | Network(s) |
| --- | --- | --- |
| Just | JST | Tron (TRC-20) |
| Kamino | KMNO | Solana |
| Kaito | KAITO | Base |
| Karura | KAR | Karura (Kusama) |
| Kaspa | KAS | Kaspa |
| Kava | KAVA | Kava |
| KeeperDAO | ROOK | Ethereum (ERC-20) |
| Keep Network | KEEP | Ethereum (ERC-20) |
| Keep3r Network | KP3R | Ethereum (ERC-20) |
| Kernel | KERNEL | Ethereum (ERC-20) |
| KILT | KILT | KILT (Polkadot) |
| Kin | KIN | Solana |
| Kinto | K | Arbitrum |
| Kintsugi | KINT | Kintsugi (Kusama) |
| Kraken Wrapped Bitcoin | kBTC | Ethereum (ERC-20), OP Mainnet |
| Kusama | KSM | Kusama |

Case 1:25-cv-09210-DEH          Document 58-3          Filed 04/30/26

| Name | Code | Network(s) |
|---|---|---|
| Kujira | KUJI | Kujira network |
| Kyber Network | KNC | Ethereum (ERC-20) |
| Layer3 | L3 | Ethereum (ERC-20) |
| LayerZero | ZRO | Ethereum (ERC-20) |
| Lido DAO | LDO | Ethereum (ERC-20) |
| Liechtenstein Cryptoassets Exchange | LCX | Ethereum (ERC-20) |
| LimeWire Token | LMWR | Ethereum (ERC-20) |
| Liquid Staked ETH | LSETH | Ethereum (ERC-20) |
| Liquity | LQTY | Ethereum (ERC-20) |
| Lisk | LSK | Ethereum (ERC-20) |
| Litecoin | LTC | Litecoin |
| Litentry | LIT | Substrate network |
| Livepeer | LPT | Ethereum (ERC-20) |
| LOCK IN | LOCKIN | Solana |
| LOFI | LOFI | Sui network |
| Loopring | LRC | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| Lucky Kat | KOBAN | Sui network |
| Magic Eden | ME | Solana |
| Maker | MKR | Ethereum (ERC-20) |
| Mango | MNGO | Solana |
| Mantle | MNT | Ethereum (ERC-20) |
| Mantle Restaked ETH | CMETH | Ethereum (ERC-20) |
| Mantle Staked ETH | METH | Ethereum (ERC-20) |
| Mantra | OM | Mantra network |
| Marinade SOL | MSOL | Solana |
| Marlin | POND | Ethereum (ERC-20) |
| Mask Network | MASK | Ethereum (ERC-20) |
| Matchain | MAT | BNB Chain |
| Melania Meme | MELANIA | Solana |
| Memecoin | MEME | Ethereum (ERC-20) |
| Merit Circle | MC | Ethereum (ERC-20) |
| Metis | METIS | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| Michi | MICHI | Solana |
| Mina | MINA | Mina |
| Mind Network | FHE | Ethereum (ERC-20) |
| Mirror Protocol | MIR | Ethereum (ERC-20) |
| Mogcoin | MOG | Ethereum (ERC-20) |
| Monero | XMR | Monero |
| Moo Deng | MOODENG | Solana |
| Moonbeam | GLMR | Moonbeam (Polkadot) |
| Moonriver | MOVR | Moonriver (Kusama) |
| Moons | MOON | Arbitrum Nova network |
| Moonwell | WELL | Base |
| Morpho | MORPHO | Ethereum (ERC-20) |
| Movement | MOVE | Ethereum (ERC-20) |
| Mubarak | MUBAR | BNB Chain |
| Multichain | MULTI | Ethereum (ERC-20) |
| MultiversX | EGLD | MultiversX network |

| Name | Code | Network(s) |
| --- | --- | --- |
| MXC | MXC | Ethereum (ERC-20) |
| My Neighbor Alice | ALICE | Ethereum (ERC-20) |
| Nano | NANO | Nano |
| Near Protocol | NEAR | Near network |
| Neiro | NEIRO | Ethereum(ERC-20) |
| Neutron | NTRN | Neutron network |
| Nillion | NIL | Nillion network |
| Nodle | NODL | Nodle (Polkadot) |
| Non Playable Coin | NPC | Ethereum (ERC-20) |
| Nosana | NOS | Solana |
| Notcoin | NOT | The Open Network (TON) |
| Numeraire | NMR | Ethereum (ERC-20) |
| Nym | NYM | NYM network |
| Ocean***** | OCEAN | Ethereum (ERC-20) |
| Odos | ODOS | Base |
| Official Trump | TRUMP | Solana |

