**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>       Defendants. | Case No.: 1:25-cv-9210-DEH<br><br>**ORDER FOR  ADMISSION**<br>**PRO HAC VICE** |

The motion of Steven L. Caponi for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Delaware and that his contact information is as follows:

Steven L. Caponi, Esq.
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Checkmate.com, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice p*ro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 3, 2026

_____
Judge Dale E. Ho

The Clerk of Court is respectfully directed to close ECF No. 63.