**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Fetch Compute, Inc., Seth Ian, Greg
Graves, Victor Larivee, individually and
on behalf of all others similarly situated,

               *Plaintiffs*,

     v.

Bruce Pon, Trent McConaghy, Christina
Pon, Ocean Protocol Foundation Ltd.,
Ocean Expeditions Ltd., and OceanDAO,

               *Defendants*.

---

CASE NO.: 1:25-cv-9210-DEH

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Alexander D. Walsdorf of K&L Gates LLP, hereby enters his appearance in this action as counsel for Plaintiffs Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated ("Plaintiffs") and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:  New York, New York
       June 5, 2026

                          Respectfully submitted,

                          K&L GATES LLP

                          */s/ Alexander D. Walsdorf*
                          Alexander D. Walsdorf
                          599 Lexington Avenue
                          New York, NY 10022
                          Phone: (212) 536-3900
                          Alex.Walsdorf@klgates.com

                          *Counsel for Plaintiffs*