**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Bruce Pon, Trent McConaghy, Christina Pon, Ocean Protocol Foundation Ltd., Ocean Expeditions Ltd., and OceanDAO,<br><br>*Defendants*. | CASE NO.: 1:25-cv-9210-DEH<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Kendall Huennekens of K&L Gates LLP, hereby enters her appearance in this action as counsel for Plaintiffs Fetch Compute, Inc., Seth Ian, Greg Graves, Victor Larivee, individually and on behalf of all others similarly situated ("Plaintiffs") and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:   New York, New York
        June 18, 2026

Respectfully submitted,

K&L GATES LLP


*/s/ Kendall Huennekens*
Kendall Huennekens
134 Meeting Street, Suite 500
Charleston, SC 29401
Phone: (843) 579-5601
Kendall.Huennekens@klgates.com

*Counsel for Plaintiffs*