| Name | Code | Network(s) |
|------|------|------------|
| OMG Network | OMG | Ethereum (ERC-20) |
| Omni | OMNI | Ethereum (ERC-20) |
| Ondo | ONDO | Ethereum (ERC-20) |
| Onyxcoin | XCN | Ethereum (ERC-20) |
| Optimism | OP | OP Mainnet |
| Orca | ORCA | Solana |
| Orchid | OXT | Ethereum (ERC-20) |
| Orderly Network | ORDER | Ethereum (ERC-20) |
| Origin Protocol | OGN | Ethereum (ERC-20) |
| OriginTrail | TRAC | Ethereum (ERC-20) |
| OriginTrail*** | OTP | OriginTrail network (Polkadot) |
| Osmosis | OSMO | Osmosis Network |
| Oxygen | OXY | Solana |
| PancakeSwap | CAKE | BNB Chain |
| Parcl | PRCL | Solana |
| PAX Gold | PAXG | Ethereum (ERC-20) |

| Name | Code | Network(s) |
|------|------|-----------|
| PayPal USD | PYUSD | Ethereum (ERC-20), Solana |
| Peanut the squirrel | PNUT | Solana |
| Pendle | PENDLE | Ethereum (ERC-20) |
| Pepe | PEPE | Ethereum (ERC-20) |
| Perpetual Protocol | PERP | Ethereum (ERC-20) |
| Phala | PHA | Khala (Kusama) |
| Picasso*** | PICA | Picasso network (Kusama) |
| PlayDapp**** | PLA | Ethereum (ERC-20) |
| Plume | PLUME | Ethereum (ERC-20) |
| Polkadot | DOT | Polkadot |
| Polkastarter | POLS | Ethereum (ERC-20) |
| Polygon | MATIC | Ethereum (ERC-20) |
| Polygon Ecosystem Token | POL | Ethereum (ERC-20), Polygon network |
| Ponke | PONKE | Solana |
| Popcat | POPCAT | Solana |

| Name | Code | Network(s) |
| --- | --- | --- |
| Portal | PORTAL | Ethereum (ERC-20) |
| Powerledger | POWR | Ethereum (ERC-20) |
| Prompt | PROMPT | Ethereum (ERC-20) |
| Pstake | PSTAKE | Ethereum (ERC-20) |
| Pudgy Penguins | PENGU | Solana |
| Puffer Finance | PUFFER | Ethereum (ERC-20) |
| Pyth Network | PYTH | Solana |
| Qtum | QTUM | Qtum |
| Quant | QNT | Ethereum (ERC-20) |
| Radicle | RAD | Ethereum (ERC-20) |
| Rarible | RARI | Ethereum (ERC-20) |
| Raydium | RAY | Solana |
| RedStone | RED | Ethereum (ERC-20) |
| REN Protocol | REN | Ethereum (ERC-20) |
| Render | RENDER | Solana network |
| Renzo | REZ | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| Request | REQ | Ethereum (ERC-20) |
| Reserve Rights | RSR | Ethereum (ERC-20) |
| Ripple | XRP | Ripple network |
| Ripple USD | RLUSD | Ethereum (ERC-20) |
| Rizenet | RIZE | Base |
| Robonomics | XRT | Robonomics (Kusama) |
| Rocket Pool | RPL | Ethereum (ERC-20) |
| Rubic | RBC | Ethereum (ERC-20) |
| Rujira | RUJI | THORchain |
| Saber | SBR | Solana |
| Safe | SAFE | Ethereum (ERC-20) |
| Saga | SAGA | Saga network |
| Sanctum | CLOUD | Solana |
| Samoyed Coin | SAMO | Solana |
| Schuman EUROP | EUROP | Ethereum (ERC-20) |
| Secret | SCRT | Secret network |

| Name | Code | Network(s) |
| --- | --- | --- |
| Sei | SEI | Sei network |
| SelfKey | KEY | Ethereum (ERC-20) |
| Serum | SRM | Solana |
| Shiba Inu | SHIB | Ethereum (ERC-20) |
| Shiden | SDN | Shiden (Kusama) |
| Siacoin | SC | Siacoin |
| Sigma | SIGMA | Solana |
| Simon's Cat | CAT | BNB Chain |
| Sky | SKY | Ethereum (ERC-20) |
| Snek | SNEK | Cardano |
| Solana | SOL | Solana |
| Solayer | LAYER | Solana |
| Sonic | S | Sonic network |
| Sonic SVM | SONIC | Solana |
| Songbird | SGB | Songbird |
| Space and Time | SXT | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| Spark | SPK | Ethereum (ERC-20) |
| Spell Token | SPELL | Ethereum (ERC-20) |
| Spice | SPICE | Solana |
| SPX6900 | SPX | Ethereum (ERC-20) |
| SSV Network | SSV | Ethereum (ERC-20) |
| Stablr Euro | EURR | Ethereum (ERC-20) |
| Stablr USD | USDR | Ethereum (ERC-20) |
| Stacks | STX | Stacks network |
| Stafi Protocol | FIS | Ethereum (ERC-20) |
| Star Atlas | ATLAS | Solana |
| Star Atlas DAO | POLIS | Solana |
| Starknet Token | STRK | Starknet network |
| Stargate Finance | STG | Ethereum (ERC-20) |
| Stella | ALPHA | Ethereum (ERC-20) |
| Stellar Lumens | XLM | Lumen network |
| Step Finance | STEP | Solana |

| Name | Code | Network(s) |
|------|------|------------|
| STEPN | GMT | Solana |
| Stool Prisondente | JAILSTOOL | Solana |
| Storj | STORJ | Ethereum (ERC-20) |
| Story | IP | Story network |
| Stride | STRD | Stride network |
| Sui | SUI | Sui network |
| Sudeng | HIPPO | Sui network |
| Sun | SUN | Tron (TRC-20) |
| Sundog | SUNDOG | Tron (TRC-20) |
| SuperVerse | SUPER | Ethereum (ERC-20) |
| SuperRare | RARE | Ethereum (ERC-20) |
| Sushi | SUSHI | Ethereum (ERC-20) |
| Swarms | SWARMS | Solana |
| Swell Network | SWELL | Ethereum (ERC-20) |
| Swipe*** | SXP | Ethereum (ERC-20) |
| Synapse | SYN | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| Synthetix | SNX | Ethereum (ERC-20) |
| Syrup | SYRUP | Ethereum (ERC-20) |
| tBTC** | TBTC | Ethereum (ERC-20) |
| Tensor | TNSR | Solana |
| Term Finance | TERM | Ethereum (ERC-20) |
| Terra 2.0 | LUNA2 | Terra |
| Terra Classic | LUNA | Terra |
| TerraClassicUSD | USTC | Terra |
| Terra Virtua Kolect | TVK | Ethereum (ERC-20) |
| Tether* | USDT | Arbitrum One network, Avalanche C-Chain, Ethereum (ERC-20), Ink, OP Mainnet, Polygon network, Solana network, The Open Network (TON), Tron (TRC-20) |
| Tether EURt* | EURT | Ethereum (ERC-20) |
| Tezos | XTZ | Tezos |
| The Graph | GRT | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| The Sandbox | SAND | Ethereum (ERC-20) |
| Thorchain | RUNE | Thorchain |
| Threshold | T | Ethereum (ERC-20) |
| Titcoin | TITCOIN | Solana |
| Tokemak | TOKE | Ethereum (ERC-20) |
| Tokenbot | CLANKER | Base network |
| TokenFi | TOKEN | Ethereum (ERC-20) |
| Toncoin | TON | Toncoin network |
| Toshi | TOSHI | Base |
| Tron | TRX | Tron (TRC-20) |
| TrueFi | TRU | Ethereum (ERC-20) |
| TrueUSD* | TUSD | Tron (TRC-20) |
| Turbo | TURBO | Ethereum (ERC-20) |
| Unicorn Fart Dust | UFD | Solana |
| Unifi Protocol DAO | UNFI | Ethereum (ERC-20) |
| Uniswap | UNI | Ethereum (ERC-20) |

| Name | Code | Network(s) |
| --- | --- | --- |
| Universal Market Access | UMA | Ethereum (ERC-20) |
| USD Coin* | USDC | Arbitrum One, Avalanche C-Chain, Base, Ethereum (ERC-20), OP Mainnet, Polygon network, Solana, Sui |
| USDD | USDD | Tron (TRC-20) |
| USDS | USDS | Ethereum (ERC-20) |
| USDQ | USDQ | Ethereum (ERC-20) |
| Usual | USUAL | Ethereum (ERC-20) |
| Vanar Chain | VANRY | Ethereum (ERC-20) |
| Velodrome Finance | VELODROME | OP Mainnet |
| Venice Token | VVV | Base |
| Vine | VINE | Solana |
| Virtuals Protocol | VIRTUAL | Solana |
| WalletConnet Token | WCT | OP mainnet |
| Walrus | WAL | Sui network |
| Wenwencoin | WEN | Solana |

| Name | Code | Network(s) |
| --- | --- | --- |
| WINkLink | WIN | Tron network |
| Worldcoin | WLD | OP Mainnet |
| Wormhole | W | Solana |
| Woo Network | WOO | Ethereum (ERC-20) |
| Wrapped Bitcoin** | WBTC | Ethereum (ERC-20) |
| Wrapped Axelar | WAXL | Ethereum (ERC-20) |
| Yearn Finance | YFI | Ethereum (ERC-20) |
| Yield Guild Games | YGG | Ethereum (ERC-20) |
| Zcash | ZEC | Zcash |
| Zerebro | ZEREBRO | Solana |
| Zetachain | ZETA | Ethereum (ERC-20) |
| Zeus Network | ZEUS | Solana |
| Zeta Markets | ZEX | Solana |
| Zora | ZORA | Base |

# Need more help?

### Sign in to contact us

---

## Take your crypto trading to the next level.

 Kraken   Pro   Desktop   Krak   Inky

 Breakout   NinjaTrader

Create account          **Sign in**

| Features | Company | Browse Prices |
|---|---|---|
| Margin Trading | Kraken Security | Bitcoin Price |
| Futures Trading | Kraken Careers | Ethereum Price |
| OTC Trading | Kraken Blog | Dogecoin Price |
| Institutions | Kraken Developer | XRP Price |
| API Trading | Kraken Labs | Cardano Price |
| Staking Rewards | Press Room | Solana Price |
| Send payments | Affiliate Program | Litecoin Price |
| Recurring buys | Asset Listings | Crypto categories |
| Buy Crypto | Kraken Status | All crypto prices |
| Sell Crypto | Support Center | |

| Popular Markets | Buying Guides | Crypto Education |
|---|---|---|
| BTC to USD | Buy Bitcoin | What is cryptocurrency? |
| ETH to USD | Buy Ethereum | Types of cryptocurrency |
| DOGE to USD | Buy Dogecoin | What is a blockchain? |
| XRP to USD | Buy XRP | What is Bitcoin? |

Supported regions and currencies on Kraken

ADA to USD

SOL to USD

LTC to USD

All crypto markets

Buy Cardano

Buy Solana

Buy Litecoin

All crypto guides

What is Ethereum?

What is an NFT?

What is a DAO?

Learn crypto

**Privacy Notice**   **Terms of Service**   **Cookie Settings**   **Disclosures**   **Exchange Trading Rules**   **Do Not Sell/Share**



© 2011 – 2026 Payward, Inc.

*These materials are for general information purposes only and are not investment or financial product advice or a recommendation or solicitation to buy, sell, stake or hold any cryptoasset or to engage in any specific trading strategy. Kraken does not and will not work to increase or decrease the price of any particular cryptoasset it makes available. The unpredictable nature of the crypto-asset markets can lead to loss of funds. Tax may be payable on any return and/or on any increase in the value of your cryptoassets and you should seek independent advice on your taxation position. Geographic restrictions may apply. Some crypto products and markets are unregulated. Kraken's regulatory status for its various products and services differs per jurisdiction and you may not be protected by government compensation and/or regulatory protection schemes. See Legal Disclosures for each jurisdiction (here).*